

**EXHIBIT C**

U.S. Department of Homeland Security
United States Coast Guard

Director
National Vessel Documentation Center

792 T. J. Jackson
Falling Waters,
Phone: (800) 7
Fax: 304-271-2

**January 1**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office. If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title          O/N:1220768          3 PAGE(S)

**TOTAL:**                                4 PAGE(S) (including cover page)

DEPARTMENT OF HOMELAND SECURITY  
U.S. Coast Guard  
**GENERAL INDEX OR ABSTRACT OF TITLE**

OMB NO. 2115-0110

| | |
|---|---|
| OFFICIAL NUMBER: 1220768 | NAME OF VESSEL: KATANGA |
| HIN NUMBER: | HULL ID NUMBER: RJDE00051708 | IMO NUMBER: |

VESSEL BUILT AT EDGEWATER, FL, UNITED STATES  
(AND) IN 2007  
BY R J DOUGHERTY ASSOC., INC.

FOR BOAT WORLD OF FLORIDA

BUILDER'S CERTIFICATE DATED 09/22/2009  
TITLE ASSIGNED TO

---

**STATUS: ON RECORD**
FLORIDA registration, [FL0085NR] reflects owner as: ASBERG PETURSSON

---

**INSTRUMENT TYPE: BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 12, 2009 | $1.00 | 693898 | 10542818 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 02, 2009 | 3:20 PM | RECORDED |

SELLER: ASBERG PETURSSON  
BUYER: INDABLUE SEA INC

---

**DISCHARGED: YES**  
**INSTRUMENT TYPE: PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 12, 2009 | $180,000.00 | 693898 | 10542819 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 02, 2009 | 3:20 PM | RECORDED |

MORTGAGOR: INDABLUE SEA INC  
MORTGAGEE:  
BB&T  
1010 KENNEDY DRIVE STE 100  
KEY WEST FL 33040

This space intentionally left blank

CG-1332 (06/23)     PREVIOUS EDITION MAY BE USED

## U.S. Coast Guard
## GENERAL INDEX OR ABSTRACT OF TITLE
Continuation Sheet No. 1

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | AMENDMENT TO PREFERRED MORTGAGE | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | MAY 15, 2014 | N.A. | 20185100 | 3 |
| DATE FILED | TIME FILED | | STATUS | |
| JUNE 05, 2014 | 9:05 AM | | RECORDED | |

**MORTGAGOR**
INDABLUE SEA INC

**MORTGAGEE**
BB&T
1010 KENNEDY DRIVE STE 100
KEY WEST FL 33040

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| TRANSFER OF INTEREST | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | MAY 11, 2016 | N.A. | 37164900 | 4 |
| DATE FILED | TIME FILED | | STATUS | |
| JUNE 27, 2016 | 7:38 AM | | RECORDED | |

**GRANTOR**
INDABLUE SEA INC

**GRANTEE**
ANDREW COTTON

| INSTRUMENT TYPE | | REFERS TO: | |
|---|---|---|---|
| SATISFACTION OF MORTGAGE | | BATCH: 693898 DOC ID: 10542819 BATCH: 20185100 DOC ID: 3 | |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | AUGUST 26, 2016 | $180,000.00 | 38639700 | 2 |
| DATE FILED | TIME FILED | | STATUS | |
| AUGUST 29, 2016 | 8:50 AM | | RECORDED | |

**MORTGAGEE**
BRANCH BANKING AND TRUST COMPANY

**MORTGAGOR**
INDABLUE SEA IN

**STATUS:** ON RECORD
Vessel Name Changed to: BANDITA (08-31-2016)****

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| BILL OF SALE | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JULY 3, 2020 | $1.00 | 77570300 | 5 |
| DATE FILED | TIME FILED | | STATUS | |
| JULY 06, 2020 | 11:31 AM | | RECORDED | |

**SELLER**
ANDREW COTTON

**BUYER**
STARBOARD YACHT GROUP LLC

This space intentionally left blank

# U.S. Coast Guard
## GENERAL INDEX OR ABSTRACT OF TITLE
Continuation Sheet No. 2

**STATUS:** ON RECORD

Vessel Name Change To SLOW UR ROLL II 7/15/2020

**INSTRUMENT TYPE**
**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JULY 17, 2020 | $176,503.10 | 80025600 | 4 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| AUGUST 24, 2020 | 4:04 PM | RECORDED |

**MORTGAGOR**
STARBOARD YACHT GROUP LLC

**MORTGAGEE**
SEACOAST NATIONAL BANK
PO BOX 940036
MAITLAND FL 32794

**INSTRUMENT TYPE**
**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JUNE 6, 2024 | $990,000.00 | 132545300 | 3 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 06, 2024 | 6:10 PM | RECORDED |

**MORTGAGOR**
STARBOARD YACHT GROUP LLC

**MORTGAGEE**
LOCALITY BANK
1400 S ANDREWS AVE
FT LAUDERDALE FL 33316

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: 12/31/2025   TIME: 6:30 AM

*Christine H. Walden*
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

CG-1332A (06/23)   PREVIOUS EDITION MAY BE USED