

# akerman

Amanda Klopp

Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL  33401

T: 561 653 5000
F: 561 659 6313
DirF: 561 651 1589
amanda.klopp@akerman.com

December 18, 2025

**VIA CERTIFIED MAIL AND REGULAR MAIL**

| | |
|---|---|
| Starboard Yacht Group LLC | Charles J. Stratmann |
| 850 NE 3rd St., Ste. 208 | 545 NE 17th Ave. |
| Dania Beach, FL 33004 | Fort Lauderdale, FL 33301 |

**Re:    Loan of $176,503.10 ("Loan") from Seacoast National Bank ("Lender" or "Seacoast") to Starboard Yacht Group LLC ("Borrower"), as evidenced by the Promissory Note dated July 17, 2020 ("Note"), secured by a Commercial Guaranty ("Guaranty") from Charles J. Stratmann ("Guarantor") and a First Preferred Ship Mortgage ("Mortgage") granted by Borrower as Owner of the vessel, Slow Ur Roll II, a 2008 Everglades 350LX Express, Official No. 1220768, Hull ID RJDE005I708 ("Vessel"), including any and all related security documents (the Note, Guaranty, Mortgage, and related security documents are collectively the "Loan Documents")**

Dear Borrower and Guarantor:

Please be advised that this firm represents Lender in relation to the above-referenced Loan, and the Loan has been transferred to us for handling.

Due to Borrower's failure to make monthly payments on the Loan when due, including the monthly payments that were due on October 17, 2025, November 17, 2025, and December 17, 2025, Borrower is in default under the terms of the Loan. As a result, Lender hereby accelerates the Note and demands payment of the Note in full.

The balance due on the Loan as of December 18, 2025 is $143,054.75 in principal and $937.63 in interest, for a total of **$143,992.38**, plus attorneys' fees and costs which have accrued and continue to accrue (the "Balance Due"). The per diem interest due after December 18, 2025 is approximately $16.66 based on the regular interest rate of 4.250%. Please contact the undersigned for the total legal fees and costs due as of the date you intend to pay off the Loan. Your payment must be in the form of a certified check made payable to Seacoast National Bank, mailed to Seacoast National Bank, Attn: Jonathan Taylor, 50 SE Kindred St., Ste. 203, Stuart, FL 34994, and reference Loan Number ▓▓▓▓326-1 in connection with the payment, or by wire pursuant to the wire instructions attached hereto. Payment should not be sent to any other individual, department, or location. If partial payment is received by Lender, it will be treated as partial

December 18, 2025
Page 2
_____

satisfaction of the amounts past due, but will not be sufficient to release Borrower or Guarantor from their obligations to pay the Balance Due.

Moreover, by this letter and pursuant to the terms of the Guaranty, Guarantor is notified of the demand upon Borrower to repay the Loan in full, and Lender hereby demands the Balance Due from Guarantor in accordance with this letter.

If the entire outstanding balance due on the Loan is not paid to Lender within 10 days of this letter, Lender without further notice may elect to pursue its remedies under the Loan Documents, including but not limited to, enforcement of the Note, Guaranty, and foreclosure of the Mortgage.

**In addition, while the Loan remains outstanding and due, Lender demands that Borrower immediately make the Vessel available for inspection under the Mortgage.** *See* Mortgage, Article I, Section 9.  Please contact the undersigned by telephone at (561) 653-5000 or by email at amanda.klopp@akerman.com to arrange for the prompt inspection of the Vessel.

Lender reserves the right to exercise any and all of its rights and remedies under the Loan Documents, and in law and equity.  For the avoidance of doubt, Lender has not consented to accept the Vessel as full or partial satisfaction of your obligations under the Loan.  The acceptance by Lender of any future payments on the Loan, to the extent that the Balance Due on the Loan is not timely paid in full as set forth above, shall not constitute a waiver by Lender of any defaults under the Note, and other Loan Documents executed in connection with the Loan.  The foregoing demand also is made without waiving any of Lender's other default rights and remedies available under the Note or the other Loan Documents and under applicable law, all of which rights and remedies are hereby reserved by Lender.

For the avoidance of doubt, to the extent you have received or receive any other correspondence that is inconsistent with this letter, this letter supersedes all such correspondence.  We look forward to your prompt and timely response to this demand and full payment of the Loan as set forth above in order to avoid further action.

        Sincerely,

        **AKERMAN LLP**

        */s/ Amanda Klopp*
        Amanda Klopp

cc:    Jonathan Taylor

84783630;1

December 18, 2025
Page 3
_____

**WIRE INSTRUCTIONS**

