**EXHIBIT**
**A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,
vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**DECLARATION OF FRANK KUPS**

I, FRANK KUPS, President of G Robert Toney and Associates Inc. DBA National Liquidators, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am familiar with the Defendant Vessel M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines, machinery, etc. ("Vessel"), at least to the extent of her size, type, construction, material, and apparent condition.

2. I am able to arrest the Defendant Vessel.

3. Upon information and belief, the Defendant Vessel is currently located in Fort Lauderdale, FL, and, subject to approval of the Court, will be transported to and maintained at 800 Old Griffin Rd, Dania Beach, FL 33004 under the custody of G Robert Toney and Associates Inc. DBA National Liquidators, during the pendency of the suit.

4. It will cost approximately $2,608.00 to repossess the Vessel. G Robert Toney and Associates Inc. DBA National Liquidators will also charge the following:[1]

a. Custodians Liability Insurance - $187.50 per month

b. Daily Storage Fee - $61.25 per day

5. G Robert Toney and Associates Inc. DBA National Liquidators has adequate facilities and has arranged for adequate supervision and can safely keep said Vessel in place of the Marshal during the pendency of suit herein and until further order of the Court, and in this regard, G Robert Toney and Associates Inc. DBA National Liquidators will perform the aforementioned services for said vessel during its custodianship.

6. G Robert Toney and Associates Inc. DBA National Liquidators has adequate liability insurance with Matsui in the amount of $5,000,000.00 or assets adequate to respond in damages for loss of injury to the Defendant Vessel during said custody or for damage to said Vessel by third parties due to negligence of G Robert Toney and Associates Inc. DBA National Liquidators, or its agents or employees during said custody.

7. Further, G Robert Toney and Associates Inc. DBA National Liquidators agrees to accept substitute custodianship of the Defendant Vessel, her engines, tackle, apparel, furniture, etc., and in accordance with the order appointing substitute custodian.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 13, 2026 G Robert Toney and Associates Inc. DBA National Liquidators.

FRANK KUPS
Title: President

[1] Additional fees may apply if extended work is required to remove the Vessel from its current location.