**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.:

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**CONSENT AND INDEMNIFICATION AGREEMENT**
**FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff **SEACOAST NATIONAL BANK** ("Seacoast" or "Plaintiff"), by and through its undersigned counsel, and G Robert Toney and Associates Inc. DBA National Liquidators, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District, and the United States Marshal's Service, from any and all liability and responsibility for the care and custody of **M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines, machinery, etc. ("Vessel") while in the hands of G Robert Toney and Associates Inc. DBA National Liquidators.

Plaintiff and G Robert Toney and Associates Inc. DBA National Liquidators also expressly agree to hold the United States Marshal for this District, and the United States Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

a/s/ Jonathan P. Taylor Date: 1/30/2026
**SEACOAST NATIONAL BANK**

Name: Jonathan Taylor
Title: Special Assets Officer II, VP
50 Kindred Street, Ste. 203
Stuart, FL 34994
Telephone: 813-957-4705
Email: Jonathan.Taylor@SeacoastBank.com

_______________________ Date: 2/13/26
**G Robert Toney and Associates, Inc.**
**DBA National Liquidators**
Name: Frank Kups
Title: Managing Director
2954 West State Rd 84
Fort Lauderdale FL 33312
Telephone: 954-990-1078
Email: fkups@natliquidators.com

84911753;1