UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

    Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

    Defendants.
_____/

## ORDER CONDITIONING ENTRY OF ORDER DIRECTING THE CLERK TO ISSUE WARRANT OF ARREST UPON THE POSTING OF $10,000 SECURITY BOND TO COVER COSTS TO DEFENDANT IN THE EVENT THE COURT LATER DETERMINES THAT THE SEIZURE SHOULD BE VACATED

    THIS CAUSE is before the Court on Plaintiff's Motion for Issuance of Warrant of Arrest *in Rem*, filed on February 13, 2026 [DE 6].  The Court has carefully considered the Motion [DE 6], the Verified Complaint [DE 1], the supporting documentation, and is otherwise fully advised in the premises.

    Pursuant to Supplemental Rule E(2)(b), the court may require the plaintiff to post security for costs and expenses. Additionally, the Local Admiralty Rules for this district contemplate that, if the court in post-attachment review proceedings orders that the seizure be vacated, the court shall also award attorney's fees, costs and other expenses incurred by any party as a result of the seizure. *See* Local Admiralty Rules B(5)(b).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Upon the posting of a $10,000 Security Bond by Plaintiff, the Court will enter an order directing the Clerk to issue the requested warrant of arrest of the vessel described as **M/V SLOW UR ROLL II**, a 2008 Everglades 350LX

2. Express, Official No. 1220768, HIN: RJDE005I708.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record