**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

     Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and **STARBOARD YACHT
GROUP LLC**, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING PROPOSED ALIAS SUMMONS

Plaintiff, SEACOAST NATIONAL BANK, hereby gives notice of filing the attached

proposed alias summons directed to STARBOARD YACHT GROUP LLC c/o Registered Agent

Charles Jacob Stratmann for issuance by the clerk of court in this matter.

Date: March 10, 2026

> /s/ Amanda Klopp
> Amanda Klopp, Esq.
> Florida Bar Number: 124156
> Jenna M. Yoss, Esq.
> Florida Bar Number: 1049858
> amanda.klopp@akerman.com
> **AKERMAN LLP**
> 777 South Flagler Drive
> Suite 1100 West Tower
> West Palm Beach, FL 33401
> Phone: (561) 653-5000
> Fax: (561) 659-6313
> *Attorneys for Plaintiff*

85754025;1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/   *Amanda Klopp*
Amanda Klopp, Esq.

2

85754025;1