**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

     Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING PROPOSED ALIAS SUMMONS

Plaintiff, SEACOAST NATIONAL BANK, hereby gives notice of filing the attached proposed alias summons directed to STARBOARD YACHT GROUP LLC c/o Registered Agent Charles Jacob Stratmann for issuance by the clerk of court in this matter.

Date: March 11, 2026

<div style="margin-left:50%">

*/s/ Amanda Klopp*_____
Amanda Klopp, Esq.
Florida Bar Number: 124156
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Phone: (561) 653-5000
Fax: (561) 659-6313
*Attorneys for Plaintiff*

</div>

85754025;1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

<div align="right">

/s/   *Amanda Klopp*

Amanda Klopp, Esq.

</div>

2

85754025;1