FILED BY___NH___D.C.

MAR 1 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,
  Plaintiff,

v.

M/V SLOW UR ROLL II, her engines, tackle,
apparel, and furniture, *in rem*,

AND

STARBOARD YACHT GROUP LLC,
  *In Personam* Defendant.

_____/

## VERIFIED CLAIM OF INTEREST IN VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)

Charles Jacob Stratmann ("Claimant"), individually and as personal guarantor under the Commercial Guaranty related to the Preferred Ship Mortgage held by Plaintiff, hereby files this Verified Claim of Interest in the M/V SLOW UR ROLL II pursuant to Supplemental Admiralty Rule C(6) and Local Admiralty Rule C(6), and states the following under penalty of perjury:

## I. IDENTIFICATION OF VESSEL

Vessel Name:   M/V SLOW UR ROLL II
Type:        2008 Everglades 350LX Express
Official No.:   1220768 (USCG documented)
HIN:         RJDE0005I708
Port:        Fort Lauderdale, Florida
Current Location: Broward County, Florida
Custodian:    G Robert Toney & Associates Inc. d/b/a
             National Liquidators (per DE 23, Feb. 25, 2026)

## II. NATURE OF CLAIMANT'S INTEREST

**1.** Claimant Charles Jacob Stratmann is the personal guarantor under the Commercial Guaranty executed in connection with the Seacoast National Bank Promissory Note dated July 17, 2020, in the original principal amount of $176,503.10, at 4.25% interest, secured by a First Preferred Ship Mortgage on the Vessel (Loan No. 4000846326-1).

**2.** As guarantor, Claimant is directly and personally liable for the obligations secured by the Vessel. This direct personal liability gives rise to a cognizable interest in the Vessel sufficient to support a claim under Supplemental Admiralty Rule C(6). *See Talisman Cap. Alternative Invs. Fund, Ltd. v. Mouttet*, No. 10-24577-CIV, 2011 WL 13223534, at *3 (S.D. Fla. May 19, 2011) (guarantor has independent standing in admiralty proceeding).

**3.** Claimant is also the managing member of Defendant Starboard Yacht Group LLC ("SYG"), the borrower and mortgagor under the Preferred Ship Mortgage.

**4.** Claimant has been in constructive possession and control of the Vessel at all relevant times, exercising dominion over its maintenance, insurance, storage, and operation.

---

## III. ADDITIONAL INTERESTS IN VESSEL

---

**5.** Claimant is aware that the following additional interests exist in the Vessel, creating a multi-creditor priority dispute that this Court should adjudicate before any foreclosure sale:

(a) **Seacoast National Bank**: First Preferred Ship Mortgage (July 17, 2020) — the claim in this action;

(b) **Scott Jarvie**: 51% equity interest pursuant to Bill of Sale and Equity Agreement executed June 10, 2025, four months before Seacoast's first missed payment;

(c) **Locality Bank**: Junior lien as part of SBA loan collateral package ($990,000), secured by the same Vessel (USCG Official No. 1220768). Locality Bank filed a separate federal action against SYG, *Locality Bank v. Starboard Yacht Group LLC*, Case No. 0:26-cv-60068-AHS (S.D. Fla., Judge Singhal), on January 12, 2026 — one month before Plaintiff filed this action. Locality Bank's complaint names the identical Vessel as collateral and also names a 28-foot Pursuit (Hull ID SSUE82861405) and Charles J. Stratmann individually. Notably, Locality Bank's docket includes a sealed motion (DE 1006, Jan. 12, 2026) and sealed order (DE 1007, Jan. 13, 2026), the contents of which are presently unknown to Claimant but which may involve additional custodial or replevin relief against the same Vessel now under arrest in this action;

(d) **TD Bank NA**: UCC-1 Filing No. 202500077851 (December 30, 2025) — scope to be determined. TD Bank has also obtained a default judgment of $268,285.28 against SYG and

Stratmann in *TD Bank NA v. SYG LLC/Stratmann*, Case No. CACE-25-018262 (Broward County Circuit Court), entered February 18, 2026.

**5a.** Claimant brings to the Court's attention that Plaintiff's counsel, Akerman LLP (attorneys Amanda Klopp, FBN 124156, and Jenna M. Yoss, FBN 1049858), simultaneously represents SHM LMC, LLC d/b/a Lauderdale Marine Center through different Akerman attorneys (James E. Rogers and Sean M. Cichowski) in *Contessa Marine Research LLC v. Starboard Yacht Group LLC*, Case No. 0:23-cv-61696-AHS (S.D. Fla., Judge Singhal), where Akerman secured a $6,524,783.18 default judgment against SYG on February 20, 2026 (CMR DEs 299-300). A Florida Bar complaint has been filed against Amanda Klopp (FBN 124156) based on this concurrent conflict of interest under Florida Rules of Professional Conduct 4-1.7 and 4-1.10(a). A separate Motion to Disqualify Akerman LLP has been prepared for filing in this action.

**6.** Claimant makes these disclosures in the interest of full transparency and to assist the Court in identifying all parties with claims against or interests in the Vessel. The convergence of four competing creditor claims on a single vessel, facilitated in part by conflicted counsel, warrants careful judicial supervision of any foreclosure or sale proceedings.

## IV. DEFENSES AND COUNTERCLAIMS RESERVED

**7.** Claimant reserves all defenses, claims, and counterclaims available under law and equity, including but not limited to:

(a) Improper acceleration of the loan;

(b) Failure to credit payments properly (BofA Bill Pay confirmations exist for multiple payments that Plaintiff claims were "not received");

(c) Unclean hands based on Plaintiff's counsel's concurrent conflict of interest (see ¶5a above);

(d) Lender liability for deploying National Liquidators for extrajudicial seizure without court authorization on February 12, 2026 — the same day the Complaint was filed and before any judicial warrant was sought (see BSO Axon Ref. 02-2601-000152);

(e) Violation of the Preferred Ship Mortgage Act's exclusive federal remedy (46 U.S.C. §31325);

(f) Good faith and fair dealing claims arising from the coordinated litigation campaign;

(g) **Enterprise coordination defense**: The simultaneous multi-front creditor actions against SYG's assets — including this foreclosure, the Locality Bank action (0:26-cv-60068-AHS), the CMR default judgment (0:23-cv-61696-AHS), and the TD Bank default judgment (CACE-25-018262) — form part of a broader pattern of coordinated asset-stripping targeting SYG, which Claimant contends constitutes predicate acts under 18 U.S.C. §1962. The Vessel is among the last operational assets of SYG, and the timing and coordination of these competing claims is relevant to Claimant's affirmative defenses and counterclaims;

(h) **Pattern evidence from related proceedings**: On February 23, 2026, Steven Ivankovich — the principal of the entity at the center of the CMR Action — testified under oath

before Judge Singhal at the federal bench trial in Case No. 0:23-cv-61696-AHS. Ivankovich's sworn testimony includes admissions regarding the theft and disposition of commercial assets, specifically Seakeeper marine stabilization units valued in excess of $268,000, which Ivankovich acknowledged were "essentially stolen" (Tr. 85:25–86:7). Separately, a cooperating whistleblower (former General Manager of the Ivankovich-controlled entity) has provided sworn statements to law enforcement and the Court-appointed Receiver (Cook County, IL) documenting a scheme involving fabricated wire transfers, false police reports, and enterprise coordination across multiple states. These proceedings are directly relevant to Claimant's defenses regarding the coordinated litigation campaign against SYG.

(i) **Adequate alternative recovery rendering foreclosure premature**: On January 30, 2026, Claimant's counsel, Gavin T. Elliot, Esq. of The Elliot Legal Group, P.A., served a formal demand letter pursuant to Florida's Civil Remedies for Criminal Practices Act, Fla. Stat. §772.11, upon Tom Ackel and BlueWater Reel Estate LLC, demanding payment of **$3,455,370.00** (treble damages) for the theft of $1,151,790.00 in SYG property. The demand was served via U.S. Certified Mail, Return Receipt Requested, and via email to counsel Jordan M. Brill, Esq. The thirty-day statutory period has expired without compliance. The underlying theft directly caused SYG's cash flow crisis: Ackel signed a subordination agreement on May 30, 2024 that enabled the $990,000 SBA loan from Locality Bank, then breached it by seizing $1,166,000 in SYG collateral on November 10–13, 2025 — an act for which the Broward County Court entered a **felony finding on December 9, 2025**. The $3,455,370 treble recovery from Ackel/BlueWater (against personal assets estimated at $5–$8 million) more than covers both the Seacoast Preferred Ship Mortgage (~$176,503) and the Locality Bank SBA loan (~$990,000), with a surplus exceeding $2,288,000. Foreclosure and sale of the Vessel at this time would destroy SYG's last operational asset for a

fraction of its value, while the party whose criminal conduct caused the debt crisis remains judgment-proof. Claimant submits that this Court should consider the availability of this alternative recovery in determining the pace and scope of foreclosure proceedings, and that equity counsels against an irreversible forced sale while an enforceable treble-damage claim exists against the tortfeasor.

## V. DEMAND FOR ANSWER PERIOD

8. Pursuant to Supplemental Admiralty Rule C(6) and Local Admiralty Rule C(6)(a)(ii), Claimant respectfully requests that, following the filing of this Verified Claim, Claimant be afforded the full 21-day period provided by the Rules in which to file an Answer to the Complaint.

## VI. REQUEST FOR JUDICIAL NOTICE

9. Claimant respectfully requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following related proceedings in this District involving the same Vessel, the same defendant (SYG), and/or the same counsel (Akerman LLP):

(a) *Contessa Marine Research LLC v. Starboard Yacht Group LLC et al.*, Case No. 0:23-cv-61696-AHS (S.D. Fla., Judge Singhal) — $6.5M default judgment against SYG; bench trial Feb. 23, 2026; Akerman LLP represents non-party SHM LMC;

(b) *Locality Bank v. Starboard Yacht Group LLC et al.*, Case No. 0:26-cv-60068-AHS (S.D. Fla., Judge Singhal) — SBA loan foreclosure naming identical Vessel; sealed motions/orders pending;

(c) *TD Bank NA v. Starboard Yacht Group LLC et al.*, Case No. CACE-25-018262 (Broward Circuit) — $268K default judgment entered Feb. 18, 2026;

(d) *Starboard Yacht Group LLC v. Tom Ackel and BlueWater Reel Estate LLC*, Case No. COSO-25-053444 (Broward County) — Civil theft and conversion; Fla. Stat. §772.11 demand of $3,455,370.00 served January 30, 2026; felony finding entered December 9, 2025; recovery from this action would satisfy both the Seacoast and Locality Bank obligations in full.

---

**VERIFICATION**

---

I, CHARLES JACOB STRATMANN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on $\frac{2}{11}$ , 2026, in Fort Lauderdale, Florida.

CHARLES JACOB STRATMANN
Claimant / Pro Se Proposed Intervenor
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ⹁/// , 2026, a true and correct copy of the foregoing

Verified Claim of Interest was served upon the following parties by electronic mail and U.S. Mail,

first class postage prepaid:

**Counsel for Plaintiff Seacoast National Bank:**
Amanda Klopp, Esq. (FBN 124156)
Jenna M. Yoss, Esq. (FBN 1049858)
AKERMAN LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
amanda.klopp@akerman.com
jenna.yoss@akerman.com

**Akerman LLP — CMR Action Counsel (courtesy copy):**
James E. Rogers, Esq. (TX Bar No. 24051265)
Sean M. Cichowski, Esq. (TX Bar No. 24062188)
AKERMAN LLP
1300 Post Oak Blvd., Suite 2300
Houston, TX 77056
james.rogers@akerman.com
sean.cichowski@akerman.com

**Counsel for Locality Bank (related action 0:26-cv-60068-AHS):**
Richard Bernard Storfer, Esq.
[Address to be confirmed]

**Substitute Custodian:**
G Robert Toney and Associates Inc.
d/b/a National Liquidators
[Address per DE 23]

/s/ Charles Jacob Stratmann

_____

CHARLES JACOB STRATMANN

Date: 3/11 , 2026