**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

      Defendants.

_____/

## NOTICE OF FILING PROOF OF PUBLICATION

Plaintiff, SEACOAST NATIONAL BANK, by and through undersigned counsel, hereby gives notice of filing the attached proof of publication of the *Notice of Action In Rem And Arrest Of Vessel*, published in the Sun Sentinel.

Dated: March 25, 2026               Respectfully submitted,

                                   */s/ Amanda Klopp*
                                   Amanda Klopp, Esq.
                                   Florida Bar Number: 124156
                                   Jenna M. Yoss, Esq.
                                   Florida Bar Number: 1049858
                                   amanda.klopp@akerman.com
                                   jenna.yoss@akerman.com
                                   **AKERMAN LLP**
                                   777 South Flagler Drive
                                   Suite 1100 West Tower
                                   West Palm Beach, FL 33401
                                   Phone: (561) 653-5000
                                   Fax: (561) 659-6313

                                   *Attorneys for Plaintiff*

85864096;1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed below:

Starboard Yacht Group LLC
850 NE 3rd St., Ste. 208
Dania Beach, FL 33004

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
.

/s/   *Amanda Klopp*
Amanda Klopp, Esq.

2