**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam***,**

      Defendants.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Notice Of Action In Rem And Arrest Of Vessel* **(Doc 34)** was served on March 25, 2026 via Certified Mail, Return Receipt Requested upon the parties listed on the attached Service List.  Copies of the United States Postal Service (USPS)'s status delivery reports for each party are attached as **Exhibit A**.

Dated:  April 13, 2026

                                         Respectfully submitted,

                                         */s/ Amanda Klopp*
                                         Amanda Klopp, Esq.
                                         Florida Bar Number: 124156
                                         amanda.klopp@akerman.com
                                         Jenna M. Yoss, Esq.
                                         Florida Bar Number: 1049858
                                         jenna.yoss@akerman.com
                                         **AKERMAN LLP**
                                         777 So. Flagler Dr., Ste 1100 - West Tower
                                         West Palm Beach, FL 33401
                                         Tel: (561) 653-5000 /Fax: (561) 659-6313
                                         *Attorneys for Seacoast National Bank*

86193411;1

## SERVICE LIST

Starboard Yacht Group LLC
850 NE 3rd St., Ste. 208
Dania Beach, FL 33004
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 70]**

Starboard Yacht Group LLC
850 NE 3rd St.
Dania Beach, FL 33004
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6118 31]**

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 25]**

Charles Jacob Stratmann
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 32]**

Locality Bank
1400 S Andrews Ave.
Ft. Lauderdale, FL 33316
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 87]**

Robert D. McIntosh, Esquire
Fowler White Burnett, P.A.
200 East Las Olas Blvd.
Ste. 2000 – Penthouse B
Fort Lauderdale, FL 33301
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 63]**

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004
**[USPS Certified Mail Tracking No. 9589 0710 5270 1455 6117 18]**

86193411;1