**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

     Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

     Defendants.

_____/

### PLAINTIFF'S MOTION TO AMEND BY INTERLINEATION

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff"), by and through undersigned counsel, hereby files this Motion to Amend by Interlineation and in support states as follows:

1. On February 2, 2026, Plaintiff filed the Verified Complaint in Admiralty [DE 1] against Defendants SLOW UR ROLL II (the "Vessel") and STARBOARD YACHT GROUP LLC ("Borrower").

2. As a result of a scrivener's error, the Verified Complaint in Admiralty states the Hull ID for the Vessel is RJDE005I708. The correct and intended Hull ID is RJDE00_0_5I708. Specifically, one zero was omitted from the Hull ID.

3. Accordingly, Plaintiff seeks to amend by interlineation to correct the Hull ID for the Vessel from RJDE005I708 to RJDE0005I708. The proposed Amendment by Interlineation is attached hereto.

85804691;1

4.      Pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, "the court should freely give leave [to amend] when justice so requires."

5.      No party will be prejudiced by the requested amendment.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant Plaintiff leave to file the attached Amendment by Interlineation, and for such other relief as the Court deems appropriate.

Date: April 14, 2026

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
amanda.klopp@akerman.com
jenna.yoss@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Phone: (561) 653-5000
Fax: (561) 659-6313
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/   Amanda Klopp*
Amanda Klopp, Esq.

85804691;1