**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

      Defendants.

_____/

**AMENDMENT BY INTERLINEATION TO**
**VERIFIED COMPLAINT IN ADMIRALTY [DE 1]**

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff") hereby amends paragraph 4 of

the Verified Complaint in Admiralty ("Complaint") as follows:

4.     Defendant SLOW UR ROLL II, Official No. 1220768 and Hull ID RJDE0005I708 ("Vessel") is a 2008 Everglades 350LX Express that, upon information and belief, will be located in Broward County, Florida, within the Southern District of Florida.

Date: April 14, 2026

      */s/ Amanda Klopp*_____
      Amanda Klopp, Esq.
      Florida Bar Number: 124156
      Jenna M. Yoss, Esq.
      Florida Bar Number: 1049858
      amanda.klopp@akerman.com
      jenna.yoss@akerman.com
      **AKERMAN LLP**
      777 South Flagler Drive
      Suite 1100 West Tower
      West Palm Beach, FL 33401
      Phone: (561) 653-5000/Fax: (561) 659-6313
      *Attorneys for Plaintiff*

85804449;1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/   *Amanda Klopp*
Amanda Klopp, Esq.

85804449;1