**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam***,**

      Defendants.

_____/

## <u>CERTIFICATE OF SERVICE</u>

      **I HEREBY CERTIFY** that a true and correct copy of the *Notice Of Action In Rem And Arrest Of Vessel* (**Doc 34**) was served on April 15, 2026 via email upon the person listed on the attached Service List.

Dated:  April 15, 2026

                                            Respectfully submitted,

                                            */s/ Amanda Klopp*
                                            Amanda Klopp, Esq.
                                            Florida Bar Number: 124156
                                            amanda.klopp@akerman.com
                                            Jenna M. Yoss, Esq.
                                              Florida Bar Number: 1049858
                                              jenna.yoss@akerman.com
                                            **AKERMAN LLP**
                                            777 So. Flagler Dr., Ste 1100 - West Tower
                                            West Palm Beach, FL 33401
                                            Tel: (561) 653-5000 /Fax: (561) 659-6313
                                            *Attorneys for Seacoast National Bank*

86225291;1

## <u>SERVICE LIST</u>

Robert D. McIntosh, Esquire
Fowler White Burnett, P.A.
200 East Las Olas Blvd.
Ste. 2000 – Penthouse B
Fort Lauderdale, FL 33301
**Email: [rmcintosh@fowler-white.com](mailto:rmcintosh@fowler-white.com)**

86225291;1