**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

      Defendants.

_____/

## <u>MOTION FOR CLERK'S DEFAULT AGAINST STARBOARD YACHT GROUP LLC</u>

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff"), by and through undersigned counsel hereby files this Motion for Clerk's Default against Defendant STARBOARD YACHT GROUP LLC in support thereof, states as follows:

1.     Plaintiff filed its Complaint on February 2, 2026. [DE 1.]

2.     The Clerk issued a summons to STARBOARD YACHT GROUP LLC on February 4, 2026, care of its then-registered agent, Matthew J. Valcourt. [DE 3.]

3.     During the pendency of the action, STARBOARD YACHT GROUP LLC changed its registered agent to Charles J. Stratmann. [DE 35.]

4.     On March 11, 2026, the Clerk re-issued a summons to STARBOARD YACHT GROUP LLC, care of its new registered agent, Charles J. Stratmann. [DE 40.]

86233885;1

5.      On March 17, 2026, the process server served Defendant STARBOARD YACHT GROUP LLC.

6.      On April 2, 2026, Plaintiff filed the return of service [DE 44] which indicates service was completed on Defendant STARBOARD YACHT GROUP LLC on March 17, 2026. Attached as **Exhibit A** is the return of service from the process server.

7.      Accordingly, Defendant STARBOARD YACHT GROUP LLC was required to file a response to the Complaint on or before April 7, 2026.

8.      As of the filing of this Motion on April 15, 2026, no response to the Complaint has been filed by Defendant STARBOARD YACHT GROUP LLC.

9.      Plaintiff moves for entry of a default by the Clerk against Defendant STARBOARD YACHT GROUP LLC for failure to serve any paper on counsel or file any paper in response to the complaint as required by law.

WHEREFORE, Plaintiff respectfully requests the Clerk enter a default against Defendant STARBOARD YACHT GROUP LLC.

Dated:  April 15, 2026                                Respectfully submitted,

                                                              */s/ Amanda Klopp*
                                                              Amanda Klopp, Esq.
                                                              Florida Bar Number: 124156
                                                              amanda.klopp@akerman.com
                                                              Jenna M. Yoss, Esq.
                                                              Florida Bar Number: 1049858
                                                              jenna.yoss@akerman.com
                                                              **AKERMAN LLP**
                                                              777 South Flagler Drive
                                                              Suite 1100 West Tower
                                                              West Palm Beach, FL 33401
                                                              Tel: (561) 653-5000 /Fax: (561) 659-6313
                                                              *Attorneys for Seacoast National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail and email to those listed below.

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
*Defendant*

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301
E-mail: jake@starboardyacht.com
*Alleged Claimant*

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004
*Substitute Custodian*

/s/   *Amanda Klopp*
Amanda Klopp, Esq.

3

86233885;1