# Exhibit A

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: CIVIL ACTION NO.
0:26-CV-60289-WPD

Plaintiff: **SEACOAST NATIONAL BANK**
vs.
Defendant: **M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines,machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,**



GIA2026002721

For:
Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401

Received by Gotcha Legal Services, Inc. on the 12th day of March, 2026 at 1:05 pm to be served on **STARBOARD YACHT GROUP LLC C/O REGISTERED AGENT CHARLES JACOB STRATMANN, 545 NE 17TH AVE., FT. LAUDERDALE, FL 33301**.

I, Ivan Williams, do hereby affirm that on the **17th day of March, 2026** at **11:30 am, I:**

served an **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT IN ADMIRALTY WITH ATTACHED EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Christie Powers** as **Co-Resident Of Registered Agent Charles Jacob Stratmann** at the address of: **545 NE 17TH AVE., FT. LAUDERDALE, FL 33301**, who stated they are authorized to accept service for **STARBOARD YACHT GROUP LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/16/2026  11:10 am  Attempted service at 545 NE 17TH AVE., FT. LAUDERDALE, FL 33301
upon arriving at the service location, two vehicles in the driveway. Ring doorbell cameras on both entries does not work. Dog barking in the front window, but no response after knocking on the door.
3/16/2026  5:34 pm  Attempted service at 545 NE 17TH AVE., FT. LAUDERDALE, FL 33301
Upon arriving at the service location, vehicle gone from the driveway. After knocking on the door, dog barking inside the home, but no response at the door.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of Perjury, I declare that I have read the foregoing document and that the facts stated herein are true and correct. No Notary required pursuant to F.S. 92.525(2).

**Ivan Williams**
**SPS#1716**

**Gleason Investigations**
**250 Palm Coast Parkway NE**
**Suite #607-194**
**Palm Coast, FL 32137**
**(386) 387-0595**

Our Job Serial Number: GIA-2026002721

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

| DELIVERED | 03/17/2026 11:30 AM |
|---|---|
| SERVER | IW |
| LICENSE | SPS#1716 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SEACOAST NATIONAL BANK | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 0:26-cv-60289-WPD |
| **M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708, Together with all masts, boilers, cables, engines, machinery, etc., _in rem_, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, _in personam_, | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   STARBOARD YACHT GROUP LLC
c/o Registered Agent Charles Jacob Stratmann
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda Klopp, Esq.
Jenna M. Yoss, Esq.
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___ Mar 11, 2026 ___

_s/ Lisa I. Streets_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  0:26-cv-60289-WPD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: