# Exhibit A



**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV  25419
Phone: (800) 799-8362
Fax: 304-271-2405

**January 12, 2026**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office.  If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title          O/N:1220768          3 PAGE(S)

**TOTAL:**                                        4 PAGE(S) (including cover page)

2676802                          Reference Number: 205390235                          Page 1

DEPARTMENT OF HOMELAND SECURITY

OMB NO 2115-0110

## U.S. Coast Guard
## GENERAL INDEX OR ABSTRACT OF TITLE

OFFICIAL NUMBER: __1220768__     NAME OF VESSEL   __KATANGA__

HIN NUMBER: _____     HULL ID NUMBER: __RJDE0005I708__     IMO NUMBER: _____

VESSEL BUILT AT   __EDGEWATER, FL, UNITED STATES__

(AND) _____   IN __2007__

BY __R J DOUGHERTY ASSOC., INC.__

FOR   __BOAT WORLD OF FLORIDA__

BUILDER'S CERTIFICATE DATED   __09/22/2009__

TITLE ASSIGNED TO   _____

---

STATUS:  ON RECORD

   FLORIDA registration, [FL0085NR] reflects owner as:  ASBERG PETURSSON

---

INSTRUMENT TYPE

**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 12, 2009 | $1.00 | 693898 | 10542818 |

| DATE FILED | TIME FILED | | STATUS | |
|---|---|---|---|---|
| JUNE 02, 2009 | 3:20 PM | | RECORDED | |

SELLER

   **ASBERG PETURSSON**

BUYER

   **INDABLUE SEA INC**

---

| DISCHARGED | INSTRUMENT TYPE |
|---|---|
| **YES** | **PREFERRED MORTGAGE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 12, 2009 | $180,000.00 | 693898 | 10542819 |

| DATE FILED | TIME FILED | | STATUS | |
|---|---|---|---|---|
| JUNE 02, 2009 | 3:20 PM | | RECORDED | |

MORTGAGOR

   **INDABLUE SEA INC**

MORTGAGEE

   **BB&T**
   **1010 KENNEDY DRIVE STE 100**
   **KEY WEST FL  33040**

---

This space intentionally left blank

---

CG-1332 (06/23)                    PREVIOUS EDITION MAY BE USED

Official No. 1220768 DEPARTMENT OF HOMELAND SECURITY OMB NO. 2115-0110

# U.S. Coast Guard
## GENERAL INDEX OR ABSTRACT OF TITLE
Continuation Sheet No. 1

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| **YES** | **AMENDMENT TO PREFERRED MORTGAGE** | | | |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 15, 2014 | N.A. | 20185100 | 3 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 05, 2014 | 9:05 AM | RECORDED |

MORTGAGOR

INDABLUE SEA INC

MORTGAGEE

BB&T
1010 KENNEDY DRIVE  STE 100
KEY WEST  FL  33040

| INSTRUMENT TYPE |
|---|
| **TRANSFER OF INTEREST** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 11, 2016 | N.A. | 37164900 | 4 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 27, 2016 | 7:38 AM | RECORDED |

GRANTOR

INDABLUE SEA INC

GRANTEE

ANDREW COTTON

| INSTRUMENT TYPE | REFERS TO: BATCH: 693898 DOC ID: 10542819 BATCH: 20185100 DOC ID: 3 |
|---|---|
| **SATISFACTION OF MORTGAGE** | |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | AUGUST 26, 2016 | $180,000.00 | 38639700 | 2 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| AUGUST 29, 2016 | 8:50 AM | RECORDED |

MORTGAGEE

BRANCH BANKING AND TRUST COMPANY

MORTGAGOR

INDABLUE SEA IN

STATUS:  ON RECORD

Vessel Name Changed to: BANDITA (08-31-2016)****

| INSTRUMENT TYPE |
|---|
| **BILL OF SALE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JULY 3, 2020 | $1.00 | 77570300 | 5 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JULY 06, 2020 | 11:31 AM | RECORDED |

SELLER

ANDREW COTTON

BUYER

STARBOARD YACHT GROUP LLC

This space intentionally left blank

CG-1332A (06/23)    PREVIOUS EDITION MAY BE USED

Case 0:26-cv-60289-WPD Document 49-1 Entered on FLSD Docket 04/15/2026 Page 5 of 5

## U.S. Coast Guard
### GENERAL INDEX OR ABSTRACT OF TITLE
Continuation Sheet No. 2

**STATUS:  ON RECORD**

**Vessel Name Change To SLOW UR ROLL II 7/15/2020**

---

**INSTRUMENT TYPE**

**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JULY 17, 2020 | $176,503.10 | 80025600 | 4 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| AUGUST 24, 2020 | 4:04 PM | RECORDED |

**MORTGAGOR**

STARBOARD YACHT GROUP LLC

**MORTGAGEE**

SEACOAST NATIONAL BANK
PO BOX 940036
MAITLAND FL 32794

---

**INSTRUMENT TYPE**

**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JUNE 6, 2024 | $990,000.00 | 132545300 | 3 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| JUNE 06, 2024 | 6:10 PM | RECORDED |

**MORTGAGOR**

STARBOARD YACHT GROUP LLC

**MORTGAGEE**

LOCALITY BANK
1400 S ANDREWS AVE
FT LAUDERDALE FL 33316

---

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: 12/31/2025          TIME:  6:30 AM

_Christna H. Wadlm_
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

---

CG-1332A (06/23)                     PREVIOUS EDITION MAY BE USED