UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60289-CIV-DIMITROULEAS

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., in rem, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, in
personam,

     Defendant.

_____/

## ORDER GRANTING MOTION TO AMEND BY INTERLINEATION

This Cause is before the Court on Plaintiff's Motion to Amend by Interlineation [DE 46].

The Court has reviewed the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 46] is

**GRANTED**. Plaintiff may file an Amended Verified Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of

April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of Record