**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SEACOAST NATIONAL BANK

CASE NUMBER
0:26–cv–60289–WPD

PLAINTIFF(S)

v.

M/V SLOW UR ROLL II, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Starboard Yacht Group LLC**

as of course, on the date April 16, 2026.

**Angela E. Noble**
CLERK OF COURT

By   /s/ *Lisa Streets*
Deputy Clerk

cc:  Judge William P. Dimitrouleas
     Seacoast National Bank

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)