UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60289-CIV-DIMITROULEAS

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., in rem, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, in
personam,

     Defendants.

_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint in this matter on February 2nd, 2026. [DE 1]. When Defendants failed to timely respond, the Clerk entered Default against Defendant Starboard Yacht Group, LLC on April 16th, 2026. [DE 51] and against M/V Slow Ur Roll II on April 16th, 2026.  [DE 54]. However, Plaintiff has not yet moved for default judgment against Defendants Starboard Yacht Group, LLC and M/V Slow Ur Roll II.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before May 12th, 2026. Plaintiff shall either move for default judgment against Defendant Starboard Yacht Group, LLC and M/V Slow Ur Roll II or show cause why it has not done so;

2. Failure to comply with this order may result in immediate dismissal of Defendants Starboard Yacht Group, LLC and M/V Slow Ur Roll II without prejudice.

3. Plaintiff shall serve Defendant Starboard Yacht Group, LLC and M/V Slow Ur Roll II with a copy of this Order and file a notice of compliance in the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge