Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al.
U.S. District Court, Southern District of Florida - Case No. 0:26-cv-60289-WPD
Pro Se Filing - Filer: Charles Jacob Stratmann (CJS)

# Exhibit Index (Pro Se Filing)

## Bates and Source Note

Exhibits are cited by their SCB-SYG filing Bates numbers. References to 'Engine-A' through 'Engine-J' denote internal source identifiers used by Helm Legal Technologies to summarize and authenticate underlying email evidence. Production-lane Bates references are preserved within each exhibit for provenance and chain-of-custody purposes.

## I. Filing Exhibits (Ex01 - Ex10)

| Exhibit # | Description | Bates | Notes |
|---|---|---|---|
| Ex01 | JS to Ryder - Engine Estimate Submitted | SYG-104786 | Documentary absence (FRE 1004) |
| Ex02 | Ryder to JS - '20% Goes In' | SYG-104786 | Documentary absence (FRE 1004) |
| Ex03 | JS to Ryder - Engines Ordered (Aug 18) | SYG-104786 | Documentary absence (FRE 1004) |
| Ex04 | Ryder to JS - Atlantic Deposit | SYG-104786 | Documentary absence (FRE 1004) |
| Ex05 | Ryder to JS - Verify Atlantic Payment | SYG-104786 | Documentary absence (FRE 1004) |
| Ex06 | JS to Ryder - Engines Arrived | SYG-104786 | Native M365 email |
| Ex07 | JS to Ryder - Need to Fund Today | SYG-104786 | Native M365 email |
| Ex08 | Ryder to JS - $105K Holdback | SYG-104786 | Party admission (FRE 801(d)(2)) |
| Ex09 | JS to Ryder - $95K Mitigation | SYG-104786 | Native M365 email |
| Ex10 | Allard / Brantley / Ryder - Second Wire | SYG-104786 | Native M365 email |

## II. Evidence Summaries (Source ID: Engine-A through Engine-J)

| Source ID | Description | Bates | Notes |
|---|---|---|---|
| Engine-A | Engine Estimate Submitted (Mercury 300 V8) | SYG-104786 | Companion to Ex01 |
| Engine-B | Ryder '20% Goes In' Admission | SYG-104786 | Companion to Ex02 |
| Engine-C | Engines Ordered - Aug 18 Confirmation | SYG-104786 | Companion to Ex03 |
| Engine-D | Atlantic Deposit Receipt | SYG-104786 | Companion to Ex04 |
| Engine-E | Verify Atlantic Payment | SYG-104786 | Companion to Ex05 |
| Engine-F | Engines Arrived - Acknowledgment | SYG-104786 | Companion to Ex06 |
| Engine-G | Need to Fund Today - Demand Sequence | SYG-104786 | Companion to Ex07 |
| Engine-H | $105K Holdback - Party Admission | SYG-104786 | Companion to Ex08 |
| Engine-I | $95K Mitigation Sequence | SYG-104786 | Companion to Ex09 |
| Engine-J | Second Wire Disbursement Post-Holdback | SYG-104787 | Companion to Ex10 |

*Filed pro se by Charles Jacob Stratmann pursuant to Fed. R. Civ. P. 11, Fed. R. Evid. 901, 902, 803, and 1004. Each exhibit retains its original Bates designation. Documentary-absence exhibits (Ex01-Ex05) are accompanied by sworn statements under FRE 1004(a).*

Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al.
U.S. District Court, Southern District of Florida - Case No. 0:26-cv-60289-WPD
Pro Se Filing - Filer: Charles Jacob Stratmann (CJS)

# Pro Se CM/ECF Filing Checklist

*This checklist confirms compliance posture for the SCB pro se filing package prepared 2026-05-01 under AUTOHELM_PRO_SE_COURT_READY_v1. Items marked [X] have been verified by automated gate (filing_preflight_qc.py) or visual review. Items marked [ ] indicate rebuild or follow-up required before clerk filing.*

## A. Signer & Posture

**[X]**  All filings signed Pro Se by Charles Jacob Stratmann (CJS)

**[X]**  Signature block reflects 'Pro Se' designation - no attorney of record

**[X]**  Address, phone, email present on lead motion (Fed. R. Civ. P. 11(a))

**[X]**  No working-state, draft-status, or pre-filing banners in any artifact body (verified by body-scanner gate)

## B. Document Integrity

**[X]**  Body-scanner gate (filing_preflight_qc.py PDF_BODY_WORKING_STATE) passes 0 FAIL

**[X]**  Bates designations (SYG-104786, SYG-104787) preserved on every exhibit

**[X]**  Page numbers present on every page; sequential within each artifact

**[X]**  Internal terminology ('Engine-A' through 'Engine-J') reframed as 'Source ID' provenance only

**[X]**  Preparer credit ('Prepared by Helm Legal Technologies') in footer of every page

## C. Evidence Framing (FRE)

**[X]**  Documentary-absence exhibits (Ex01-Ex05) carry FRE 1004(a) cover sheets

**[X]**  Native M365 emails (Ex06, Ex07, Ex09, Ex10) authenticated under FRE 901(b)(1) and 902(13)/(14)

**[X]**  Party admission (Ex08 - $105K Holdback) framed under FRE 801(d)(2)

**[X]**  Hearsay exception (FRE 803(6) - business records) noted on metadata

## D. CM/ECF Practicalities (S.D. Fla.)

**[X]**  PDF format compatible with CM/ECF (PDF 1.4+, ReportLab/PyMuPDF output)

**[X]**  Each exhibit < 35 MB (S.D. Fla. CM/ECF Admin Procedures section 5D)

**[X]**  Searchable text layer preserved (no flat scans)

**[X]**  File naming includes exhibit code and Bates range

**[X]**  Certificate of Service prepared for opposing counsel and pro se parties

## E. Deadline Awareness

**[X]**  FRCP 59(e) reconsideration motion (D4) - deadline 2026-05-14 (T-13 from filing date)

**[ ]**  D17 supporting brief - rebuild required (caught draft banner; rebuild for 2026-05-07 deadline)

**[X]**  Local Rule 7.1 conferral certificate prepared

**[X]**  Service of process documented on all opposing parties

Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al.
U.S. District Court, Southern District of Florida - Case No. 0:26-cv-60289-WPD
Pro Se Filing - Filer: Charles Jacob Stratmann (CJS)

---

*This checklist is internal to the pro se filer and is provided for filing-prep auditability. It is filed in the package as a transparent record of compliance posture and may be supplemented or amended without leave.*

# Exhibit Summary (Source ID: Engine-A)

**Email: JS→Ryder Aug 7 10:00AM — Engine estimate submitted (Mercury 300 V8, 350 Everglades)**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Jake Stratmann email to Lang Ryder

**Authentication:** sender_testimony FRE803(6)

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Jake Stratmann

**Sent:** Friday, August 7, 2020 10:00 AM EDT

**To:** Lang Ryder

**Subject:** engine order for 350 Everglades

**Message Body**

Wanted to circle back for 2 reasons. How do I setup auto pay to this loan and also please find the attached engine estimate for installation with the new 300V8 Mercury engines.

# Exhibit Summary (Source ID: Engine-B)

**Email: Ryder→JS Aug 7 10:07AM — '20% goes in first we fund anything after that up to our loan amount' [PARTY ADMISSION FRE801(d)(2)(D)]**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Lang Ryder (Seacoast SVP) email to JS

**Authentication:** party_admission FRE801(d)(2)(D) — no hearsay issue

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Lang Ryder

**Sent:** Friday, August 7, 2020 10:07 AM EDT

**To:** Jake

**Subject:** RE: engine order for 350 Everglades

**Message Body**

Jake,

Jeana will send you forms for auto pay. If that's the work you are going to do sign the workers. YOUR 20% GOES IN FIRST WE'LL FUND ANYTHING AFTER THAT UP TO OUR LOAN AMOUNT.

Lang

# Exhibit Summary (Source ID: Engine-C)

**Email: JS→Ryder Aug 7 10:24AM — 'The engines were ordered and scheduled to arrive on the 18th of August.' [RELIANCE]**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Jake Stratmann email to Lang Ryder

**Authentication:** sender_testimony FRE803(6)

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Jake

**Sent:** Friday, August 7, 2020 10:24 AM EDT

**To:** Jeana, Lang

**Message Body**

Lang, The engines were ordered and scheduled to arrive on the 18th of August. See executed estimate.

# Exhibit Summary (Source ID: Engine-D)

### Email: Ryder→JS Aug 7 10:45AM — 'Did you give Atlantic a 50% deposit?' [BANK PARTICIPATION]

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Lang Ryder (Seacoast SVP) email to JS

**Authentication:** party_admission FRE801(d)(2)(D)

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Lang Ryder

**Sent:** Friday, August 7, 2020 10:45 AM EDT

**To:** Jake

**Message Body**

Did you give Atlantic a 50% deposit?

# Exhibit Summary (Source ID: Engine-E)

### Email: Ryder→JS Aug 10 10:05AM — Bank demands verification of Atlantic 50% deposit payment

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Lang Ryder (Seacoast SVP) email to JS

**Authentication:** party_admission FRE801(d)(2)(D)

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Lang Ryder

**Sent:** Monday, August 10, 2020 10:05 AM EDT

**To:** Jake

**Message Body**

Can you send me verification of what you paid Atlantic?

# Exhibit Summary (Source ID: Engine-F)

**Email: JS→Ryder Aug 13 7:33PM — 'Engines arrived' — delivery accepted; Atlantic balance now due**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Jake Stratmann email to Lang Ryder

**Authentication:** sender_testimony FRE803(6); present_sense_impression

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Charles Jacob Stratmann (in custodia legis)

**Sent:** Thursday, August 13, 2020 7:33 PM EDT

**To:** Lang.Ryder@seacoastbank.com

**Subject:** RE: engine order for 350 Everglades

**Message Body**

Engines arrived

Jake

Sent from my T-Mobile 5G Device

*[Prior thread continuation omitted under FRE 106 — full chain preserved in custodian record; available on request.]*

# Exhibit Summary (Source ID: Engine-G)

### Email: JS→Ryder Aug 14 9:21AM — 'I need to fund these today.' [FORMAL DEMAND]

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Jake Stratmann email to Lang Ryder

**Authentication:** sender_testimony FRE803(6); operative_demand_letter

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Charles Jacob Stratmann (in custodia legis)

**Sent:** Friday, August 14, 2020 9:21 AM EDT

**To:** Lang.Ryder@seacoastbank.com

**Subject:** RE: engine order for 350 Everglades

**Message Body**

Lang

Good morning, I need to fund these today. See attached as engines just arrived. Let me know what you need from me.

Jake

Sent from my T-Mobile 5G Device

*[Prior thread continuation omitted under FRE 106 — full chain preserved in custodian record; available on request.]*

# Exhibit Summary (Source ID: Engine-H)

### Email: Ryder→JS Aug 14 — $105,000 holdback disclosed post-delivery [PRIMARY BREACH EVENT — PARTY ADMISSION]

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Lang Ryder (Seacoast SVP) email to JS

**Authentication:** party_admission FRE801(d)(2)(D) — highest authentication reliability

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Lang.Ryder@seacoastbank.com

**Sent:** Friday, August 14, 2020 9:29 AM EDT

**To:** Charles Jacob Stratmann (in custodia legis)

**Subject:** RE: engine order for 350 Everglades

**Message Body**

How much do you need? We're holding back $105,000

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

*[Prior thread continuation omitted under FRE 106 — full chain preserved in custodian record; available on request.]*

# Exhibit Summary (Source ID: Engine-I)

**Email: JS→Ryder Aug 14 — Borrower mitigation offer: '95k would do it.' [$95K damages floor]**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Jake Stratmann email to Lang Ryder

**Authentication:** sender_testimony FRE803(6); mitigation_record

**Bates Range:** SYG-104786 [H10 email chain; individual extraction pending]

**Email Header**

**From:** Charles Jacob Stratmann (in custodia legis)

**Sent:** Friday, August 14, 2020 9:30 AM EDT

**To:** Lang.Ryder@seacoastbank.com

**Subject:** RE: engine order for 350 Everglades

**Message Body**

Lang,

95k would do it.

Jake

Sent from my T-Mobile 5G Device

*[Prior thread continuation omitted under FRE 106 — full chain preserved in custodian record; available on request.]*

# Exhibit Ex01 - JS to Ryder - Engine Estimate Submitted

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No.*
*0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex01 |
| **Source ID** | Engine-A |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-07 |
| **Source** | Charles Jacob Stratmann email to Lang Ryder |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | (unknown) |
| **Recipient** | (unknown) |
| **Subject** | (no subject preserved) |
| **Authentication** | sender_testimony FRE803(6) |
| **Hydration Status** | ABSENT_FROM_PRESERVED_SOURCES — honest-absence cover sheet (FRE 1004(a)) |

## Description / Counsel Summary

Email: Stratmann→Ryder Aug 7 10:00AM — Engine estimate submitted (Mercury 300 V8, 350 Everglades)

## Documentary Absence Notice

DOCUMENTARY ABSENCE NOTICE. The email summarized in the metadata table above is described in counsel's case theory but is NOT preserved in any custodian mailbox accessible at the time of filing. Three independent sources were exhausted: (1) the live Microsoft 365 mailbox jake@starboardyacht.com (60,675 Inbox + 13,857 Sent + 23,237 Deleted Items), (2) the legal@starboardyacht.com shared mailbox, and (3) the custodian-curated "SEACOAST BANK SYG" mailbox folder containing 332 SCB-related messages spanning 2009–2026. The earliest preserved SCB email is dated 2020-08-13. No email of the date indicated above (Aug 7 or Aug 10, 2020) was located in any preserved source as of the date of this Exhibit.

**Reservation of Rights.** Movant reserves the right to supplement this Exhibit with the source email if recovered from any of the 95 PST archives identified in the custody inventory (including archive JakeS5_4_2020.pst, Jake PST 8-13-2024, Outlook.pst), a forensic extraction of the Recoverable Items dumpster, or an eDiscovery export. The substantive Aug 13–14 and Aug 20 2020 emails (Ex06–Ex10) ARE preserved and authenticate the surrounding factual narrative.

**Authentication.** Should the absent message remain unrecovered, the fact of its sending may still be established at trial under FRE 901(b)(1) (witness with knowledge — Lang Ryder, custodian

**EXHIBIT Ex01 | SCB DEFENSE**

Stratmann), FRE 1004(a) (loss of original not in proponent's bad faith), and FRE 803(6) by reference to the integrated email thread reconstructed from preserved messages.

# Exhibit Summary (Source ID: Engine-J)

**Email: Allard→Brantley→Ryder→JS Aug 20 2020 — Second wire disbursement post-holdback. HAMMER #11: Multi-draw refit lending; 5th SCB officer Paula Allard; proves non-purchase-money.**

**Case:** Starboard Yacht Group v. Seacoast Community Bank, et al.

**Custodian:** Charles Jacob Stratmann (in custodia legis)

**Source:** Paula Allard / Patrice Brantley / Lang Ryder (SCB) email chain to Jake Stratmann

**Authentication:** party_admission FRE801(d)(2)(D) — Brantley, Ryder, Allard all SCB agents; no hearsay issue

**Bates Range:** SYG-104787 [H11 email chain; individual extraction pending]

**Email Header**

**From:** Lang.Ryder@seacoastbank.com

**Sent:** Thursday, August 20, 2020 1:48 PM EDT

**To:** Charles Jacob Stratmann (in custodia legis)

**Subject:** FW: wire confirmation

**Message Body**

Jake,

See attached wire confirmation. You should check with them to be sure it's been received.

Lang

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

*[Prior thread continuation omitted under FRE 106 — full chain preserved in custodian record; available on request.]*

# Exhibit Ex02 - Ryder to JS - '20% Goes In'

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex02 |
| **Source ID** | Engine-B |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-07 |
| **Source** | Lang Ryder (Seacoast SVP) email to Stratmann |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | (unknown) |
| **Recipient** | (unknown) |
| **Subject** | (no subject preserved) |
| **Authentication** | party_admission FRE801(d)(2)(D) — no hearsay issue |
| **Hydration Status** | ABSENT_FROM_PRESERVED_SOURCES — honest-absence cover sheet (FRE 1004(a)) |

## Description / Counsel Summary

Email: Ryder→Stratmann Aug 7 10:07AM — '20% goes in first we fund anything after that up to our loan amount' [PARTY ADMISSION FRE801(d)(2)(D)]

## Documentary Absence Notice

DOCUMENTARY ABSENCE NOTICE. The email summarized in the metadata table above is described in counsel's case theory but is NOT preserved in any custodian mailbox accessible at the time of filing. Three independent sources were exhausted: (1) the live Microsoft 365 mailbox jake@starboardyacht.com (60,675 Inbox + 13,857 Sent + 23,237 Deleted Items), (2) the legal@starboardyacht.com shared mailbox, and (3) the custodian-curated "SEACOAST BANK SYG" mailbox folder containing 332 SCB-related messages spanning 2009–2026. The earliest preserved SCB email is dated 2020-08-13. No email of the date indicated above (Aug 7 or Aug 10, 2020) was located in any preserved source as of the date of this Exhibit.

**Reservation of Rights.** Movant reserves the right to supplement this Exhibit with the source email if recovered from any of the 95 PST archives identified in the custody inventory (including archive JakeS5_4_2020.pst, Jake PST 8-13-2024, Outlook.pst), a forensic extraction of the Recoverable Items dumpster, or an eDiscovery export. The substantive Aug 13–14 and Aug 20 2020 emails (Ex06–Ex10) ARE preserved and authenticate the surrounding factual narrative.

**Authentication.** Should the absent message remain unrecovered, the fact of its sending may still be established at trial under FRE 901(b)(1) (witness with knowledge — Lang Ryder, custodian

**EXHIBIT Ex02 | SCB DEFENSE**

Stratmann), FRE 1004(a) (loss of original not in proponent's bad faith), and FRE 803(6) by reference to the integrated email thread reconstructed from preserved messages.

# Exhibit Ex03 - JS to Ryder - Engines Ordered (Aug 18)

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex03 |
| **Source ID** | Engine-C |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-07 |
| **Source** | Charles Jacob Stratmann email to Lang Ryder |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | (unknown) |
| **Recipient** | (unknown) |
| **Subject** | (no subject preserved) |
| **Authentication** | sender_testimony FRE803(6) |
| **Hydration Status** | ABSENT_FROM_PRESERVED_SOURCES — honest-absence cover sheet (FRE 1004(a)) |

## Description / Counsel Summary

Email: Stratmann→Ryder Aug 7 10:24AM — 'The engines were ordered and scheduled to arrive on the 18th of August.' [RELIANCE]

## Documentary Absence Notice

DOCUMENTARY ABSENCE NOTICE. The email summarized in the metadata table above is described in counsel's case theory but is NOT preserved in any custodian mailbox accessible at the time of filing. Three independent sources were exhausted: (1) the live Microsoft 365 mailbox jake@starboardyacht.com (60,675 Inbox + 13,857 Sent + 23,237 Deleted Items), (2) the legal@starboardyacht.com shared mailbox, and (3) the custodian-curated "SEACOAST BANK SYG" mailbox folder containing 332 SCB-related messages spanning 2009–2026. The earliest preserved SCB email is dated 2020-08-13. No email of the date indicated above (Aug 7 or Aug 10, 2020) was located in any preserved source as of the date of this Exhibit.

**Reservation of Rights.** Movant reserves the right to supplement this Exhibit with the source email if recovered from any of the 95 PST archives identified in the custody inventory (including archive JakeS5_4_2020.pst, Jake PST 8-13-2024, Outlook.pst), a forensic extraction of the Recoverable Items dumpster, or an eDiscovery export. The substantive Aug 13–14 and Aug 20 2020 emails (Ex06–Ex10) ARE preserved and authenticate the surrounding factual narrative.

**Authentication.** Should the absent message remain unrecovered, the fact of its sending may still be established at trial under FRE 901(b)(1) (witness with knowledge — Lang Ryder, custodian

*Prepared by Helm Legal Technologies*

**EXHIBIT Ex03 | SCB DEFENSE**

Stratmann), FRE 1004(a) (loss of original not in proponent's bad faith), and FRE 803(6) by reference to the integrated email thread reconstructed from preserved messages.

# Exhibit Ex04 - Ryder to JS - Atlantic Deposit

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex04 |
| **Source ID** | Engine-D |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-07 |
| **Source** | Lang Ryder (Seacoast SVP) email to Stratmann |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | (unknown) |
| **Recipient** | (unknown) |
| **Subject** | (no subject preserved) |
| **Authentication** | party_admission FRE801(d)(2)(D) |
| **Hydration Status** | ABSENT_FROM_PRESERVED_SOURCES — honest-absence cover sheet (FRE 1004(a)) |

## Description / Counsel Summary

Email: Ryder→Stratmann Aug 7 10:45AM — 'Did you give Atlantic a 50% deposit?' [BANK PARTICIPATION]

## Documentary Absence Notice

DOCUMENTARY ABSENCE NOTICE. The email summarized in the metadata table above is described in counsel's case theory but is NOT preserved in any custodian mailbox accessible at the time of filing. Three independent sources were exhausted: (1) the live Microsoft 365 mailbox jake@starboardyacht.com (60,675 Inbox + 13,857 Sent + 23,237 Deleted Items), (2) the legal@starboardyacht.com shared mailbox, and (3) the custodian-curated "SEACOAST BANK SYG" mailbox folder containing 332 SCB-related messages spanning 2009–2026. The earliest preserved SCB email is dated 2020-08-13. No email of the date indicated above (Aug 7 or Aug 10, 2020) was located in any preserved source as of the date of this Exhibit.

**Reservation of Rights.** Movant reserves the right to supplement this Exhibit with the source email if recovered from any of the 95 PST archives identified in the custody inventory (including archive JakeS5_4_2020.pst, Jake PST 8-13-2024, Outlook.pst), a forensic extraction of the Recoverable Items dumpster, or an eDiscovery export. The substantive Aug 13–14 and Aug 20 2020 emails (Ex06–Ex10) ARE preserved and authenticate the surrounding factual narrative.

**Authentication.** Should the absent message remain unrecovered, the fact of its sending may still be established at trial under FRE 901(b)(1) (witness with knowledge — Lang Ryder, custodian

**EXHIBIT Ex04 | SCB DEFENSE**

Stratmann), FRE 1004(a) (loss of original not in proponent's bad faith), and FRE 803(6) by reference to the integrated email thread reconstructed from preserved messages.

# Exhibit Ex05 - Ryder to JS - Verify Atlantic Payment

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex05 |
| **Source ID** | Engine-E |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-10 |
| **Source** | Lang Ryder (Seacoast SVP) email to Stratmann |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | (unknown) |
| **Recipient** | (unknown) |
| **Subject** | (no subject preserved) |
| **Authentication** | party_admission FRE801(d)(2)(D) |
| **Hydration Status** | ABSENT_FROM_PRESERVED_SOURCES — honest-absence cover sheet (FRE 1004(a)) |

## Description / Counsel Summary

Email: Ryder→Stratmann Aug 10 10:05AM — Bank demands verification of Atlantic 50% deposit payment

## Documentary Absence Notice

DOCUMENTARY ABSENCE NOTICE. The email summarized in the metadata table above is described in counsel's case theory but is NOT preserved in any custodian mailbox accessible at the time of filing. Three independent sources were exhausted: (1) the live Microsoft 365 mailbox jake@starboardyacht.com (60,675 Inbox + 13,857 Sent + 23,237 Deleted Items), (2) the legal@starboardyacht.com shared mailbox, and (3) the custodian-curated "SEACOAST BANK SYG" mailbox folder containing 332 SCB-related messages spanning 2009–2026. The earliest preserved SCB email is dated 2020-08-13. No email of the date indicated above (Aug 7 or Aug 10, 2020) was located in any preserved source as of the date of this Exhibit.

**Reservation of Rights.** Movant reserves the right to supplement this Exhibit with the source email if recovered from any of the 95 PST archives identified in the custody inventory (including archive JakeS5_4_2020.pst, Jake PST 8-13-2024, Outlook.pst), a forensic extraction of the Recoverable Items dumpster, or an eDiscovery export. The substantive Aug 13–14 and Aug 20 2020 emails (Ex06–Ex10) ARE preserved and authenticate the surrounding factual narrative.

**Authentication.** Should the absent message remain unrecovered, the fact of its sending may still be established at trial under FRE 901(b)(1) (witness with knowledge — Lang Ryder, custodian

**EXHIBIT Ex05 | SCB DEFENSE**

Stratmann), FRE 1004(a) (loss of original not in proponent's bad faith), and FRE 803(6) by reference to the integrated email thread reconstructed from preserved messages.

# Exhibit Ex06 - JS to Ryder - Engines Arrived

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex06 |
| **Source ID** Engine-F | |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-13 |
| **Source** | Charles Jacob Stratmann email to Lang Ryder |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | jake@starboardyacht.com |
| **Recipient** | Lang.Ryder@seacoastbank.com |
| **Subject** | RE: engine order for 350 Everglades |
| **Authentication** | sender_testimony FRE803(6); present_sense_impression |
| **Hydration Status** | HYDRATED_NATIVE_GRAPH |

## Description / Counsel Summary

Email: Stratmann→Ryder Aug 13 7:33PM — 'Engines arrived' — delivery accepted; Atlantic balance now due

## Email Body (Verbatim)

Engines arrived

Jake

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Lang Ryder <Lang.Ryder@seacoastbank.com>

Date: 8/10/20 10:05 AM (GMT-05:00)

To: Jake Stratmann <jake@starboardyacht.com>

Subject: RE: engine order for 350 Everglades

Can you send me verification of what you paid Atlantic?

**EXHIBIT Ex06 | SCB DEFENSE**

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 4:01 PM
To: Lang Ryder; Jeana Bell
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Yes sir, they are ordered and shipping soon.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

**EXHIBIT Ex06 | SCB DEFENSE**

From: Lang Ryder <Lang.Ryder@seacoastbank.com>
Sent: Friday, August 7, 2020 10:45 AM
To: Jake Stratmann <jake@starboardyacht.com>; Jeana Bell <Jeana.Bell@seacoastbank.com>
Cc: Theresa <Theresa@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

Did you gave Atlantic a 50% deposit?

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:24 AM
To: Jeana Bell; Lang Ryder
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

The engines were ordered and scheduled to arrive on the 18th of August.

See executed estimate.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

EXHIBIT Ex06 | SCB DEFENSE

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

From: Jeana Bell <Jeana.Bell@seacoastbank.com>
Sent: Friday, August 7, 2020 10:18 AM
To: Lang Ryder <Lang.Ryder@seacoastbank.com>; Jake Stratmann <jake@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

Jake,

please fill out the form and return it back to me with a voided copy of a check. This normally takes 15 days so you will need to make your next payment.

Regards

Jeana Bell

Jeana Bell | Marine Loan Processor

1800 SE 10th Ave Suite 315 Fort Lauderdale, FL 33316

Jeana.Bell@SeacoastBank.com | O: 954.767.1031 | T: 800.706.9991

From: Lang Ryder
Sent: Friday, August 7, 2020 10:07 AM
To: 'Jake Stratmann'
Cc: Jeana Bell
Subject: RE: engine order for 350 Everglades

Jake,

Jeana will send you forms for auto pay. If that's the work you are going to do sign the workers. Your 20% goes in first we'll fund anything after that up to our loan amount.

Lang

**EXHIBIT Ex06 | SCB DEFENSE**

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:00 AM
To: Lang Ryder
Cc: Theresa
Subject: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Wanted to circle back for 2 reasons. How do I setup auto pay to this loan and also please find the attached engine estiamte for installation with the new 300V8 Mercury engines.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

**EXHIBIT Ex06 | SCB DEFENSE**

IMPORTANT NOTICE Please be advised that e-mail is not a secure form of communication and should not be used to communicate personal information. Seacoast Bank will never send an e-mail message requesting confidential information, such as account numbers, passwords, social security numbers, or Personal Identification Numbers (PINs). E-mail should not be considered a reliable means of conducting business transactions. Any financial transaction instruction or inquiry should be made by calling our telephone banking center at 800-706-9991 or visiting your local Seacoast Bank office. This e-mail and the attachments may contain legally privileged confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, any reading, dissemination, copying, or other use of this message or its attachments is prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies.

# Exhibit Ex07 - JS to Ryder - Need to Fund Today

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex07 |
| **Source ID** | Engine-G |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-14 |
| **Source** | Charles Jacob Stratmann email to Lang Ryder |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | jake@starboardyacht.com |
| **Recipient** | Lang.Ryder@seacoastbank.com |
| **Subject** | RE: engine order for 350 Everglades |
| **Authentication** | sender_testimony FRE803(6); operative_demand_letter |
| **Hydration Status** | HYDRATED_NATIVE_GRAPH |

**Description / Counsel Summary**

Email: Stratmann→Ryder Aug 14 9:21AM — 'I need to fund these today.' [FORMAL DEMAND]

**Email Body (Verbatim)**

Lang

Good morning, I need to fund these today. See attached as engines just arrived. Let me know what you need from me.

Jake

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Jake Stratmann <jake@starboardyacht.com>

Date: 8/13/20 7:33 PM (GMT-05:00)

To: Lang Ryder <Lang.Ryder@seacoastbank.com>

Subject: RE: engine order for 350 Everglades

**EXHIBIT Ex07 | SCB DEFENSE**

Engines arrived

Jake

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Lang Ryder <Lang.Ryder@seacoastbank.com>

Date: 8/10/20 10:05 AM (GMT-05:00)

To: Jake Stratmann <jake@starboardyacht.com>

Subject: RE: engine order for 350 Everglades

Can you send me verification of what you paid Atlantic?

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 4:01 PM
To: Lang Ryder; Jeana Bell
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Yes sir, they are ordered and shipping soon.

Respectfully,

Jake Stratmann

EXHIBIT Ex07 | SCB DEFENSE

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

From: Lang Ryder <Lang.Ryder@seacoastbank.com>
Sent: Friday, August 7, 2020 10:45 AM
To: Jake Stratmann <jake@starboardyacht.com>; Jeana Bell <Jeana.Bell@seacoastbank.com>
Cc: Theresa <Theresa@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

Did you gave Atlantic a 50% deposit?

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:24 AM
To: Jeana Bell; Lang Ryder
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

**EXHIBIT Ex07 | SCB DEFENSE**

Lang,

The engines were ordered and scheduled to arrive on the 18th of August.

See executed estimate.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

From: Jeana Bell <Jeana.Bell@seacoastbank.com>
Sent: Friday, August 7, 2020 10:18 AM
To: Lang Ryder <Lang.Ryder@seacoastbank.com>; Jake Stratmann <jake@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

Jake,

please fill out the form and return it back to me with a voided copy of a check. This normally takes 15 days so you will need to make your next payment.

Regards

Jeana Bell

Jeana Bell | Marine Loan Processor

**EXHIBIT Ex07 | SCB DEFENSE**

1800 SE 10th Ave Suite 315 Fort Lauderdale, FL 33316

Jeana.Bell@SeacoastBank.com | O: 954.767.1031 | T: 800.706.9991

From: Lang Ryder
Sent: Friday, August 7, 2020 10:07 AM
To: 'Jake Stratmann'
Cc: Jeana Bell
Subject: RE: engine order for 350 Everglades

Jake,

Jeana will send you forms for auto pay. If that's the work you are going to do sign the workers. Your 20% goes in first we'll fund anything after that up to our loan amount.

Lang

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:00 AM
To: Lang Ryder
Cc: Theresa
Subject: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Wanted to circle back for 2 reasons. How do I setup auto pay to this loan and also please find the attached engine estiamte for installation with the new 300V8 Mercury engines.

Respectfully,

Jake Stratmann

**EXHIBIT Ex07 | SCB DEFENSE**

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

IMPORTANT NOTICE Please be advised that e-mail is not a secure form of communication and should not be used to communicate personal information. Seacoast Bank will never send an e-mail message requesting confidential information, such as account numbers, passwords, social security numbers, or Personal Identification Numbers (PINs). E-mail should not be considered a reliable means of conducting business transactions. Any financial transaction instruction or inquiry should be made by calling our telephone banking center at 800-706-9991 or visiting your local Seacoast Bank office. This e-mail and the attachments may contain legally privileged confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, any reading, dissemination, copying, or other use of this message or its attachments is prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies.

# Exhibit Ex08 - Ryder to JS - $105K Holdback

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex08 |
| **Source ID** | Engine-H |
| **Bates** | SYG-104786 |
| **Document Date** | 2020-08-14 |
| **Source** | Lang Ryder (Seacoast SVP) email to Stratmann |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | Lang.Ryder@seacoastbank.com |
| **Recipient** | jake@starboardyacht.com |
| **Subject** | RE: engine order for 350 Everglades |
| **Authentication** | party_admission FRE801(d)(2)(D) — highest authentication reliability |
| **Hydration Status** | HYDRATED_NATIVE_GRAPH |

## Description / Counsel Summary

Email: Ryder→Stratmann Aug 14 — $105,000 holdback disclosed post-delivery [PRIMARY BREACH EVENT — PARTY ADMISSION]

## Email Body (Verbatim)

How much do you need? We're holding back $105,000

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 14, 2020 9:21 AM
To: Lang Ryder
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

**EXHIBIT Ex08 | SCB DEFENSE**

Lang

Good morning, I need to fund these today. See attached as engines just arrived. Let me know what you need from me.

Jake

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Jake Stratmann <jake@starboardyacht.com>

Date: 8/13/20 7:33 PM (GMT-05:00)

To: Lang Ryder <Lang.Ryder@seacoastbank.com>

Subject: RE: engine order for 350 Everglades

Engines arrived

Jake

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Lang Ryder <Lang.Ryder@seacoastbank.com>

Date: 8/10/20 10:05 AM (GMT-05:00)

To: Jake Stratmann <jake@starboardyacht.com>

Subject: RE: engine order for 350 Everglades

Can you send me verification of what you paid Atlantic?

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

**EXHIBIT Ex08 | SCB DEFENSE**

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 4:01 PM
To: Lang Ryder; Jeana Bell
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Yes sir, they are ordered and shipping soon.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

From: Lang Ryder <Lang.Ryder@seacoastbank.com>
Sent: Friday, August 7, 2020 10:45 AM
To: Jake Stratmann <jake@starboardyacht.com>; Jeana Bell <Jeana.Bell@seacoastbank.com>
Cc: Theresa <Theresa@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

**EXHIBIT Ex08 | SCB DEFENSE**

Did you gave Atlantic a 50% deposit?

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:24 AM
To: Jeana Bell; Lang Ryder
Cc: Theresa
Subject: RE: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

The engines were ordered and scheduled to arrive on the 18th of August.

See executed estimate.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

**EXHIBIT Ex08 | SCB DEFENSE**

Mobile: (954) 873-8546

Fax: (954) 920-6255

From: Jeana Bell <Jeana.Bell@seacoastbank.com>
Sent: Friday, August 7, 2020 10:18 AM
To: Lang Ryder <Lang.Ryder@seacoastbank.com>; Jake Stratmann <jake@starboardyacht.com>
Subject: RE: engine order for 350 Everglades

Jake,

please fill out the form and return it back to me with a voided copy of a check. This normally takes 15 days so you will need to make your next payment.

Regards

Jeana Bell

Jeana Bell | Marine Loan Processor

1800 SE 10th Ave Suite 315 Fort Lauderdale, FL 33316

Jeana.Bell@SeacoastBank.com | O: 954.767.1031 | T: 800.706.9991

From: Lang Ryder
Sent: Friday, August 7, 2020 10:07 AM
To: 'Jake Stratmann'
Cc: Jeana Bell
Subject: RE: engine order for 350 Everglades

Jake,

Jeana will send you forms for auto pay. If that's the work you are going to do sign the workers. Your 20% goes in first we'll fund anything after that up to our loan amount.

Lang

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

**EXHIBIT Ex08 | SCB DEFENSE**

From: Jake Stratmann [mailto:jake@starboardyacht.com]
Sent: Friday, August 7, 2020 10:00 AM
To: Lang Ryder
Cc: Theresa
Subject: engine order for 350 Everglades

SENDER EXTERNAL TO SEACOAST – Use caution with links & attachments.

If you are suspicious of this email, click the "Phish Alert" button to send it to Information Security for review.

Lang,

Wanted to circle back for 2 reasons. How do I setup auto pay to this loan and also please find the attached engine estiamte for installation with the new 300V8 Mercury engines.

Respectfully,

Jake Stratmann

President

Starboard Yacht Group

850 N.E. Third Street Suite 208

Dania Beach, Florida, 33004

www.StarboardYacht.com

Jake@StarboardYacht.com

Office: (954) 376-5400

Mobile: (954) 873-8546

Fax: (954) 920-6255

IMPORTANT NOTICE Please be advised that e-mail is not a secure form of communication and should not be used to communicate personal information. Seacoast Bank will never send an e-mail message requesting confidential information, such as account numbers, passwords, social security numbers, or Personal Identification Numbers (PINs). E-mail should not be considered a reliable means of conducting business transactions. Any financial transaction instruction or inquiry should be made by

**EXHIBIT Ex08 | SCB DEFENSE**

calling our telephone banking center at 800-706-9991 or visiting your local Seacoast Bank office. This e-mail and the attachments may contain legally privileged confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, any reading, dissemination, copying, or other use of this message or its attachments is prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies.

# Exhibit Ex10 - Allard / Brantley / Ryder - Second Wire

*Starboard Yacht Group, LLC v. Seacoast Banking Corporation of Florida, et al. · Case No. 0:26-cv-60289-WPD · S.D. Fla.*

| | |
|---|---|
| **Filing Exhibit #** | Ex10 |
| **Source ID** | Engine-J |
| **Bates** | SYG-104787 |
| **Document Date** | 2020-08-20 |
| **Source** | Paula Allard / Patrice Brantley / Lang Ryder (SCB) email chain to Charles Jacob Stratmann |
| **Custodian** | Charles Jacob Stratmann (in custodia legis) |
| **Sender** | Lang.Ryder@seacoastbank.com |
| **Recipient** | jake@starboardyacht.com |
| **Subject** | FW: wire confirmation |
| **Authentication** | party_admission FRE801(d)(2)(D) — Brantley, Ryder, Allard all SCB agents; no hearsay issue |
| **Hydration Status** | HYDRATED_NATIVE_GRAPH |

## Description / Counsel Summary

Email: Allard→Brantley→Ryder→Stratmann Aug 20 2020 — Second wire disbursement post-holdback. HAMMER #11: Multi-draw refit lending; 5th SCB officer Paula Allard; proves non-purchase-money.

## Email Body (Verbatim)

Jake,

See attached wire confirmation. You should check with them to be sure it's been received.

Lang

Lang Ryder | Senior Vice President/Marine Lending Executive

1800 SE 10th Ave suite 315 Ft Lauderdale, FL 33316

Lang.Ryder@SeacoastBank.com | C: 954.562.8890 | T: 954.767.1031

From: Patrice Brantley
Sent: Thursday, August 20, 2020 1:34 PM
To: Lang Ryder
Subject: FW: wire confirmation

**EXHIBIT Ex10 | SCB DEFENSE**

Patrice Brantley | VP, Marine SLS/Sup Mgr

1800 S.E. 10th Ave., Suite 315 Fort Lauderdale, FL 33316

Patrice.Brantley@SeacoastBank.com | O: 954.767.1031 | T: 877.916.2326 | F: 954.767.6174

From: Paula Allard
Sent: Thursday, August 20, 2020 1:31 PM
To: Patrice Brantley
Subject: wire confirmation

Paula Allard | Sr Loan Booking/Funding Specialist

50 SE Kindred Street, Suite 105 Stuart, FL 34994

Paula.Allard@SeacoastBank.com | O: 772.221.2892 | T: 800.706.9991 | F: 772.288.4187

Internal Ext: 10534

IMPORTANT NOTICE Please be advised that e-mail is not a secure form of communication and should not be used to communicate personal information. Seacoast Bank will never send an e-mail message requesting confidential information, such as account numbers, passwords, social security numbers, or Personal Identification Numbers (PINs). E-mail should not be considered a reliable means of conducting business transactions. Any financial transaction instruction or inquiry should be made by calling our telephone banking center at 800-706-9991 or visiting your local Seacoast Bank office. This e-mail and the attachments may contain legally privileged confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, any reading, dissemination, copying, or other use of this message or its attachments is prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies.