UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60289-CIV-DIMITROULEAS

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., in rem, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, in
personam,

     Defendants.

_____/

## **ORDER STRIKING FILINGS**

THIS CAUSE is before the Court upon "Claimant Charles Jacob Stratmann's Pro Se Motion for Reconsideration of Order Granting Plaintiff's Motion [DE 53] Pursuant to Federal Rule of Civil Procedure 59(e)" [DE 59] and "Claimant's Motion for Reconsideration of Order Denying Emergency Motion to Vacate Clerk's Entry of Default [DE 57] and Request for Expedited Consideration" [DE 60], filed herein on May 1, 2026 by non-party Charles Jacob Stratmann, ostensibly in his personal capacity and on behalf of Starboard Yacht Group, LLC. The Court has carefully considered the filings and is otherwise fully advised in the premises.

As this Court has repeatedly admonished, it is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985). The instant filings are therefore stricken. Any future filings on behalf of Defendant(s) must be filed by counsel or will otherwise be automatically stricken.

It is **ORDERED AND ADJUDGED** as follows:

1.  The above filings [DE 59, 60] are hereby **STRICKEN**.

2.  The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Charles Jacob Stratmann
Managing Member,
Starboard Yacht Group, LLC
545 NE 17th Avenue Fort Lauderdale,
FL33301
jake@starboardyachtcom

2