**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam***,**

      Defendants.

_____/

**CERTIFICATE OF COMPLIANCE**

      **I HEREBY CERTIFY** that a true and correct copy of the *Order To Show Cause For Lack Of Prosecution* **(Doc 58)** was served on May 4, 2026 via U.S. Mail upon the parties listed on the attached Service List.

Dated:  May 4, 2026

Respectfully submitted,

*/s/ Amanda Klopp*_____
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 So. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

86511600;1

## SERVICE LIST

Starboard Yacht Group LLC
545 NE 17th Avenue
Fort Lauderdale, FL 33301

M/V Slow UR Roll II
c/o National Liquidators
800 Old Griffin Road
Dania Beach, FL 33004

86511600;1