UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60289-CIV-DIMITROULEAS

SEACOAST NATIONAL BANK,

    Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., in rem, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, in
personam,

    Defendants.
_____/

## ORDER TO SHOW CAUSE WHY MOTION FOR DEFAULT JUDGMENT SHOULD NOT BE GRANTED

THIS CAUSE is before the Court on the Motion for Default Judgment Against M/V Slow Ur Roll II and Starboard Yacht Group LLC [DE 64], filed herein on May 5, 2026.

Plaintiff filed a Complaint in this matter on February 2, 2026. [DE 1]. When Defendants failed to timely respond, the Clerk entered Default against Defendant Starboard Yacht Group, LLC on April 16, 2026. [DE 51] and against M/V Slow Ur Roll II on April 16, 2026.  [DE 54]. Plaintiff now moves for default judgment against Defendants. [DE 64].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  On or before May 19, 2026, Defendants shall show cause why the instant Motion for Default Judgment should not be granted.

2.  A failure to timely respond will result in the Court granting the Motion for Default

Final Judgment [DE 64], entering default judgment in Plaintiff's favor against Defendants, and closing this case.

3.  Plaintiff shall serve Defendant Starboard Yacht Group, LLC and M/V Slow Ur Roll II with a copy of this Order and file a notice of compliance in the record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 5th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record