UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

      Plaintiff,

vs.

M/Y SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

    **I HEREBY CERTIFY** that a true and correct copy of the *Order To Show Cause Why Moton For Default Judgment Should Not Be Granted* **(Doc 65)** was served on May 5, 2026 via U.S. Mail upon the parties listed on the attached Service List.

Dated:  May 5, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 So. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

86511600;1

## SERVICE LIST

Starboard Yacht Group LLC
545 NE 17th Avenue
Fort Lauderdale, FL 33301

M/V Slow UR Roll II
c/o Substitute Custodian National Liquidators
800 Old Griffin Road
Dania Beach, FL 33004

86511600;1