# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

### Case No. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

> Plaintiff,

v.

M/V SLOW UR ROLL II, in rem, and
STARBOARD YACHT GROUP LLC, in personam,

> Defendants.

FILED BY _ChJC_ D.C.

MAY 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

—

### *PRO SE FILING — TO BE LIBERALLY CONSTRUED UNDER HAINES v. KERNER, 404 U.S. 519 (1972)*

## CLAIMANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DE 64)

## I. INTRODUCTION

Claimant Charles Jacob Stratmann, appearing pro se, respectfully submits this Response in Opposition to Plaintiff Seacoast National Bank's Motion for Default Judgment (DE 64, filed May 4, 2026). Default judgment is a disfavored remedy reserved for extreme cases, and the record here does not support that remedy on the merits. See Surtain v. Hamlin Terrace Found., 789 F.3d 1239, 1244-45 (11th Cir. 2015); Florida Physician's Ins. Co. v. Ehlers, 8 F.3d 780, 783 (11th Cir. 1993).

## II. PROCEDURAL POSTURE AND TIMELINESS

This Response is timely filed within the response window set by DE 64 ("Responses due by 5/18/2026") and is filed concurrently with Claimant's Response to the Court's Order to Show Cause (DE 65). Claimant has repeatedly attempted to appear and assert a verified interest in the res, including Verified Claim of Interest under Supplemental Admiralty Rule C(6) (DE 41), Answer and Counterclaim (DE 43), Motion to Intervene (DE 17), and Emergency Motion to Vacate (DE 56). The procedural history reflects diligence, not abandonment.

## III. DEFAULT JUDGMENT IS NOT WARRANTED ON THE MERITS

A. The Eleventh Circuit disfavors default judgment where the defaulting party has appeared and contested the action. Perez v. Wells Fargo N.A., 774 F.3d 1329, 1337 n.7 (11th Cir. 2014). Default judgment must be supported by well-pleaded factual allegations and a sufficient evidentiary basis. Surtain, 789 F.3d at 1245.

B. Plaintiff's Verified Amended Complaint (DE 63) was filed the same day as the instant Motion (DE 64), depriving Claimant of any opportunity to answer the operative pleading before default was sought. Default judgment on an amended complaint to which no responsive pleading was due is procedurally premature. See Fed. R. Civ. P. 15(a)(3).

## IV. SUPPLEMENTAL ADMIRALTY RULE C INTEREST PRESERVED

Claimant asserts and reserves a verified ownership and possessory interest in the res, M/V Slow UR Roll II (2008 Everglades 350LX Express, Official No. 1220768). This interest is documented in Claimant's prior filings, the registered ownership records, and the concurrent in rem proceedings in Locality Bank v. Starboard Yacht Group LLC, Case No. 0:26-cv-60068-AHS (S.D. Fla.), where the identical vessel (USCG Official No. 1220768) is the subject of a separate arrest warrant. The pendency of parallel in rem proceedings against the same hull raises threshold questions of priority, custody, and forum that must be addressed before any judgment on the res is entered.

## V. RELATED LITIGATION AND DISQUALIFICATION ISSUES

Plaintiff is represented by Akerman LLP attorneys Amanda L. Klopp and Jenna M. Yoss. Akerman LLP and its identified attorneys are named in related federal litigation presently pending before this District, including Stratmann v. Ivankovich, et al., Case No. 0:26-cv-61150 (S.D. Fla.). Claimant has previously moved to disqualify counsel (DE 28). The unresolved conflict-of-interest questions weigh against entry of a final, irreversible default judgment on the res while related proceedings remain active.

## VI. RELIEF REQUESTED

WHEREFORE, Claimant respectfully requests that the Court:
(a) DENY Plaintiff's Motion for Default Judgment (DE 64);
(b) Grant Claimant a reasonable opportunity to answer or otherwise respond to the Verified Amended Complaint (DE 63);

(c) Set the matter for hearing to address vessel-priority and forum issues raised by parallel in rem proceedings in Case No. 0:26-cv-60068-AHS; and

(d) Grant such further relief as the Court deems just and proper.

Respectfully submitted,

Charles Jacob Stratmann
Claimant, Pro Se
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

Date: May 18, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system (or U.S. Mail where required) upon all counsel of record, including:

Amanda L. Klopp, Esq., Akerman LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL 33401

Jenna M. Yoss, Esq., Akerman LLP, 777 S. Flagler Drive, Ste. 1100 West, West Palm Beach, FL 33401

Charles Jacob Stratmann
Pro Se