**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and **STARBOARD YACHT
GROUP LLC**, a Florida limited liability company, *in
personam*,

      Defendants.

_____/

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon the Plaintiff, Seacoast National Bank's

("Plaintiff's) Motion for Default Judgment against Defendants, M/V SLOW UR ROLL II, a 2008

Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, together with all masts,

boilers, cables, engines, machinery, etc., *in rem*, ("M/V SLOW UR ROLL II" or "Vessel") and

STARBOARD YACHT GROUP LLC, a Florida limited liability company*, in personam* (the

"Borrower"), filed May 4, 2026 [DE 64] (the "Motion")].

THE COURT has reviewed the Motion, the pertinent portions of the record, and relevant

authority and is otherwise fully advised in the premises.

Plaintiff filed a Complaint in this matter on February 2nd, 2026. [DE 1].  Defendant M/V

SLOW UR ROLL II was arrested by the U.S. Marshal on March 4, 2026. [DE 33].  As of the date

of this Order, the only claim or answer filed, which was filed *pro se* by Charles J. Stratmann, has

been stricken. [DE 41, 43, 49, 53].  Otherwise, no claim or answer has been filed or served by

either Defendant.  When Defendants failed to timely respond, the Clerk entered Default against Defendant Starboard Yacht Group, LLC on April 16, 2026, [DE 51] and against M/V SLOW UR ROLL II on April 16, 2026. [DE 54].  On May 4, 2026, Plaintiff filed the instant Motion for Default Judgment against Defendants M/V SLOW UR ROLL II and Starboard Yacht Group, LLC. [DE 64]. On May 5, 2026, the Court issued an Order to Show Cause Why the Motion for Default Judgment Should Not be Granted. [DE 65]. The Court provided through May 19, 2026 to show cause why default should not be granted, and stated that "[a] failure to timely respond will result in the Court granting the Motion for Default Final Judgment [DE 64], entering default judgment in Plaintiff's favor against Defendants, and closing this case." [DE 65]. Although Charles Jacob Stratmann again attempts to appear on behalf of Defendants, [DEs 67, 68] as noted several times, he is not the proper representative of Defendants, who must appear through counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Plaintiff's Motion for Default Judgment against Defendant M/V SLOW UR ROLL II [DE 64] is hereby **GRANTED**.

2.      Plaintiff's Motion for Default Judgment against Defendant Starboard Yacht Group, LLC [DE 64] is hereby **GRANTED**.

3.      In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

4.      The Clerk shall **MAIL** a copy of this Order to the addresses below. The Clerk shall close this case

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

M/V SLOW UR ROLL II
c/o Substitute Custodian National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004