**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

       Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

       Defendants.

_____/

## PLAINTIFF SEACOAST NATIONAL BANK'S MOTION TO EXTEND TIME TO REQUEST TAXABLE COSTS AND EXPENSES

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff"), by and through undersigned counsel, hereby moves to request an extension of time to seek taxable costs and expenses of sale through 14 days after the confirmation of the sale of the Defendant vessel. In support thereof, Plaintiff states as follows:

1.     On May 21, 2026, this Court entered final judgment in favor of Plaintiff and against Defendants M/V SLOW UR ROLL II ("Vessel") and STARBOARD YACHT GROUP LLC ("Borrower") on the Complaint for *in rem* and *in personam* relief, respectively, and ordered the sale of the Vessel [DE 70] ("Judgment").

2.     In the Judgment, the Court ordered that Plaintiff be awarded costs, expenses and attorneys' fees, herein to be taxed. The Court reserved jurisdiction to determine the amount of attorneys' fees and costs due to Plaintiff.  *See* Judgment ¶ 7.

87245638;1

3.      The deadline to file a motion to tax costs is thirty (30) days from the date of the Judgment pursuant to Rule 7.3(c) of the Local Rules for the Southern District of Florida, or by June 22, 2026.

4.      Taxable costs include items such as U.S. Marshal's fees, *see* 28 U.S.C. § 1920, which will not be determined on a final basis until after the sale is conducted.  The public sale of the Vessel will occur on June 26, 2026 at 12:00 p.m., and be subject to confirmation on July 3, 2026.  *See* Local Admiralty Rule 17(g) (providing for a 7-day objection period following sale). Accordingly, Plaintiff seeks an extension of time through and including 14 days after the confirmation of the sale of the Vessel to seek taxable costs and expenses in connection with the sale.

5.      Plaintiff believes good cause for the extension exists, because it will conserve judicial economy for Plaintiff to file a single Bill of Costs encompassing all taxable costs and expenses incurred through confirmation of the sale of the Defendant Vessel.

6.      This extension is sought not for the purpose of delay.  Plaintiff does not believe any party will be prejudiced by the filing of this Motion.

**WHEREFORE**, Plaintiff, SEACOAST NATIONAL BANK respectfully requests that the Court extend the time to seek taxable costs and expenses of sale through 14 days after the confirmation of the sale of the Defendant Vessel, and for all other relief that is just and proper.

### Local Rule 7.1(a)(3) Certification

Counsel for the movant has been unable to confer with parties who may be affected by the relief sought in the motion due to the Defendants' defaults.

2

87245638;1

Dated: June 22, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number:  124156
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
amanda.klopp@akerman.com
jenna.yoss@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Phone:  (561) 653-5000
Fax:  (561) 659-6313
*Attorneys for Seacoast Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served via U.S. mail on the below service list and by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.

## SERVICE LIST

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
*Defendant*

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004
*Substitute Custodian*

87245638;1