**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF SEACOAST NATIONAL BANK'S MOTION TO EXTEND TIME TO REQUEST TAXABLE COSTS AND EXPENSES

THIS CAUSE is before the Court on *Plaintiff Seacoast National Bank's Motion to Extend Time to Request Taxable Costs and Expenses*, filed on June 22, 2026 (DE 74) (the "Motion"). The Court has carefully considered the Motion, notes that the public sale of the Vessel will occur on June 26, 2026, and be subject to confirmation on July 3, 2026, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion (DE 74) is **GRANTED**.

2.      The Court hereby extends the time for Plaintiff to seek taxable costs and expenses of sale through 14 days after the confirmation of the sale of the Defendant vessel.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this ___ day of _____, 2026.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record