UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

**ORDER STRIKING/DENYING CHARLES JACOB STRATMANN'S VERIFIED
CLAIM FOR SEAMAN'S WAGES AND MOTION TO VACATE DEFAULT
JUDGMENT**

This cause is before the Court on Charles Jacob Stratmann's Verified Claim for Seaman's

Wages and Motion to Vacate Default Judgment [DE 72], filed herein on June 5, 2026. The Court

has reviewed the Verified Claim and Motion [DE 72] and the Response, [DE 73] filed herein on

June 22, 2026, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Verified Claim is **STRICKEN**

and the Motion [DE 72] is **DENIED**. The Court agrees with Seacoast National Bank that the claim

is untimely under Supplemental Rule C(6) and Local Admiralty Rule C(6), and that as a matter of

law, Stratmann is not entitled to seaman's wages because he is the sole member and manager of

Starboard Yacht Group, LLC, which is the owner of the Vessel, and therefore he is not a "stranger

to the vessel." *Sasportes v. M/V Sol de Copacabana*, 581 F.2d 1204, 1208 (5th Cir. 1978).

Moreover, although this Court has little tolerance for the hallucinated case citations that Seacoast points out in Stratmann's filing, the Court declines to impose sanctions at this juncture and instead denies / strikes the motion / claim on the merits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301