UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF SEACOAST NATIONAL BANK'S MOTION TO
EXTEND TIME TO REQUEST TAXABLE COSTS AND EXPENSES**

THIS CAUSE is before the Court on Plaintiff Seacoast National Bank's Motion to
Extend Time to Request Taxable Costs and Expenses, filed on June 22, 2026 (DE 74) (the
"Motion").  The Court has carefully considered the Motion, notes that the public sale of the
Vessel will occur on June 26, 2026, and be subject to confirmation on July 3, 2026, and is
otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE 74) is **GRANTED**.

2. The Court hereby extends the time for Plaintiff to seek taxable costs and expenses of sale
   through 14 days after the confirmation of the sale of the Defendant vessel.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this
23rd day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record