

FILED BY _____ D.C.

JUN 24 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| SEACOAST NATIONAL BANK, | ) | **Case No. 0:26-cv-60289-WPD** |
| **Plaintiff,** | ) | **Judge Hon. William P. Dimitrouleas** |
| v. | ) | |
| M/V SLOW UR ROLL II, et al., | ) | |
| **Defendants.** | ) | |

---

## DECLARATION OF CHARLES JACOB STRATMANN IN SUPPORT OF EMERGENCY MOTION TO PRESERVE PHYSICAL AND ELECTRONIC EVIDENCE, HOLD SALE PROCEEDS IN COURT REGISTRY, AND FOR RECONSIDERATION OF DE 79

CASE NO.: 0:26-cv-60289-WPD

Plaintiff,

v.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX

Express, Official No. 1220768, HIN: RJDE00051708,

in rem, and STARBOARD YACHT GROUP LLC,

a Florida limited liability company, in personam,

Defendants.

I, Charles Jacob Stratmann, declare under penalty of perjury pursuant to 28 U.S.C. § 1746

as follows:

1. I am an adult resident of Broward County, Florida. I appear in my individual capacity as a maritime worker, claimant, and person with direct personal knowledge of the vessel M/V Slow UR Roll II (2008 Everglades 350LX Express, HIN: RJDE0005I708, Official No. 1220768) (the "Vessel"). I make this declaration in support of my Emergency Motion to Preserve Physical and Electronic Evidence, Hold Sale Proceeds in Court Registry, and for Reconsideration of DE 79. I have personal knowledge of the facts stated herein.

2. I personally performed the maritime and technical labor described in this declaration over the period from approximately 2020 through 2023 in connection with my work for Starboard Yacht Group LLC ("SYG LLC"). During that time I worked as the primary maritime operator, R&D technician, sea trial pilot, demonstration captain, and systems integrator for the Vessel, which served as SYG LLC's primary demonstration, research, and development platform for marine stabilization and electronics technology.

3. **Humphree Lighting System — First Installation in the United States.** I personally oversaw and performed the installation of the Humphree Lighting system aboard the Vessel. To my knowledge based on my direct contact with Humphree's North American distribution and technical teams at the time, this was the first installation of the Humphree Lighting system in the United States. The Humphree Lighting system is an advanced marine LED

lighting integration tied to the Humphree stabilization platform and vessel control architecture. The installation involved proprietary integration work specific to the Vessel's electrical, control, and helm systems. The physical wiring, mounting, controller configuration, and integration architecture remain aboard the Vessel as installed.

4. **Lookout System — First Installation.** I personally oversaw and performed the installation of the Lookout forward-facing camera and collision-avoidance system aboard the Vessel. To my knowledge based on my direct involvement with Lookout's installation and integration team at the time, this was the first installation of the Lookout system on a vessel of this type and configuration in connection with a Seakeeper/Humphree integrated stabilization platform. The Lookout system integrates with the Vessel's onboard electronics network and helm display. The physical hardware, wiring, mounting, and configuration remain aboard the Vessel as installed.

5. **Seakeeper SK-5 / Sea Keeper 5000 Gyro — First-Ever Custom Installation on a Metal Foundation Over a Fuel Tank; Proprietary Method.** I personally designed and performed the installation of a Seakeeper SK-5 gyroscopic stabilization unit (also identified as "Sea Keeper 5000 Gyro" in the marine survey referenced in paragraph 8 below) aboard the Vessel using a custom-fabricated metal foundation positioned directly over the Vessel's

fuel tank. The Vessel's fuel system consists of two aluminum tanks totaling 328 gallons gasoline and 30 gallons diesel, located below the cockpit sole and aft bilge area, as confirmed by the independent marine survey referenced in paragraph 8 below. This installation method is, to my knowledge, the only installation of this type ever performed in the world.

The Seakeeper SK-5 installation on a metal foundation over a fuel tank required a custom structural solution involving proprietary fabrication, weight distribution calculations, mounting geometry, vibration damping, heat management, and integration with the Vessel's fuel system and hull structure. This was not a standard Seakeeper factory installation. It was a proprietary R&D solution developed by me on behalf of SYG LLC that has no equivalent installation anywhere else. The metal foundation, mounting hardware, wiring, fluid lines, and calibration configuration remain aboard the Vessel as installed. The Seakeeper unit serial number and model designation are physically affixed to the unit aboard the Vessel.

6. **Complementary Interceptor and Gyroscopic Stabilizer Integration — Proprietary Trade Secret Data.** The highest-value proprietary work product present on the Vessel is the integrated configuration data and operational parameters developed through SYG LLC's R&D program combining the Humphree interceptor (trim stabilization system) and

the Seakeeper SK-5 gyroscopic stabilizer as a complementary, co-optimized dual-system platform. This integration is not a factory configuration and does not exist in any Seakeeper or Humphree product manual or standard installation guide.

Specifically: Through extensive sea trials, demonstration voyages, and R&D testing aboard this Vessel — work I personally performed over approximately three years — SYG LLC developed a proprietary set of cross-system configuration parameters, controller settings, trim profiles, gyro initialization sequences, and operational protocols that allow the Humphree interceptor and Seakeeper SK-5 to work in a coordinated, complementary manner. The gyroscopic stabilizer data — including initialization profiles, operational trim states, calibration offsets, and the specific vessel-motion response data captured during sea trials — is stored in the Seakeeper SK-5 unit's onboard memory and controller. The Humphree controller retains the complementary interceptor configuration profiles developed in conjunction with the gyro data.

This cross-system integration dataset was developed solely by SYG LLC through original R&D work on this specific Vessel. It has independent economic value: it represents the technical foundation for SYG LLC's commercial offering as a marine stabilization integration specialist, and its disclosure to a competitor or transfer

to a buyer who could reverse-engineer it would eliminate SYG LLC's competitive advantage in this specialized market. SYG LLC maintained the secrecy of this configuration data by restricting access to the vessel and its systems to authorized personnel only. The configuration data is protectable as a trade secret under both the Defend Trade Secrets Act, 18 U.S.C. § 1839(3), and the Florida Uniform Trade Secrets Act, Fla. Stat. § 688.002(4), as a process, method, technique, and programmatic integration that derives independent economic value from secrecy. If the Vessel is transferred to a third party without a preservation protocol, the buyer may power the vessel's systems, overwrite configuration data, perform a factory reset on either controller, remove either unit, or simply operate the vessel in a manner that destroys the original R&D configuration state. Once overwritten or reset, this data cannot be recovered from any external source — it exists only on the onboard hardware of this specific Vessel.

7. **Irreplaceable Physical Evidence.** The proprietary installations and trade secret data described in paragraphs 3 through 6 above are physically present on the Vessel today. They cannot be reconstructed from documents, photographs, or records alone. The physical integration architecture — including the metal foundation over the fuel tank, the Humphree

Lighting wiring and controller configuration, the Lookout hardware and integration points, the Seakeeper serial and calibration state, and the complementary interceptor/gyro R&D dataset — represents unique, one-of-a-kind technical evidence that exists only in its current physical form on this Vessel. Once the Vessel is transferred to a third party and those systems are removed, altered, refit, overwritten, or discarded, the original installation architecture and trade secret data will be permanently destroyed and cannot be restored by any monetary remedy.

8. **Marine Survey — Independent Third-Party Confirmation.** The Vessel was surveyed by Paul R. Anstey, Inc. (Marine Surveyor, Yacht Designer and Consultant, 4959 NW 6th Street, Coconut Creek, FL 33063, (954) 270-1949), File No. 15256B, survey date May 8, 2024, attending surveyor Ben Dodarell, at Harbortown Marina, Dania Beach, Florida. The survey was commissioned by Starboard Yacht Group LLC. The survey report independently confirms the following facts directly relevant to the preservation request:

(a) Vessel: SLOW UR ROLL II | Hull Number: RJDE00051708 | Reg. No.: 1220768 Model: Everglades 350 LX | Year: 2008

(b) Stabilizers confirmed by independent surveyor: "Sea Keeper 5000 Gyro" and "Humphree trim tabs" — both physically present and documented as installed systems.

(c) The surveyor's narrative states: "The vessel has recently received a major custom refit including new custom vinyl wrap, updated navigation electronics and custom Sea Keeper Gyro stabilization system. All work appears to be of a good yacht quality finish. The vessel appears very well maintained and updated and upgraded on a regular basis."

(d) Market Value documented by independent surveyor: $1,000,000. Replacement Value: $1,350,000.

(e) Other confirmed systems: Raymarine integrated autopilot, radar, and chartplotter; 3 x Raymarine GPS units; Flir, Gosh electronics; Fusion stereo; 2 x Webasto air conditioning; 3 x Mercury Marine 400L outboards (approx. 2020). A true and correct copy of the Paul R. Anstey Inc. survey report, File No. 15256B (Bates No. SYG-107206), is attached hereto as **Exhibit A**. This independent survey corroborates and confirms the proprietary systems described in this declaration.

9. In addition to the proprietary installations described above, the following physical and electronic evidence categories are present on the Vessel and are at risk of alteration, removal, overwriting, or destruction upon transfer to a third party:

(a) Seakeeper SK-5 unit: serial number plate, model designation, installation

configuration, metal foundation, mounting hardware, wiring, fluid connections, and calibration data.

(b) Humphree Lighting system: controller unit, wiring harness, LED fixtures, mounting hardware, and configuration settings.

(c) Lookout system: hardware unit, mounting, wiring integration, and configuration.

(d) Helm and display integration: chartplotter, multifunction display, software version, controller interface, NMEA 2000 bus configuration, and co-integrated electronics.

(e) Custom electronics wiring harness: routing, junction points, proprietary SYG integration modifications, and labeling.

(f) Structural modifications: custom metal foundation fabrication, fiberglass work, through-hull modifications, drainage, and access panel configurations made in connection with the SK-5 installation over the fuel tank.

(g) Service tags, serial plates, and installation records affixed to or stored aboard the Vessel.

(h) Data-bearing devices: any onboard computer, tablet, controller, or data logger storing configuration, calibration, or operational records.

(i) Humphree interceptor controller: stored configuration profiles, trim parameters,

and cross-system integration settings constituting protectable trade secret data developed through SYG LLC's R&D program in conjunction with the Seakeeper SK-5 gyro data, as described in paragraph 6 above.

(j) Seakeeper SK-5 controller and onboard memory: initialization profiles, operational calibration offsets, vessel-motion response data captured during sea trials, and complementary trim-state parameters constituting protectable trade secret data representing the integrated gyro/interceptor R&D dataset developed by SYG LLC, as described in paragraph 6 above.

10. These installations and evidence categories are directly relevant to pending federal litigation in which I am a party concerning the Seakeeper stabilization platform, SYG LLC's proprietary R&D work, and related claims.

11. I request that this Court order that the Vessel's onboard systems, configurations, and physical installations be preserved without alteration, removal, refit, overwriting, or disposal pending a preservation inspection by a qualified marine surveyor or electronics expert designated by me or approved by this Court, to be completed within seven (7) days of any sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6/2 4/0_ , 2026, at Fort Lauderdale, Florida.

Respectfully submitted,

**Charles Jacob Stratmann**

Plaintiff, Pro Se

545 NE 17th Avenue

Fort Lauderdale, Florida 33301

(954) 873-8546

jake@starboardyacht.com

Date: 6/24/2024