

# PAUL R. ANSTEY, INC.
## MARINE SURVEYOR, YACHT DESIGNER AND CONSULTANT
4959 Nw 6th. Street,
Coconut Creek, FL 33063
(954) 270 1949
ansteypaul@gmail.com









# CONDITION SURVEY AND REPORT
## "SLOW UR ROLL II"

"SLOW UR ROLL II"                     File no:15256B                          Page 1

# Paul R. Anstey Inc.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

**4959 NW 6th Street**
**Coconut Creek, FL 33063**
**(954) 270 1949**

| | | | |
|---|---|---|---|
| **VESSELS NAME:** | SLOW UR ROLL II | **DATE:** | 5/8/2024 |
| **TYPE:** | Cuddy Cabin | **FILE NUMBER:** | 15256B |
| **MODEL:** | Everglades 350 LX | **ATTENDING SURVEYOR:** | Ben Dodarell |
| **SURVEY TYPE:** | Appriasal - Condition and Valuation | | |

**TO:**  Starboard Yacht Group LLC
850 NE 3rd Street, Suite 208
Dania Beach, FL

## GENERAL

| | | | |
|---|---|---|---|
| **REG. NO:** | 1220768 | **HULL NUMBER:** | RJDE00051708 |
| **HAIL PORT:** | Fort Lauderdale, FL | **REG.PORT:** | Fort Lauderdale, Fl |
| **OWNER:** | see above | | |
| | | **SURVEYED AT:** | Harbortown Marina, Dania Beach ,Fl |
| **L.O.A.:** | 35' 4" **L.W.L.:** | **BEAM:** | 10' 8" |
| **GRS.TONS:** | 14 **NET TONS:** 14 | **BALLAST:** | none seen |
| **YEAR:** | 2008 **DRAFT:** 3' 5" | **BUILDER:** | Everglades Boats |
| **DESIGNER:** | Daughtry | **MKT VALUE:** | $1,000,000 |
| **NAV LIMITS:** | coastal and offshore islands | **REPL. VALUE:** | $1,350,000 |
| **USE:** | pleasure | **BERTH:** | Dania Beach, FL |
| **CAPTAIN:** | owner | **LICENSE:** | not reported |

## HULL

| | | | |
|---|---|---|---|
| **TOPSIDES** | fiberglass | **CONDITION:** | good |
| **BOTTOM:** | fiberglass | **CONDITION:** | not observed |
| **FRAMES:** | partitions and bulkheads | **CONDITION:** | good |
| **DECKS:** | fiberglass | **CONDITION:** | good |
| **FLOORS:** | fiberglass | **FASTS:** | fiberglass |
| **DECK BEAMS:** | fiberglass | **STEM:** | curved |
| **STERN:** | transom | **RUDDER:** | 3 x outboards |
| **KEEL:** | fiberglass | **CENTERBOARD:** | none |
| **WORM SHOE:** | not applicable | **SKEG:** | fiberglass |
| **INTERIOR:** | gelcoat finished liner, vinyl overhead, vinyl wall coverings, some hardwood trim synthetic floor coverings | | |
| **BULKHEADS:** | 2 watertight, 5 partial | **BILGE:** | good |
| **VENTILATION:** | good | **SUPERSTR.:** | fiberglass |

## SPARS AND RIGGING

| | | | |
|---|---|---|---|
| **MASTS:** | signal lights only | **CONDITION:** | good |
| **BOOMS:** | 2 x outriggers | **CONDITION:** | good |
| **AWNINGS:** | fiberglass on cockpit and tower | **CONDITION:** | good |
| **COVERS:** | misc. | **CONDITION:** | good |

"SLOW UR ROLL II"                    File no:15256B                                    Page 2

## SMALL BOATS

| | | | |
|---|---|---|---|
| **TYPE:** | none | **MATERIAL:** | |
| **CONDITION:** | | **MODEL:** | |
| **SERIAL:** | | **MOTOR:** | |
| **MODEL:** | | **SERIAL:** | |

## FITTINGS AND EQUIPMENT

| | | | |
|---|---|---|---|
| **STEERING:** | wheel, hydraulic system | **CONDITION:** | good |
| **EMERGENCY:** | none | **DECK FITS.:** | s/s,chrome, aluminum |
| **ANCHORS:** | 1 x Spade shape approx 40# | | |
| **TACKLE:** | 3/8" chain, 3/4" rode | | |
| **WINDLASS:** | Lewmar DC electric | **WINCHES:** | none |
| **RADIOS:** | Raymarine VHF | | |
| **E.P.I.R.B.:** | none | **LOG/SPEED:** | GPS |
| **AUTO PILOT:** | Raymarine | **COMPASS:** | 2 x Ritchie |
| **RADAR:** | Raymarine integrated | | |
| **G.P.S.:** | 3 x Raymarine units | **STABILIZERS:** | Sea Keeper 5000 Gyro |
| **DEPTH SOUNDER:** | Raymarine integrated | | Humphree trim tabs |
| **OTHER:** | Flir, Gosh, outboard jack plates | **STEREO:** | Fusion |
| **CLOCK:** | GPS integrated | **BAROMETER:** | none |
| **HORN:** | electric and air | **SCHLITE:** | none |
| **BELL:** | none seen | **LIFERING:** | 1 x throw Cushion |
| **LIFEJACKETS:** | 9 x adult type III | **T.V.:** | 2 x LG |
| **LIFE RAFT:** | none seen | **HEADS:** | approved type |
| **FLARES:** | Orion good until 07/2026 | **AIR COND.:** | 2 x Webasto |

## GALLEY

| | | | |
|---|---|---|---|
| **LOCATION:** | starboard cabin | **TYPE STOVE:** | Kenyon electric BBQ |
| **TANK LOCATION:** | not applicable | **NO. OF TANKS:** | none |
| **LINES:** | plastic water lines only | **SHUT OFF:** | on bbq, on panel |
| **MICROWAVE:** | Toshiba | **VENT:** | good |
| **REFRIG:** | Isothern, Frigid Rigid cooler, cold plate | | |
| **HOT WATER:** | not visible | **OTHER:** | |

## MACHINERY

| | | | |
|---|---|---|---|
| | | **HOURS:** | 165 / 150 / 159 |
| **ENG LOC:** | transom mounted | **NO. & TYPE:** | 3 x gasoline outboards |
| **MAKE:** | Mercury Marine | **MODEL:** | 400L |
| **SERIAL:** | | | |
| **NUMBER OF CYLS.:** | V8          **APROX SPD:** | **H.P.:** | 400 x 3 |
| **R.P.M.:** | 5500 | **RED.GEAR:** | lower unit internal |
| **YEAR:** | approx 2020 | **RECOND.:** | not reported |
| **CONDITION:** | good | **BLOWER:** | |
| **ENG BEDS:** | fiberglass | **VENT:** | good |
| **COOLING:** | raw water | **BILGE PAN:** | bilge |
| **FLAME ARR:** | none | **DRIP PAN:** | not applicable |
| **FUEL PUMP:** | electric | **FILTERS:** | primary and secondary |
| **BOWLS:** | metal and plastic | **SILENCER:** | outboard internal |
| **EX. LINE:** | outboard internal | **COOLED:** | raw water |
| **ENG.GENERATOR:** | alternators | **CONTROLS:** | electronic |
| **SHAFT LOG:** | not applicable | **STUFF BOX:** | not applicable |
| **PROPELLER:** | 3 blade stainless steel | **SPARE:** | none |
| **SHAFT:** | outboard internal | **STUB SHAFT:** | none |
| **STRUTS:** | none | **BEARINGS:** | not applicable |
| **PROP PROTECT:** | outboard skegs only | **AIR COMP:** | none seen |

"SLOW UR ROLL II"                         File no:15256B                         Page 3

| | | | |
|---|---|---|---|
| **BILGE PUMPS:** | 3 x DC - forward, mid and aft | **H20 MAKER:** | SK Blue Gold |

## ELECTRICAL SYSTEM

| | | | |
|---|---|---|---|
| **AUX GEN:** | one | **HOURS:** | not recorded |
| **LOCATION:** | aft bilge | **MAKE:** | Fisher Panda |
| **SERIAL NUMBER:** | CO2 075 019 | **MODEL:** | Panda 8000i |
| **VOLTAGE:** | 120 | **VENT:** | good |
| **R.P.M.:** | 2800 | **NO.OF CYLS:** | 3 |
| **ENG COOL:** | fresh water | **K.W.:** | 6.5 |
| **EXHAUST LINES:** | flex hose | **SOUND INS:** | sound box |
| **FLAME ARRESTOR:** | not applicable | **SILENCER:** | fiberglass |
| **FILTERS:** | primary and secondary | **FUEL PUMP:** | electric |
| **BATTERY CHARGER:** | Victron Skylla | **BOWLS:** | metal and plastic |
| **SWITCH PANEL:** | aft cabin and helm | **FUSES:** | individual |
| **ANTENNAS:** | 3 | **NAV.LIGHTS:** | electric |
| **BATTERIES:** | 4 x 12 volt | **GROUND:** | zincs on outboards |

**LOCATION:**     below console in trays with terminal covers

## FIRE FIGHTING EQUIPMENT

**PORTABLE EXITS:**     10 Dry Chemical in cab locker

**DATE:** in green range

| | | | |
|---|---|---|---|
| **BUILT IN SYSTEM:** | none | | |
| **LOCATION:** | | **DATE:** | none |

## TANKS

| | | | |
|---|---|---|---|
| **FUEL TYPE:** | gasoline and diesel | **TANKS:** | 2 |
| **CAPACITY:** | 328 gallons gasoline, 30 gallons diesel | **LOCATION:** | below cockpit sole, aft bilge |
| **SHAPE:** | rectangular and to hull | **MATERIAL:** | aluminum |
| **CONDITION:** | appears good | **SECURED:** | good |
| **BONDED:** | yes | **FILLS:** | flex and chrome |
| **VALVES:** | approved type | **LOCATION:** | by filters |
| **ACCESS:** | good | **LINES:** | flex and copper |
| **OVERFLOW RUNS:** | overboard | **VENTS:** | good |
| **OTHER INFLAMES.:** | none | | |
| **WATER TANKS #:** | one | **CAPACITY:** | 30 gallons |
| **LOCATION:** | 30 | **MATERIAL:** | aluminum |
| **SHAPE:** | rectangular and to hull | **CONDITION:** | good where visible |

## US GOVERNMENT REQUIREMENTS

**VESSEL COMPLIANCE:**               No

This is two part report and shall not be complete without remarks and recommendations.
The above vessel shall be deemed a good fire and marine risk when all paragraphs
marked with a bullet, in the remarks section of this report, have been completed.

"SLOW UR ROLL II"  file no.:15256B  page 4

# PAUL R. ANSTEY, INC.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

4959 NW 6th Street
Coconut Creek, FL 33063
(954) 270 1949

## REPORT OF SURVEY
### Remarks and recommendations

### "SLOW UR ROLL II"

file no.:15256B  date. 5/8/2024

The survey report was conducted subject to the following conditions:   That it is agreed and understood that neither this corporation nor any of its directors or employees is to be held responsible in any circumstances whatsoever and in any way for any error in judgment, negligence, or default, nor for any omission, misrepresentation, misstatement or inaccuracy in the report.   The request for the survey shall be construed to be an acceptance of the above conditions.

This survey is conducted in all accessible areas, without making removals to expose parts concealed.   The surveyor uses standards laid down by the ABYC, US Coast Guard and NFPA to ascertain if the vessel was constructed and has been maintained to those specifications.

The "SLOW UR ROLL II" was surveyed afloat at Harbortown Marina, Dania Beach, FL on Wednesday, May 8th, 2024.

The vessel has recently received a major custom refit including new custom vinyl wrap, updated navigation electronics and custom Sea Keeper Gyro stabilization system.   All work appears to be of a good yacht quality finish.   The vessel appears very well maintained and updated an upgraded on a regular basis.

A trial run was neither requested nor conducted, therefore, no equipment was tested.   There was no indication that any equipment was in other than good working order.

"SLOW UR ROLL II"                    file no.:15256B                    page 5

## **INTERIOR**

Inspection of the vessel was made to all accessible areas.   There are inaccessible areas behind ceilings, soles, linings, engines, tanks, batteries, etc..   All appeared to be in good condition with the following exceptions, findings and recommendations:
The fiberglass bonding of the bulkheads, partitions and engine beds was inspected, where accessible.   All appeared to be in good condition with no signs of movement or delamination.

The electrical wiring system appeared to be in good condition and to be in accordance with marine specifications.

The batteries are properly secured in trays with terminal covers.

The seacocks appear to be in generally good condition.   They should be cleaned and serviced. Seacocks and flex sections should be inspected at regular intervals.

The bilge pumps appeared to be in working order.   They are adequate in number for a vessel of this size.

The fuel and water tanks were not full at the time of the survey; therefore, the surveyor was not able to prove them leak free.

The engines and generator were inspected, where accessible, externally.   All was found to be in good condition with no obvious signs of fuel, oil, or water leaks.

- This vessel should be fitted with a Carbon Monoxide detector.   Carbon monoxide is a deadly gas produced by gasoline internal combustion engines.   The unit should be maintained in accordance with the manufacturer's recommendations.

- The fire extinguisher should be serviced and recertified.   This should be repeated on an annual basis.

- The appropriate number of USCG approved fire extinguishers should be mounted and installed throughout the vessel according to ABYC recommendations.   They should be serviced on an annual basis.

The steering gear was inspected.   All appeared to be in good condition and to be in working order.

"SLOW UR ROLL II"                file no.:15256B                page  6

## DECKS AND SUPERSTRUCTURE

The decks and superstructure were inspected.   All appeared to be in good condition with the following exceptions, findings and recommendations.

The decks and superstructure were inspected visually.   No deterioration was discovered.

- A lifering should be carried, adjacent to the helmsman.

Before offshore sailing a light and retrieval line should be attached to the lifering.

An up to date set of flares was noted aboard.

The pulpit and liferails were inspected.   They all appeared to be in good condition and to be well secured to the deck.

The lifejackets were found to be in serviceable condition.   They are adequate in number for a vessel of this size.   One jacket, of the proper size, should always be carried for each person aboard.

The anchor was found to be in serviceable condition.   It is adequate in size for the vessel.

- An additional anchor and rode, of similar or large size, should be carried aboard.

## TOPSIDES AND BOTTOM

The topsides and bottom were inspected from the dock only.   All appeared to be in good condition with the following exceptions, findings and recommendations:

The topsides were inspected.   They appear to be in good condition.   No deterioration was observed.

"SLOW UR ROLL II"                    file no.:15256B                         page 7

This vessel was inspected afloat without making removals to expose parts concealed.   It is the opinion of the surveyor that the vessel is structurally sound and in satisfactory condition for intended service as a yacht.

This survey is based on the facts presented and discovered, based on opinion, with no warranty either specified or implied.

Signed without prejudice,

Attending surveyor: Ben Dodarell
NAMS: Surveyor Associate.

Signed without prejudice:

PAUL R. ANSTEY INC.:
For The Corporation

"SLOW UR ROLL II"   file no.:15256B   page 8





"SLOW UR ROLL II"                    file no.:15256B                    page 9





"SLOW UR ROLL II"                    file no.:15256B                    page  10





"SLOW UR ROLL II"             file no.:15256B                    page 11





"SLOW UR ROLL II"                    file no.:15256B                    page  12



