UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

**ORDER DENYING CHARLES JACOB STRATMANN'S EMERGENCY MOTION TO
STAY JUDICIAL SALE AND PRESERVE PROCEEDS FOR SEAMAN'S WAGE LIEN**

This cause is before the Court on Charles Jacob Stratmann's Emergency Motion to Stay

Judicial Sale and Preserve Proceeds for Seaman's Wage Lien [DE 75], filed herein on June 22,

2026. The Court has reviewed the Emergency Motion [DE 75] and the Response, [DE 81] filed

herein on June 24, 2026, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Emergency Motion [DE 75] is

**DENIED**. The Court agrees with Seacoast National Bank that the Emergency Motion is due to be

denied as this Court already struck and denied Stratmann's verified claim for seaman's wages and

held that Stratmann is not entitled to seaman's wages. Stratmann's stricken "claim" forms the basis

of this Emergency Motion. *See* [DEs 72, 75, 79]. Furthermore, the Court agrees with Seacoast

National Bank that Stratmann's allegations regarding purported conflicts are without merit.

Moreover, although this Court has little tolerance for the hallucinated case citations that Seacoast points out in Stratmann's filing, the Court declines to impose sanctions at this juncture and instead denies the motion on the merits.

Furthermore, for the reasons explained in [DE 79], Stratmann's Verified Claim for Seaman's Wages [DE 72] is **STRICKEN**. Seacoast National Bank's Motion to Strike [DE 77] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301