**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708
Together with all masts, boilers, cables, engines, machinery,
etc., *in rem*, and **STARBOARD YACHT GROUP LLC,** a
Florida limited liability company, *in personam*,

      Defendants.

_____/

**NOTICE OF FILING**
**EXCLUSIVE SALES AGENT AGREEMENT – COURT-ORDERED SALE**

Plaintiff, SEACOAST NATIONAL BANK, by and through undersigned counsel, hereby

gives notice of filing the attached Exclusive Sales Agent Agreement-Court-Ordered Sale regarding

the sale of the Vessel on June 26, 2026 in this case.

Dated: June 26, 2026           Respectfully submitted,

        */s/ Amanda Klopp*_____
        Amanda Klopp, Esq.
        Florida Bar No.: 124156
        amanda.klopp@akerman.com
        **AKERMAN LLP**
        777 South Flagler Drive
        Suite 1100 West Tower
        West Palm Beach, FL 33401
        Phone: (561) 653-5000
        Fax: (561) 659-6313
        *Attorneys for Seacoast National Bank*

87305487;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served via U.S. mail on the below service list and by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via U.S. Mail and email to those listed below.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.

## SERVICE LIST

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301
E-mail: jake@starboardyacht.com

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
*Defendant*

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004
*Substitute Custodian*

2

87305487;1