

### EXCLUSIVE SALES AGENT AGREEMENT - COURT-ORDERED SALE

This agreement is to engage National Liquidators (NL) to be the court ordered broker to promote the US Marshals Sale of the vessel:

**2008 Everglades 35**

**HIN: RJDE0005I708**

US Marshal Sales are traditionally advertised in legal publications which are not usually viewed by potential yacht buyers. The process tends to be confusing and intimidating to potential buyers. This sales plan will enhance promotion to our extensive database, and advertise your vessel in yachting publications, websites, and social media formats. We have experienced great success in the past in promoting US Marshals Sales, educating potential bidders, facilitating showings, and improving the overall likelihood of attracting more qualified buyers at the sale.

National Liquidators (NL) will be undertaking a significant effort in promoting this event. These efforts will include:

- Premier placement on VesselArrest.com/YachtAuctions.com and numerous related websites which allow posting of 'auctions', reaching vast international visitors each month. This includes all of the sites covered by Boats Group (Yacht World)
- Vessel-specific marketing pamphlet(s), in electronic and hard copy formats, for distribution to interested parties.  The pamphlets will be a compilation of the vessel's technical specifications, class certifications, recent marine survey, photographs, pertinent court order(s), and bid instructions.
- Making the vessel available through our licensed brokerage team – National's sales staff will market the vessel to its network of potential buyers (located in both the United States and abroad).
- Print and digital ads in some of the largest Media Formats ie. Wall Street Journal and Financial Times
- Extensive experience in US Marshal Sales, instructing potential buyers on terms and conditions of the courthouse sale and facilitating showing as the custodian.

NL will charge a reduced commission rate of 8 % of the gross sales price for this service. This agreement and approval for this commission will be filed with the court for approval as an administrative expense. The commission structure allows us to work with outside brokers in the event of a co-brokerage relationship occurs.



It is understood that this 8 % commission will be paid only if there is a successful buyer at or before the US Marshal Sale to a third party, other than the plaintiff.    Should the plaintiff credit bid the yacht at the sale, no monies are owed.

The terms as outlined above are hereby agreed to and entered into:

_Frank Kups_____          6/26/26_____
Frank Kups, National Liquidators                            Date

_____  Trina Sessoms, VP Seacoast Bank          06/26/2026_____
Plaintiff                                                                    Date
Name / Title / Company



**International Associations & Affiliations**

- Canadian Maritime Law Association

- The Institute of Chartered Shipbrokers

- International Bar Association

- Lloyds Maritime Academy

- Marine Industries Association

- Marine Money

- Maritime Law Association (USA)

- Maritime London

- National Marine Bankers Association

- National Marine Manufacturers Association

- New York Maritime Inc (NYMAR)

- Propeller Club

- Southeastern Admiralty Law Institute (SEALI)

- Lake Erie Marine Trades Association

- Port Everglades Association

- Fort Lauderdale Mariner's Club

- International Yacht Brokers Association