**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seacoast National Bank | 26-cv-60289 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V Slow Ur Roll II, and Starboard Yacht Group | Notice & Sale |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ft. Lauderdale Federal Courthouse MV SLOW Ur Roll II

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
299 E. Broward Blvd. Ft. Laud FL

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case    1 |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Sale of MV Slow Ur Roll II. 06/26/2026 at 12:00pm in Ft. Lauderdale FL., Federal Courthouse

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | | 06/25/2026 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 6·26·26 | Time 12:45 ☐ am ☒ pm |
|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
JTK-MD6
#3586

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 0.00 | / | 65 | | |

REMARKS

Vessel sold for $150,000.00 on behalf of William Wilson. Wilson provided A certified check for $25,000.00 to the USMS.