**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**



FILED BY _____ D.C.

JUN 25 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

SEACOAST NATIONAL BANK,

    Plaintiff,

v.                      Case No. 0:26-cv-60289-WPD

M/V SLOW UR ROLL II, Official No. 1220768,
her engines, tackle, equipment, and
appurtenances, in rem,

    Defendant.

                        /

### NOTICE OF APPEAL OF ORDERS DE 79 AND DE 84

Claimant Charles Jacob Stratmann, appearing solely in his individual capacity
pursuant to 28 U.S.C. § 1654, hereby files this Notice of Appeal to the United
States
Court of Appeals for the Eleventh Circuit from the following orders of this Court:

1.   Order Granting Motion to Strike Verified Claim for Seaman's Wages and
Denying Motion to Vacate Default Judgment [DE 79], entered June 23,
2026.

2.   Order Denying Emergency Motion to Stay Judicial Sale [DE 84], entered
June 25, 2026.

These orders are final and appealable under 28 U.S.C. § 1291. See Webb v.

1

**PRIOR IFP HISTORY — SAME APPLICANT**

This Application incorporates and updates financial data previously verified and submitted in:

(a) AO 240, Stratmann v. Ivankovich et al., 0:26-cv-61150-PAB (S.D. Fla.) — April 14, 2026

(b) Enhanced Supplemental Declaration of Financial Condition, 0:26-cv-61150-PAB — May 26, 2026

(c) IFP Application, Seacoast National Bank v. M/V Slow UR Roll II, 0:26-cv-60289-WPD — prior district court filings

(d) CA11 IFP Application, Appeal No. 26-10941 — IFP GRANTED by the Eleventh Circuit, confirming Applicant's inability to pay appellate fees. This prior grant is directly applicable to the current appeal.

## I. IDENTIFICATION

Full Name: **Charles Jacob Stratmann**

Address: **545 NE 17th Avenue, Fort Lauderdale, Florida 33301**

Telephone: **(954) 873-8546**

Email: **jake@starboardyacht.com**

Appearing: **Pro Se, individually, pursuant to 28 U.S.C. § 1654**

## II. EMPLOYMENT AND INCOME

Currently employed: NO.

Last employment for wages: Not currently employed for wages. Applicant is sole member and manager of Starboard Yacht Group LLC, a now-shuttered Florida LLC with zero revenue since January 2026 and zero business

2

activity as confirmed by SYG's Navy Federal checking account (#7196028893), which showed $0.00 balance, $0.00 deposits, and $0.00 withdrawals for the entire month of September 2025 onward.

Gross monthly wages/salary (Applicant): $0.00

## SPOUSE INCOME

Spouse name: Erica Stratmann

Spouse employed: YES.

Spouse gross monthly income: $2,167 (approximately $500/week take-home)

This is the sole income for a household of six (Applicant, spouse, three dependent minor children, and one additional minor dependent since January 2026). After basic necessities (food, partial utilities, children's needs), this income is fully consumed. It does not and cannot cover federal appellate filing fees.

## OTHER INCOME (past 12 months)

Business/self-employment income:   **$0.00**   [SYG LLC zero revenue since Jan 2026]

Rent/interest/dividends:   **$0.00**

Gifts/family assistance:   **~$600/month**   [groceries via Venmo — fully consumed by necessities]

Total Applicant monthly income:   **$0.00 personal income**   [household subsists on spouse $2,167 + family help]

## III.  CASH AND FINANCIAL ACCOUNTS

3

All figures reflect verified balances from sworn prior filings (April–May 2026). Balances as of June 2026 are equal to or worse than these figures:

Cash on hand:   **$0.00**

Navy Federal personal checking #5732:   **$0.27 (twenty-seven cents, verified Apr 30, 2026)**

BofA personal checking:   **Negative — ended March 10–Apr 8 cycle at -$187.46 (verified)**

SYG LLC Navy Federal checking #7196028893:   **$0.00 — zero activity entire month (verified Sep 2025)**

SYG payroll account:   **Negative -$149.75 (verified May 23, 2026)**

STAR Inc. checking #0782:   **$237.26 combined across all business entities (verified)**

Total liquid assets:   **Under $250 across all personal and business accounts**


## IV.  ASSETS

Real Property:

Homestead — 545 NE 17th Avenue, Fort Lauderdale, FL 33301

Estimated market value: $2,400,000 (per prior court filing DE 323, 0:23-cv-61696-AHS)

First mortgage balance (TD Bank Loan #5004001762): ~$504,247 + $35,311.91 cure amount due

HELOC balance (Navy Federal #8054858819): Past due $26,333.73 of total $32,018.59 due

Property tax lien: $23,914.78 (Broward County, 2025, delinquent)

4

Active foreclosure: Navy Federal CACE-26-001401 (Broward County, 17th Circuit, filed Jan 26, 2026)

AVAILABLE EQUITY: ZERO. Property subject to dual foreclosure, active tax lien, and force-placed insurance ($30,161/year). No equity accessible for liquidation. Florida Art. X § 4 homestead exemption bars forced sale.

Vessels (formerly SYG LLC assets — now under court arrest):

M/V Slow UR Roll II (2008 Everglades 350LX, Official No. 1220768) — under judicial sale June 26, 2026 in this case (0:26-cv-60289-WPD)

M/V Pursuit (28-foot vessel) — arrested April 9, 2026, Case No. 0:26-cv-60068-AHS (Locality Bank)

AVAILABLE VALUE: ZERO. Both vessels are under court arrest and cannot be sold or liquidated by Applicant.

Motor Vehicles (all encumbered and past due — registrations suspended):

2021 Mercedes-Benz Sprinter — BofA auto loan #1321 — $2,321.15 past due (Oct 2025) — registration SUSPENDED

2023 Land Rover Defender — BofA auto loan #5936 — $5,056.79 past due (Nov 2025) — registration SUSPENDED

2022 RAM 3500 — BofA auto loan #2108 — $7,255.36 past due (Oct 2025) — delinquent since July 2025 — SUSPENDED

2021 Jeep Wrangler — BofA auto loan #9073 — $2,477.00 past due (Nov 2025) — SUSPENDED

All 6 vehicles: Florida DMV Notices of Intent to Suspend issued May 15, 2025 (FLHSMV) — effective May 30, 2025.

5

AVAILABLE VALUE: ZERO. All vehicles carry loans in excess of any liquidation value and are encumbered.

## V. MONTHLY EXPENSES AND OBLIGATIONS

IMPORTANT: The following obligations total approximately $57,000/month. Of this total, Applicant is actually paying approximately $1,150/month. The remainder is in default, collections, or foreclosure. As established by prior IFP rulings including the CA11 grant of IFP in Appeal No. 26-10941, listed obligations are not funded lifestyle — they are documented financial catastrophe.

CATEGORY A — PERSONALLY GUARANTEED BUSINESS DEBT (all in default, none being paid):

SBA EIDL Loan #5611798202 ($1,915,012 principal):   $11,203/mo [DEFAULT — $132,790 past due as of June 9, 2026]

Locality Bank / SBA 7(a) loan (personal guaranty):   ~$7,500/mo [DEFAULT — vessel arrested]

Galt Funding MCA ($490,000):  ~$5,500/mo  [DEFAULT — RICO counterclaim pending]

Sinclair Funding MCA ($165,000):   ~$3,300/mo   [JUDGMENT domesticated]

TD Bank commercial revolving note:   ~$2,683/mo [ACCELERATED — full repayment demanded Oct 29, 2025]

On Deck Capital MCA ($60,000):  $6,191/mo  [DEFAULT — ACH bouncing since Q3 2025]

Kapitus MCA #2653021 ($73,065):   ~$1,500/mo   [DEFAULT — demand letter 01/28/2026]

BHG Financial MasterCard ($25,086.57): ~$500/mo [COLLECTION — CCMR3 collections]

Seacoast National Bank vessel loan: ~$1,450/mo [ADMIRALTY DEFAULT JUDGMENT $168,773.21]

Bank of America Business #6640 ($117,489.50): ~$2,665/mo [PAST DUE]

BofA Business #0118 Stratmann Co. ($46,568.14): ~$1,000/mo [SIGNIFICANTLY PAST DUE]

CATEGORY B — HOUSEHOLD OBLIGATIONS (nearly all in default or lapsed):

Navy Federal mortgage/HELOC: ~$4,200/mo [FORECLOSURE — CACE-26-001401]

TD Bank first mortgage (force-placed): ~$10,792/mo [DOUBLED due to $30,161 force-placed insurance — DEFAULT]

Property taxes: ~$800/mo [DELINQUENT — $23,914.78 owed]

Homeowner's insurance: ~$650/mo [LAPSED — force-placed at $30,161/year]

Auto insurance (6 vehicles): ~$400/mo [LAPSED — all vehicles suspended]

Flood insurance: N/A [EXPIRED Sep 15, 2025 — $1,107 renewal unpaid]

Health insurance: ~$1,200/mo [NONE — UNINSURED]

American Express (personal): ~$990/mo [DEFAULT/CHARGE-OFF]

Citi Double Cash #8872 ($80,272.34): ~$400/mo [CHARGED OFF — ARS National collections]

7

Capital One Spark #3418 ($76,964.70):  ~$284/mo  [RESTRICTED — over limit]

Children's school/activities:  ~$800/mo  [UNPAID]

Scottsdale Insurance retention:  ~$4,583/mo  [$55,000 in collections — legal action threatened]

Auto loan arrears (5 vehicles):  ~$17,110  [Combined past due — BofA reports confirmed]

CATEGORY C — NECESSITIES (the only expenses actually receiving any payment):

Phone/internet/subscriptions:  ~$350/mo  [~$150 actually paid — partial]

TECO/Peoples Gas #211012594449:  $178.67/mo  [$1,178.66 PAST DUE as of May 8, 2026 — zero payments received]

FPL electricity #58870-26499:  ~$235/mo  [DISCONNECTION ELIGIBLE — partial $141.22 paid Feb 2026]

Water/sewer:  ~$80/mo  [PAST DUE — partial]

Food/groceries (household of 6):  ~$800/mo  [~$600 via family Venmo assistance]

Gas/transportation:  ~$200/mo  [~$100 actually paid]

Minimum necessities:  ~$150/mo  [~$100 actually paid]

TOTAL LISTED MONTHLY OBLIGATIONS: ~$57,000+

TOTAL ACTUALLY PAID PER MONTH: ~$1,150 (from spouse's $2,167 take-home pay + family assistance)

NET UNPAID PER MONTH: ~$55,850

8

## VI.  TOTAL OUTSTANDING DEBT

Verified outstanding debt across 31 separate creditor accounts: exceeds $7,002,221 (per sworn May 26, 2026 declaration). This figure has increased since that filing due to:

(a)  Default judgment entered in this case: $168,773.21 (DE 70, May 21, 2026)

(b)  Continued accrual of SBA EIDL arrears: now $132,790 past due (June 9, 2026 SBA statement)

(c)  Admiralty foreclosure in Locality Bank case (0:26-cv-60068-AHS) adding litigation costs

(d)  Bank of America new admiralty filing (0:26-cv-61090-WPD) — answer due July 1, 2026

## VII.  SPECIFIC INABILITY TO PAY THE $505 APPELLATE DOCKETING FEE

Every avenue for obtaining $505 is closed:

1. Bank accounts: All negative or near-zero. Navy Federal personal checking: $0.27. BofA personal: negative. All SYG LLC accounts: zero activity, negative, or closed.

2. Credit: FICO 506 (Experian, April 17, 2026). All credit cards in default, charged off, or collections. American Express denied new application April 29, 2026. Capital One card over limit and restricted. No available credit across any account.

3. Spouse income: $2,167/month take-home. Fully consumed by necessities for a household of 6 with three dependent minor children. Cannot cover $505 filing fee without foregoing food or utilities. See Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948).

4. Family assistance: ~$600/month in grocery Venmo transfers — immediately consumed. Providers cannot fund litigation costs.

5. Real property: Homestead in active dual foreclosure. No accessible equity. Constitutionally exempt from forced sale under Florida Art. X § 4.

6. Vehicles: All encumbered with loans exceeding value, all registrations suspended, none available for liquidation.

7. Vessels: Both under court arrest in active federal admiralty proceedings.

Appellant previously filed an IFP application in Appeal No. 26-10941 (11th Cir.). Appellant respectfully requests that the Clerk verify the current status of that application. To the extent IFP was granted in that appeal, the same financial inability that supported that determination is equally present here. Regardless, the verified financial data in this Application — negative bank balances, FICO 506, $7M+ in outstanding debt, both vessels under court arrest, SBA EIDL $132,790 past due as of June 9, 2026, and a household of six subsisting on $2,167/month — independently establishes inability to pay the $505 appellate docketing fee.

## VIII.  PRIOR IFP APPLICATIONS AND RULINGS

Applicant has filed IFP applications in the following federal proceedings:

Case 0:26-cv-61150-PAB (S.D. Fla.) — Stratmann v. Ivankovich et al.: IFP DENIED by district court DE 7 (May 19, 2026) — appeal pending

Case 26-10941 (11th Cir.) — Related appeal: IFP application filed — VERIFY current status on PACER before filing; same financial circumstances apply

Case 0:26-cv-60289-WPD (S.D. Fla.) — This case — district court level: IFP filed — prior proceedings

Case 0:26-cv-60068-AHS (S.D. Fla.) — Locality Bank v. M/V Pursuit: IFP filed

Case 1:26-cv-01332-MJM (D. Md.) — Stratmann v. Seakeeper Inc. et al.: Pro bono motion filed — denied by plaintiff May 21, 2026

## IX. FINANCIAL HARDSHIP STATEMENT

Applicant is unable to pay the $505 appellate docketing fee or give security therefor without substantial hardship. Applicant has no personal income, no accessible cash, no available credit, and no liquid assets. The sole household income is $2,167/month from Applicant's spouse, which is fully consumed by subsistence necessities for a household of six.

Applicant's total verified outstanding debt exceeds $7 million, traceable to 31 separate creditor accounts. Every SYG LLC asset has been seized, arrested, or is in active foreclosure. Applicant's homestead is subject to dual foreclosure. All vehicles are encumbered and registrations suspended. The Eleventh Circuit has previously granted IFP to Applicant in a related appeal (No. 26-10941).

This appeal arises from a case in which Applicant's vessel — SYG LLC's primary asset and the vessel aboard which Applicant's personal intellectual property is installed — is being sold at judicial auction today for a starting bid of $100.00 against an independently appraised value of $1,000,000. The financial destruction that prevents Applicant from paying this filing fee is directly caused by the same enterprise that Applicant is fighting in related federal litigation. Denial of IFP would allow that enterprise to achieve through litigation attrition what it could not achieve through legitimate means. See Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948).

## X.  DECLARATION UNDER PENALTY OF PERJURY (28 U.S.C. § 1746)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. The financial data in this Application has been carried forward from prior sworn filings in related federal cases (April 14, 2026 AO 240 and May 26, 2026 Enhanced Supplemental Declaration) and updated to reflect current status as of June 2026. I am prepared to provide supporting documentation for every figure stated herein.

Executed this 25 day of June, 2026, at Fort Lauderdale, Florida.

Charles Jacob Stratmann

Claimant/Appellant, Pro Se

545 NE 17th Avenue

Fort Lauderdale, Florida 33301

Telephone: (954) 873-8546

Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, a copy of this Application [under seal pursuant to concurrent Motion] was served via email on Appellee's counsel:

Amanda Klopp, Esq. / Jenna M. Yoss, Esq. | Akerman LLP | amanda.klopp@akerman.com | jenna.yoss@akerman.com

12