UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, *in personam*,

     Defendants.

_____/

### ORDER DENYING CHARLES JACOB STRATMANN'S MOTIONS

This cause is before the Court on Charles Jacob Stratmann's Emergency Motion to Preserve Physical and Electronic Evidence, Hold Sale Proceeds in Court Registry, and for Reconsideration of DE 79 [DE 82], filed herein on June 24, 2026, and the Emergency Motion to Stay Judicial Sale Pending Appeal [DE 85], filed herein on June 25, 2026. The sale of the vessel occurred on June 26, 2026. [DE 87]. The Court has reviewed the motions and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motions [DEs 82, 85] are **DENIED** to the extent they once again seek reconsideration of the Court's Orders at [DE 79, 84]. With respect to Stratmann's request to stay the judicial sale, that request is denied as moot as the sale has already occurred; in any case, Stratmann failed to persuade the Court that a stay would have been warranted. With respect to the request that all sale proceeds be deposited into the Court's registry and held pending resolution of the appeal, that request is likewise denied.

With respect to the request to "preserve physical evidence" located on the vessel that is allegedly significant to Stratmann for the purpose of other litigation, that request is likewise denied as Stratmann does not cite law that would compel this result. The motions are otherwise denied in their entirety.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301