# PROPOSED ORDER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

### CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

### Plaintiff,

v.

M/V SLOW UR ROLL II, Official No. 1220768,

her engines, tackle, apparel, furniture, and

appurtenances, in rem,

### Defendant.

---

## ORDER ON OBJECTION TO CONFIRMATION OF JUDICIAL SALE

**THIS CAUSE came before the Court upon the Objection to Confirmation of Judicial Sale filed by Claimant Charles Jacob Stratmann. The Court having reviewed the Objection, the response of Plaintiff Seacoast National Bank, and the record in this matter, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:**

[OPTION A -- DENY CONFIRMATION]

1. The Objection to Confirmation is SUSTAINED. Confirmation of the judicial sale of the vessel M/V Slow UR Roll II (USCG Official No. 1220768) conducted on June 26, 2026, is DENIED on the grounds of gross inadequacy of the sale price, failure of the sales agent to perform contractual marketing obligations, and structural conflict of interest.

2. The United States Marshals Service is directed to conduct a new sale of the vessel in accordance with Supplemental Admiralty Rule E(9), under terms and marketing procedures to be established by further order of this Court.

[OPTION B -- DEFER CONFIRMATION]

1. Confirmation of the judicial sale of the vessel M/V Slow UR Roll II is DEFERRED pending: (a) an evidentiary hearing on the bidding process and marketing efforts; (b) full payment and verification of the $160,000.00 purchase price; and (c) final adjudication of Movant's pending Emergency Motion to Preserve Evidence (DE 82).

2. The United States Marshals Service is directed to identify the telephone bidder and relay person present at the June 26, 2026 auction and provide that information to the Court and all parties within seven (7) days of this Order.

[OPTION C -- CONDITIONAL CONFIRMATION]

1. Confirmation of the judicial sale of the vessel M/V Slow UR Roll II is GRANTED, subject to the following strict conditions:

**(a) All sale proceeds ($160,000.00) shall be deposited into the Court's registry and held pending final resolution of DE 82 and the pending appeal before the Eleventh Circuit;**

**(b) National Liquidators' 8% commission ($12,800.00) is NOT approved as an administrative expense and shall be held subject to further briefing and determination of reasonableness; and**

**(c) The purchaser, Bob Wilson / QF Products LLC, shall permit a qualified marine surveyor and forensic technician designated by Movant to conduct a detailed inspection and forensic imaging of the vessel's installed systems within fourteen (14) days of this Order. No modification, removal, or alteration of the vessel's installed systems shall be permitted until the inspection is complete.**

**DONE AND ORDERED in Fort Lauderdale, Florida this \_\_\_\_ day of July, 2026.**

---

**WILLIAM P. DIMITROULEAS**

**United States District Judge**

**Southern District of Florida**

Copies furnished to:

All counsel of record

Charles Jacob Stratmann, Pro Se

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

## CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

**Plaintiff,**

v.

M/V SLOW UR ROLL II, Official No. 1220768,

her engines, tackle, apparel, furniture, and

appurtenances, in rem,

**Defendant.**

---

## DECLARATION OF BOB WILSON
## IN SUPPORT OF OBJECTION TO CONFIRMATION
## OF JUDICIAL SALE

---

I, Bob Wilson, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the following is true and correct:

1. My name is Bob Wilson. I am the owner of QF Products LLC, a Texas limited liability company. My business email is Qfproductsllc@yahoo.com. I make this declaration based on my personal knowledge and firsthand observations at the judicial sale described below.

2. On June 26, 2026, I attended and participated in the United States Marshal's judicial sale of the vessel M/V Slow UR Roll II, conducted in connection with the above-captioned case in the Southern District of Florida.

*Exhibit C | Sworn Declaration of Bob Wilson | Date: 2026-06-30*

3. I was the winning bidder at that sale. I purchased the vessel for $160,000.00.

4. During the auction, my son and I were standing in close proximity to a young man who was conducting phone bids on behalf of a party not present at the auction in person. The young man was relaying bid amounts by phone throughout the course of the auction.

5. When the U.S. Marshal called the final price and closed the auction at $160,000.00, I observed that the young man relaying the phone bids had not yet communicated the final bid or the auction's close to the party on the phone. There was a noticeable delay between the Marshal's call and the young man's communication.

6. Immediately after the Marshal closed the auction, I heard the voice on the phone -- which was audible to me and to my son standing nearby -- say words to the effect of: "Fuck, we missed it."

7. Based on my observation, the party on the phone was actively engaged and bidding, and was cut off by the communication delay between the auction's close and the young man's relay before that party could submit a higher bid.

8. After the sale concluded, I spoke briefly with Charles Jacob Stratmann, who identified himself as the Claimant and prior operator of the vessel. I confirmed to Stratmann that my son and I had heard the phone bidder's reaction when the auction closed.

9. I have no stake in the outcome of the confirmation proceeding. I provide this declaration solely to report what I personally observed at the judicial sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June _____, 2026, at _____ [City, State].

_____

**Bob Wilson**

**QF Products LLC**

**Qfproductsllc@yahoo.com**

Exhibit C | Sworn Declaration of Bob Wilson | Date: 2026-06-30