**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**CASE NO. 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK,**

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768,
her engines, tackle, apparel, furniture, and
appurtenances, in rem,
STARBOARD YACHT GROUP LLC, a Florida limited liability company,
and CHARLES JACOB STRATMANN, an individual,

Defendants.

FILED BY _cn/C_ D.C.

JUL 0 6 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

**TRANSCRIPT INFORMATION FORM**

**Appeal No. 26-12270-G (11th Cir.)**

---

**PART I. TRANSCRIPT INFORMATION**

Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form in the District Court. See Fed. R. App.

**P. 10(b)(1).**

**A. Case Identification.**

Short Case Style: Seacoast National Bank v. Stratmann District Court Case No.: 0:26-cv-60289-WPD Date Notice of Appeal Filed (DE 88): June 25, 2026 Court of Appeals No.: 26-12270-G

**B. Transcript Order Information.**

[ X ] No transcript is required for appeal purposes.

[   ] A transcript is ordered. (If checked, complete transcript order form separately.)

**C. Explanation of Appellant's Position.**

Appellant Charles Jacob Stratmann states that no transcript is required for the following reasons:

1. The orders on appeal -- DE 79 (Order Striking Verified Claim for Seaman's Wages and Denying Motion to Vacate Default Judgment, entered June 23, 2026) and DE 84 (Order Denying Emergency Motion to Stay Judicial Sale, entered June 25, 2026) -- were entered without an evidentiary hearing or oral argument. Both orders were decided on the papers.

2. No testimony was taken in connection with either order. No evidentiary hearing was held on any motion filed by Appellant in this case.

3. The appellate issues -- including the district court's application of the admiralty wage-lien authority; the striking of a verified wage claim for citation errors without reaching the merits; and the denial of a stay pending appeal of a judicial sale at 16% of appraised value -- are fully reviewable on the written record.

4. All relevant documents are already in the district court record and accessible via CM/ECF: the Verified Complaint (DE 1); the Default Judgment (DE 70); Appellant's Verified Claim for Seaman's Wages (DE 72); the Orders on appeal (DE 79, DE 84); the Emergency Motions (DE 75, DE 82, DE 85); the Objection to Confirmation (DE 92); and all supporting declarations and exhibits.

5. Appellant reserves the right to supplement the record or order transcripts if the Eleventh Circuit directs supplementation or if future proceedings in the district court generate transcripts relevant to this appeal.

**D. Financial Arrangements.**

Not applicable. No transcript is being ordered.

**E. Ordering Party.**

Name: Charles Jacob Stratmann, Pro Se Appellant Address: 545 NE 17th Avenue, Fort Lauderdale, FL 33301 Email: jake@starboardyacht.com Phone: (954) 873-8546

**F. Certification.**

[ X ] I certify that I have completed and filed Part I with the District Court, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. See Fed. R. App.

P. 10(b)(1).

Date: July 6, 2026

Signature: /s/ Charles Jacob Stratmann

Charles Jacob Stratmann Appellant, Pro Se Attorney for: Self (Pro Se)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2026, a true and correct copy of this Transcript Information Form was:

1. Filed with the Clerk of the United States District Court for the Southern District of Florida via CM/ECF in Case No. 0:26-cv-60289-WPD; and

2. Served via email upon:

Amanda Klopp, Esq. (amanda.klopp@akerman.com) Jenna M. Yoss, Esq. (jenna.yoss@akerman.com) Kristen M. Fiore, Esq. (kristen.fiore@akerman.com) Akerman LLP Counsel for Appellee Seacoast National Bank

3. Mailed to the Court Reporter Coordinator at:

Clerk of Court United States District Court Southern District of Florida 400 N. Miami Avenue, Room 8N09 Miami, FL 33128-7716

**ATTN: COURT REPORTER COORDINATOR**

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann