IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 0:26-cv-60289-WPD
IN ADMIRALTY

SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768,
her engines, tackle, apparel, furniture, and
appurtenances, in rem,

Defendant.

---

**[PROPOSED] ORDER SETTING ASIDE**

**OR DEFERRING CONFIRMATION OF JUDICIAL SALE**

---

THE COURT, having considered Claimant's Protest of Judicial Sale and Motion to Set Aside or Defer Confirmation of the June 26, 2026 Auction of M/V SLOW UR ROLL II, and good cause appearing, it is hereby ORDERED and ADJUDGED as follows:

1. The judicial sale of M/V SLOW UR ROLL II conducted on June 26, 2026, is SET ASIDE as not commercially reasonable, grossly inadequate, and procedurally defective.

2. In the alternative, if the Court does not set aside the sale, confirmation of the sale is DEFERRED, and all sale proceeds shall remain in the registry of this Court pending:

(a) An evidentiary hearing on the bidding process, the marketing efforts, and the custodian's dual role as substitute custodian and commission- earning sales agent;

(b) Full payment of the $160,000.00 purchase price by the purchaser;

(c) Production by the United States Marshals Service and National Liquidators of all bidder registration records, bid logs, and auction records for the June 26, 2026 auction; and

(d) Final disposition of Claimant's pending Emergency Motion to Preserve Evidence and Hold Proceeds (DE 82) and the appeal in the United States Court of Appeals for the Eleventh Circuit, Case No. 26-12270-G.

3. If the Court confirms the sale, all sale proceeds shall remain in the Court registry pending final resolution of this action and the pending appeal. The Court reserves ruling on the reasonableness of National Liquidators' 8% commission ($12,800.00).

4. The purchaser, and any party in possession of the vessel, shall permit a qualified marine surveyor and forensic technician designated by Claimant to inspect and image the vessel's installed systems and electronic controllers within fourteen (14) days of any order confirming sale, and shall not alter, remove, or destroy any installed system, equipment, or data until the inspection is complete.

5. This Court retains jurisdiction to enforce this order and to enter such further relief as is just and proper.

DONE and ORDERED this ____ day of _____, 2026.

_____

**HON. WILLIAM P. DIMITROULEAS**

**UNITED STATES DISTRICT JUDGE**