**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC,** a Florida limited liability company, *in personam*,

      Defendants.

_____/

**NOTICE OF FILING**
**DECLARATION OF FRANK KUPS**

      Plaintiff, SEACOAST NATIONAL BANK, by and through undersigned counsel, hereby

gives notice of filing the attached Declaration of Frank Kups in support of Plaintiff Seacoast

National Bank's Response in Opposition to Charles Jacob Stratmann's Objections to Confirmation

and Requests for Post-Sale Discovery. [DE 98.]

Dated:  July 8, 2026

                             Respectfully submitted,

                             */s/ Amanda Klopp*
                             Amanda Klopp, Esq.
                             Florida Bar Number: 124156
                             amanda.klopp@akerman.com
                             Jenna M. Yoss, Esq.
                               Florida Bar Number: 1049858
                             jenna.yoss@akerman.com
                             **AKERMAN LLP**
                             777 S. Flagler Dr., Ste 1100 - West Tower
                             West Palm Beach, FL 33401
                             Tel: (561) 653-5000 /Fax: (561) 659-6313

87451544;1

2

*Attorneys for Seacoast National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail and email to those listed below.

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301
E-mail: jake@starboardyacht.com

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
*Defendant*

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004
*Substitute Custodian*

/s/   *Amanda Klopp*
Amanda Klopp, Esq.

87451544;1