UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

        Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE00051708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and **STARBOARD YACHT
GROUP LLC**, a Florida limited liability company, *in
personam*,

        Defendants.

_____/

## DECLARATION OF FRANK KUPS

STATE OF FLORIDA       )
                      )
COUNTY OF BROWARD   )

I, FRANK KUPS, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am a Managing Director at National Liquidators, and I have personal knowledge of the matters in this Declaration.

2. I am familiar with the vessel that is the subject of the above-captioned suit, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE00051708 (the "Vessel").

3. The sale of the Vessel was advertised by National Liquidators in accordance with the Exclusive Sales Agreement - Court-Ordered Sale filed with the Court.

87449296;1

4.  The Vessel was advertised for sale on all major web platforms through Boats Group—including Boats.com, Yacht World and Boat Trader—in addition to promotion on the National Liquidators' website—YachtAuctions.com.

5.  During marketing, National Liquidators sent four emails to approximately 24,000 individuals, averaging 6,200 opened emails with a 5% average click-to-view rate.

6.  There were in excess of 50 showings of the Vessel.

7.  National Liquidators' marketing of the Vessel demonstrated an understanding of the market value, the market trends of depreciation, and the cost associated with time on market.

8.  The United States Marshal's Service conducted the court-ordered sale of the Vessel at the Fort Lauderdale Federal Courthouse on June 26, 2026.

9.  There were ten registered bidders at the sale of the Vessel, producing twenty bids with a $160,000 winning offer by William Wilson after numerous rounds of competitive bidding.

10.  Before closing bidding for the Vessel, the Deputy U.S. Marshal called out "going once" and "going twice," providing multiple opportunities for any competing bidder to submit a higher bid.  This practice was in accordance with the Deputy U.S. Marshal's customary sale procedures, which I have observed at numerous prior U.S. Marshal's sales.

11.  I am unaware of anyone having objected to the U.S. Marshal's closure of the Vessel auction, or expression of an upset bid higher than the winning bidder.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: _7-8-26_

Frank Kups

87449296;1