# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

### CASE NO. 0:26-cv-60289-WPD

### SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768, her engines, tackle, apparel, furniture, and appurtenances, in rem,

Defendant.

FILED BY _____ D.C.

JUL 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

## DECLARATION OF CHARLES JACOB STRATMANN
## IN SUPPORT OF REPLY TO RESPONSE IN OPPOSITION

---

I, Charles Jacob Stratmann, declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the following is true and correct:

1. I am the Sole Member and Manager of Starboard Yacht Group, LLC ("SYG"), the Claimant in this proceeding. I make this declaration in my individual capacity based on my personal, firsthand knowledge and observations at the judicial sale conducted on June 26, 2026.

2. I attended the June 26, 2026 judicial sale of the vessel M/V Slow UR Roll II in person at the Fort Lauderdale Federal Courthouse. My purposes in attending were: (a) to observe the bidding process and ensure the integrity of the sale; and (b) to protect individually owned intellectual property, trade secrets, and proprietary technology installed aboard the vessel by me personally, which remain my individual property and not SYG's.

3. Prior to the sale, I obtained an independent certified marine appraisal from Paul R. Anstey, Inc., File No. 15256B, which established a fair market value for the vessel of $1,000,000.00. A true and correct copy of that appraisal is attached to the Reply as Exhibit A.

4. The vessel sold at the judicial sale for $160,000.00, to the winning bidder, William "Bob" Wilson of QF Products LLC, Texas. This represents 16% of the independently appraised fair market value. The judgment debt owed to Seacoast National Bank was $168,773.21. After deducting National Liquidators' 8% commission ($12,800.00), the net proceeds ($147,135.00)

1

leave a deficiency of approximately $21,638.21 and SYG receives zero net proceeds.

5. During the auction, I was present in person and observed the following:

(a) Bob Wilson and his son (the winning bidder and an accompanying family member) were standing in close physical proximity to a young man who was conducting phone bids on behalf of a remote party not present at the auction.

(b) The young man was actively relaying bid amounts by phone throughout the auction. The phone he was using displayed the contact name "Egor."

(c) The phone bidder ("Egor") was actively engaged throughout the auction and was bidding competitively.

(d) When the U.S. Marshal called the final price and closed the auction at $160,000.00, the young man relaying the phone bids had not yet communicated the final bid increment to the remote party in time. There was a perceptible communication delay between the Marshal's call and the young man's relay to the phone.

(e) Immediately after the Marshal closed the auction, I overheard -- as did Bob Wilson and his son, who were standing directly adjacent -- the voice on the phone say words to the effect of: "Fuck, we missed it."

(f) This statement, overheard by Wilson and his son as well as by me, demonstrates that the phone bidder ("Egor") was actively prepared to bid above $160,000.00 but was cut off by the communication delay in the phone-relay process before the auction closed.

6. After the auction, I approached Bob Wilson and introduced myself. I sought to gather facts about the auction participants and to assess the status of my individually owned property and proprietary installations aboard the vessel. I did not finalize or agree to any business transaction, trailer sale, or consulting arrangement with Wilson at that time.

7. Wilson and his son confirmed to me that they had heard the phone bidder's reaction when the auction closed. Wilson was willing to provide this information. I requested that Wilson provide a declaration corroborating the phone-bidder incident, and he agreed to do so. Claimant respectfully requests leave to file Wilson's signed declaration as a supplement to the Reply promptly upon execution.

8. The U.S. Marshals Service maintained a registration log or contact records for all auction

participants, including the young man who served as the phone-bid relay. I request that the Court direct the Marshals Service to preserve and produce those records. The Motion for Disclosure of Bidder Identities and Auction Records (DE 96) seeks those records.

9. The vessel M/V Slow UR Roll II contains individually owned property, trade secrets, and digital evidence relevant to the following active federal cases: Case No. 0:26-cv-61001-EA; Case No. 0:26-cv-61150-PAB; Case No. 1:26-cv-01332-MJM (D. Md.); and related appellate proceedings. I have a personal interest, separate from SYG's interest, in preserving and retrieving that property before it is altered, accessed, or damaged.

10. I have read Plaintiff Seacoast National Bank's Response in Opposition (DE 98) to my Objection to Confirmation (DE 92), Protest of Judicial Sale (DE 97), and Motion for Disclosure (DE 96). This Declaration is based on my personal knowledge and observations. If any statement in DE 98 conflicts with my personal knowledge, the facts in this Declaration reflect my firsthand observations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2026.

*/s/ Charles Jacob Stratmann*

Charles Jacob Stratmann Sole Member and Manager, Starboard Yacht Group, LLC Pro Se Claimant and Party-in-Interest 545 NE 17th Avenue Fort Lauderdale, Florida 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

### CASE NO. 0:26-cv-60289-WPD

### SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768,
her engines, tackle, apparel, furniture, and
appurtenances, in rem,

Defendant.

---

## EXHIBIT INDEX

### Reply to Response in Opposition (DE 98)

---

| Exhibit | Document | Description | Bates / Source |

| ------- | ------- | ----------- | ------------- |

| A | Paul R. Anstey, Inc. Marine Appraisal, File No. 15256B, dated May 8, 2024 | Independent certified marine appraisal establishing $1,000,000.00 fair market value for M/V SLOW UR ROLL II | SYG-107206 | | B | Declaration of Charles Jacob Stratmann (corrected) | Firsthand account of auction observations, vessel value, and communication relay failure; corrects sale price to $160,000.00 | New (July 8, 2026) | | C | Exclusive Sales Agent Agreement, entered June 26, 2026 | Same-day agreement promising Wall Street Journal, Financial Times, VesselArrest.com, YachtAuctions.com, and international brokerage marketing | DE 86-1 | | D | USM 285 Form / U.S. Marshal Return of Sale, dated June 26, 2026 | Official record of $160,000.00 sale to William Wilson / QF Products LLC, with $25,000.00 deposit | DE 87 | | E | Substitute Custodian Order, entered February 25, 2026 | Court order appointing National Liquidators as substitute custodian | DE 23 |

Wilson Supplement: Claimant respectfully requests leave to file the signed declaration of Bob Wilson as a supplement to this Reply promptly upon execution.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

### CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK, Plaintiff,

vs.

JDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARBⅭ

NOTICE OF SERVICE ON THE UNITED STATES MARSHAL'S SERVICE

Charles Jacob Stratmann ("Claimant"), pro se party-in-interest, hereby certifies under penalty of perjury that on July 8, 2026, he caused true and correct copies of the following documents to be served on the United States Marshal's Service at the following address:

United States Marshal's Service 299 East Broward Boulevard, Room 101 Fort Lauderdale, Florida 33301

Documents served:

1. Objection to Confirmation of Judicial Sale and Request for Evidentiary Hearing (DE 92); 2. Claimant's Protest of Judicial Sale and Motion to Set Aside or Defer Confirmation of the June 26, 2026 Auction of M/V Slow UR Roll II (DE 97); 3. Motion for Disclosure of Bidder Identities and Auction Records (DE 96); 4. Notice of Errata Regarding Citations in Claimant's Objection to Confirmation of Judicial Sale (DE 92) and Protest of Judicial Sale (DE 97); and 5. Reply to Plaintiff's Response in Opposition (DE 98) to Objections to Confirmation of Judicial Sale, Protest of Judicial Sale, and Motion for Disclosure of Bidder Identities.

Service was effected by hand delivery and U.S. Mail, postage prepaid, on July 8, 2026.

Respectfully submitted,

*/s/ Charles Jacob Stratmann*

Charles Jacob Stratmann Pro Se Claimant and Party-in-Interest 545 NE 17th Avenue Fort Lauderdale, Florida 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

Dated: July 8, 2026

1



# PAUL R. ANSTEY, INC.

## MARINE SURVEYOR, YACHT DESIGNER AND CONSULTANT

4959 Nw 6th. Street,
Coconut Creek, FL 33063
(954) 270 1949
ansteypaul@gmail.com









# CONDITION SURVEY AND REPORT
## "SLOW UR ROLL II"



"SLOW UR ROLL II"                          File no:15256B                          Page 1

# Paul R. Anstey Inc.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

### 4959 NW 6th Street
### Coconut Creek, FL 33063
### (954) 270 1949

| | | | |
|---|---|---|---|
| **VESSELS NAME:** | SLOW UR ROLL II | **DATE:** | 5/8/2024 |
| **TYPE:** | Cuddy Cabin | **FILE NUMBER:** | 15256B |
| **MODEL:** | Everglades 350 LX | **ATTENDING SURVEYOR:** | Ben Dodarell |
| **SURVEY TYPE:** | Appriasal - Condition and Valuation | | |

**TO:**     Starboard Yacht Group LLC
850 NE 3rd Street, Suite 208
Dania Beach, FL

## GENERAL

| | | | |
|---|---|---|---|
| **REG. NO:** | 1220768 | **HULL NUMBER:** | RJDE00051708 |
| **HAIL PORT:** | Fort Lauderdale, FL | **REG.PORT:** | Fort Lauderdale, Fl |
| **OWNER:** | see above | | |
| | | **SURVEYED AT:** | Harbortown Marina, Dania Beach ,Fl |
| **L.O.A.:** | 35' 4"    **L.W.L.:** | **BEAM:** | 10' 8" |
| **GRS.TONS:** | 14    **NET TONS:** 14 | **BALLAST:** | none seen |
| **YEAR:** | 2008    **DRAFT:** 3' 5" | **BUILDER:** | Everglades Boats |
| **DESIGNER:** | Daughtry | **MKT VALUE:** | $1,000,000 |
| **NAV LIMITS:** | coastal and offshore islands | **REPL. VALUE:** | $1,350,000 |
| **USE:** | pleasure | **BERTH:** | Dania Beach, FL |
| **CAPTAIN:** | owner | **LICENSE:** | not reported |

## HULL

| | | | |
|---|---|---|---|
| **TOPSIDES** | fiberglass | **CONDITION:** | good |
| **BOTTOM:** | fiberglass | **CONDITION:** | not observed |
| **FRAMES:** | partitions and bulkheads | **CONDITION:** | good |
| **DECKS:** | fiberglass | **CONDITION:** | good |
| **FLOORS:** | fiberglass | **FASTS:** | fiberglass |
| **DECK BEAMS:** | fiberglass | **STEM:** | curved |
| **STERN:** | transom | **RUDDER:** | 3 x outboards |
| **KEEL:** | fiberglass | **CENTERBOARD:** | none |
| **WORM SHOE:** | not applicable | **SKEG:** | fiberglass |
| **INTERIOR:** | gelcoat finished liner, vinyl overhead, vinyl wall coverings, some hardwood trim synthetic floor coverings | | |
| **BULKHEADS:** | 2 watertight, 5 partial | **BILGE:** | good |
| **VENTILATION:** | good | **SUPERSTR.:** | fiberglass |

## SPARS AND RIGGING

| | | | |
|---|---|---|---|
| **MASTS:** | signal lights only | **CONDITION:** | good |
| **BOOMS:** | 2 x outriggers | **CONDITION:** | good |
| **AWNINGS:** | fiberglass on cockpit and tower | **CONDITION:** | good |
| **COVERS:** | misc. | **CONDITION:** | good |

"SLOW UR ROLL II"                    File no:15256B                          Page 2

## SMALL BOATS

| | | | |
|---|---|---|---|
| TYPE: | none | MATERIAL: | |
| CONDITION: | | MODEL: | |
| SERIAL: | | MOTOR: | |
| MODEL: | | SERIAL: | |

## FITTINGS AND EQUIPMENT

| | | | |
|---|---|---|---|
| STEERING: | wheel, hydraulic system | CONDITION: | good |
| EMERGENCY: | none | DECK FITS.: | s/s,chrome, aluminum |
| ANCHORS: | 1 x Spade shape approx 40# | | |
| TACKLE: | 3/8" chain, 3/4" rode | | |
| WINDLASS: | Lewmar DC electric | WINCHES: | none |
| RADIOS: | Raymarine VHF | | |
| E.P.I.R.B.: | none | LOG/SPEED: | GPS |
| AUTO PILOT: | Raymarine | COMPASS: | 2 x Ritchie |
| RADAR: | Raymarine integrated | | |
| G.P.S.: | 3 x Raymarine units | STABILIZERS: | Sea Keeper 5000 Gyro |
| DEPTH SOUNDER: | Raymarine integrated | | Humphree trim tabs |
| OTHER: | Flir, Gosh, outboard jack plates | STEREO: | Fusion |

| | | | |
|---|---|---|---|
| CLOCK: | GPS integrated | BAROMETER: | none |
| HORN: | electric and air | SCHLITE: | none |
| BELL: | none seen | LIFERING: | 1 x throw Cushion |
| LIFEJACKETS: | 9 x adult type III | T.V.: | 2 x LG |
| LIFE RAFT: | none seen | HEADS: | approved type |
| FLARES: | Orion good until 07/2026 | AIR COND.: | 2 x Webasto |

## GALLEY

| | | | |
|---|---|---|---|
| LOCATION: | starboard cabin | TYPE STOVE: | Kenyon electric BBQ |
| TANK LOCATION: | not applicable | NO. OF TANKS: | none |
| LINES: | plastic water lines only | SHUT OFF: | on bbq, on panel |
| MICROWAVE: | Toshiba | VENT: | good |
| REFRIG: | Isothern, Frigid Rigid cooler, cold plate | | |
| HOT WATER: | not visible | OTHER: | |

## MACHINERY

| | | | |
|---|---|---|---|
| | | HOURS: | 165 / 150 / 159 |
| ENG LOC: | transom mounted | NO. & TYPE: | 3 x gasoline outboards |
| MAKE: | Mercury Marine | MODEL: | 400L |
| SERIAL: | | | |
| NUMBER OF CYLS.: | V8    APROX SPD: | H.P.: | 400 x 3 |
| R.P.M.: | 5500 | RED.GEAR: | lower unit internal |
| YEAR: | approx 2020 | RECOND.: | not reported |
| CONDITION: | good | BLOWER: | |
| ENG BEDS: | fiberglass | VENT: | good |
| COOLING: | raw water | BILGE PAN: | bilge |
| FLAME ARR: | none | DRIP PAN: | not applicable |
| FUEL PUMP: | electric | FILTERS: | primary and secondary |
| BOWLS: | metal and plastic | SILENCER: | outboard internal |
| EX. LINE: | outboard internal | COOLED: | raw water |
| ENG.GENERATOR: | alternators | CONTROLS: | electronic |
| SHAFT LOG: | not applicable | STUFF BOX: | not applicable |
| PROPELLER: | 3 blade stainless steel | SPARE: | none |
| SHAFT: | outboard internal | STUB SHAFT: | none |
| STRUTS: | none | BEARINGS: | not applicable |
| PROP PROTECT: | outboard skegs only | AIR COMP: | none seen |

"SLOW UR ROLL II"                          File no:15256B                          Page 3

| | | |
|---|---|---|
| BILGE PUMPS: | 3 x DC - forward, mid and aft | H20 MAKER: SK Blue Gold |

## ELECTRICAL SYSTEM

| | | | |
|---|---|---|---|
| AUX GEN: | one | HOURS: | not recorded |
| LOCATION: | aft bilge | MAKE: | Fisher Panda |
| SERIAL NUMBER: | CO2 075 019 | MODEL: | Panda 8000i |
| VOLTAGE: | 120 | VENT: | good |
| R.P.M.: | 2800 | NO.OF CYLS: | 3 |
| ENG COOL: | fresh water | K.W.: | 6.5 |
| EXHAUST LINES: | flex hose | SOUND INS: | sound box |
| FLAME ARRESTOR: | not applicable | SILENCER: | fiberglass |
| FILTERS: | primary and secondary | FUEL PUMP: | electric |
| BATTERY CHARGER: | Victron Skylla | BOWLS: | metal and plastic |
| SWITCH PANEL: | aft cabin and helm | FUSES: | individual |
| ANTENNAS: | 3 | NAV.LIGHTS: | electric |
| BATTERIES: | 4 x 12 volt | GROUND: | zincs on outboards |

LOCATION:        below console in trays with terminal covers

## FIRE FIGHTING EQUIPMENT
PORTABLE EXITS:    10 Dry Chemical in cab locker

                                              DATE: in green range

BUILT IN SYSTEM:    none
LOCATION:                                      DATE: none

## TANKS

| | | | |
|---|---|---|---|
| FUEL TYPE: | gasoline and diesel | TANKS: | 2 |
| CAPACITY: | 328 gallons gasoline, 30 gallons diese | LOCATION: | below cockpit sole, aft bilge |
| SHAPE: | rectangular and to hull | MATERIAL: | aluminum |
| CONDITION: | appears good | SECURED: | good |
| BONDED: | yes | FILLS: | flex and chrome |
| VALVES: | approved type | LOCATION: | by filters |
| ACCESS: | good | LINES: | flex and copper |
| OVERFLOW RUNS: | overboard | VENTS: | good |
| OTHER INFLAMES.: | none | | |
| WATER TANKS #: | one | CAPACITY: | 30 gallons |
| LOCATION: | 30 | MATERIAL: | aluminum |
| SHAPE: | rectangular and to hull | CONDITION: | good where visible |

## US GOVERNMENT REQUIREMENTS
VESSEL COMPLIANCE:              No

This is two part report and shall not be complete without remarks and recommendations.
The above vessel shall be deemed a good fire and marine risk when all paragraphs
marked with a bullet, in the remarks section of this report, have been completed.

"SLOW UR ROLL II"                    file no.:15256B                    page 4

# PAUL R. ANSTEY, INC.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

4959 NW 6th Street
Coconut Creek, FL 33063
(954) 270 1949

## REPORT OF SURVEY
### Remarks and recommendations

### "SLOW UR ROLL II"

file no.:15256B                                                    date. 5/8/2024

The survey report was conducted subject to the following conditions:   That it is agreed and understood that neither this corporation nor any of its directors or employees is to be held responsible in any circumstances whatsoever and in any way for any error in judgment, negligence, or default, nor for any omission, misrepresentation, misstatement or inaccuracy in the report.   The request for the survey shall be construed to be an acceptance of the above conditions.

This survey is conducted in all accessible areas, without making removals to expose parts concealed.   The surveyor uses standards laid down by the ABYC, US Coast Guard and NFPA to ascertain if the vessel was constructed and has been maintained to those specifications.

The "SLOW UR ROLL II" was surveyed afloat at Harbortown Marina, Dania Beach, FL on Wednesday, May 8th, 2024.

The vessel has recently received a major custom refit including new custom vinyl wrap, updated navigation electronics and custom Sea Keeper Gyro stabilization system.   All work appears to be of a good yacht quality finish.   The vessel appears very well maintained and updated an upgraded on a regular basis.

A trial run was neither requested nor conducted, therefore, no equipment was tested.   There was no indication that any equipment was in other than good working order.

"SLOW UR ROLL II"                file no.:15256B                            page 5

## INTERIOR

Inspection of the vessel was made to all accessible areas.   There are inaccessible areas behind ceilings, soles, linings, engines, tanks, batteries, etc..   All appeared to be in good condition with the following exceptions, findings and recommendations:
The fiberglass bonding of the bulkheads, partitions and engine beds was inspected, where accessible.   All appeared to be in good condition with no signs of movement or delamination.

The electrical wiring system appeared to be in good condition and to be in accordance with marine specifications.

The batteries are properly secured in trays with terminal covers.

The seacocks appear to be in generally good condition.   They should be cleaned and serviced. Seacocks and flex sections should be inspected at regular intervals.

The bilge pumps appeared to be in working order.   They are adequate in number for a vessel of this size.

The fuel and water tanks were not full at the time of the survey; therefore, the surveyor was not able to prove them leak free.

The engines and generator were inspected, where accessible, externally.   All was found to be in good condition with no obvious signs of fuel, oil, or water leaks.

- This vessel should be fitted with a Carbon Monoxide detector.   Carbon monoxide is a deadly gas produced by gasoline internal combustion engines.   The unit should be maintained in accordance with the manufacturer's recommendations.

- The fire extinguisher should be serviced and recertified.   This should be repeated on an annual basis.

- The appropriate number of USCG approved fire extinguishers should be mounted and installed throughout the vessel according to ABYC recommendations.   They should be serviced on an annual basis.

The steering gear was inspected.   All appeared to be in good condition and to be in working order.

"SLOW UR ROLL II"                 file no.:15256B                          page 6

## DECKS AND SUPERSTRUCTURE

The decks and superstructure were inspected.   All appeared to be in good condition with the following exceptions, findings and recommendations.

The decks and superstructure were inspected visually.   No deterioration was discovered.

- A lifering should be carried, adjacent to the helmsman.

Before offshore sailing a light and retrieval line should be attached to the lifering.

An up to date set of flares was noted aboard.

The pulpit and liferails were inspected.   They all appeared to be in good condition and to be well secured to the deck.

The lifejackets were found to be in serviceable condition.   They are adequate in number for a vessel of this size.   One jacket, of the proper size, should always be carried for each person aboard.

The anchor was found to be in serviceable condition.   It is adequate in size for the vessel.

- An additional anchor and rode, of similar or large size, should be carried aboard.

## TOPSIDES AND BOTTOM

The topsides and bottom were inspected from the dock only.   All appeared to be in good condition with the following exceptions, findings and recommendations:

The topsides were inspected.   They appear to be in good condition.   No deterioration was observed.

"SLOW UR ROLL II"                    file no.:15256B                    page 7

This vessel was inspected afloat without making removals to expose parts concealed.   It is the opinion of the surveyor that the vessel is structurally sound and in satisfactory condition for intended service as a yacht.

This survey is based on the facts presented and discovered, based on opinion, with no warranty either specified or implied.


Signed without prejudice,


Attending surveyor: Ben Dodarell
NAMS: Surveyor Associate.


Signed without prejudice:


PAUL R. ANSTEY INC.:
For The Corporation

"SLOW UR ROLL II"　　　　　　　file no.:15256B　　　　　　　　page 8



"SLOW UR ROLL II"                    file no.:15256B                           page 9





"SLOW UR ROLL II"                    file no.:15256B                    page 10





"SLOW UR ROLL II"                file no.:15256B                page 11



"SLOW UR ROLL II"                    file no.:15256B                    page 12





*/s/ Charles Jacob Stratmann*

_____

Charles Jacob Stratmann

4

Akerman LLP

777 S. Flagler Drive, Suite 1100 -- West Tower

West Palm Beach, FL 33401

amanda.klopp@akerman.com

jenna.yoss@akerman.com

National Liquidators

800 Old Griffin Road

Dania Beach, FL 33004

United States Marshal's Service

299 East Broward Boulevard, Room 101

Fort Lauderdale, FL 33301

*/s/ Charles Jacob Stratmann*

Charles Jacob Stratmann

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

### CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK, Plaintiff,

vs.

JDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARB(

NOTICE OF SERVICE ON THE UNITED STATES MARSHAL'S SERVICE

Charles Jacob Stratmann ("Claimant"), pro se party-in-interest, hereby certifies under penalty of perjury that on July 8, 2026, he caused true and correct copies of the following documents to be served on the United States Marshal's Service at the following address:

United States Marshal's Service 299 East Broward Boulevard, Room 101 Fort Lauderdale, Florida 33301

Documents served:

1. Objection to Confirmation of Judicial Sale and Request for Evidentiary Hearing (DE 92); 2. Claimant's Protest of Judicial Sale and Motion to Set Aside or Defer Confirmation of the June 26, 2026 Auction of M/V Slow UR Roll II (DE 97); 3. Motion for Disclosure of Bidder Identities and Auction Records (DE 96); 4. Notice of Errata Regarding Citations in Claimant's Objection to Confirmation of Judicial Sale (DE 92) and Protest of Judicial Sale (DE 97); and 5. Reply to Plaintiff's Response in Opposition (DE 98) to Objections to Confirmation of Judicial Sale, Protest of Judicial Sale, and Motion for Disclosure of Bidder Identities.

Service was effected by hand delivery and U.S. Mail, postage prepaid, on July 8, 2026.

Respectfully submitted,

/s/ Charles Jacob Stratmann

Charles Jacob Stratmann Pro Se Claimant and Party-in-Interest 545 NE 17th Avenue Fort Lauderdale, Florida 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

Dated: July 8, 2026

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768,
her engines, tackle, apparel, furniture, and
appurtenances, in rem,

Defendant.

---

## PROPOSED ORDER

THIS CAUSE came before the Court upon Claimant Charles Jacob Stratmann's Reply in Support of Objection to Confirmation of Judicial Sale (DE 92), Protest of Judicial Sale (DE 97), and Motion for Disclosure of Bidder Identities and Auction Records (DE 96), and in Opposition to Plaintiff Seacoast National Bank's Response in Opposition (DE 98). The Court having reviewed the Reply, the Response, the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

1. The June 26, 2026 judicial sale of M/V SLOW UR ROLL II is SET ASIDE as grossly inadequate and procedurally irregular.

2. In the alternative, if the Court does not set aside the sale, confirmation of the sale is DEFERRED pending:

(a) an evidentiary hearing on the bidding process, the marketing efforts, and the communication relay failure at the auction;

(b) full verification that the purchase price of $160,000.00 has been paid in full;

(c) disclosure by the United States Marshals Service, within seven (7) days of this Order, of all bidder registration records, auction logs, bid histories, audio/video recordings, and custodial records concerning the June 26, 2026 auction, including the identities and contact information of the telephone bidder and the relay individual;

1

(d) final adjudication of Claimant's pending Emergency Motion to Preserve Evidence and Hold Proceeds (DE 82); and

(e) final disposition of Claimant's appeal before the United States Court of Appeals for the Eleventh Circuit, Case No. 26-12270-G.

3. The United States Marshals Service is DIRECTED to preserve all records referenced in paragraph 2(c) in their original form pending final appellate disposition.

4. Any sale proceeds held by the United States Marshals Service or the substitute custodian shall be DEPOSITED into the Court's registry and held pending final disposition of DE 82 and the Eleventh Circuit appeal.

5. National Liquidators' request for an eight percent ($12,800.00) commission as an administrative expense is DENIED without prejudice pending further briefing and determination of whether the commission was earned under a fairly conducted sale.

6. The Clerk is DIRECTED to set this matter for an evidentiary hearing on the earliest available date.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___ day of July, 2026.

_____

**WILLIAM P. DIMITROULEAS**

United States District Judge Southern District of Florida

Copies furnished to: All counsel of record Charles Jacob Stratmann, Pro Se