IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II (O.N. 1123585),
her engines, tackle, gear, and appurtenances,
in rem, and STARBOARD YACHT GROUP LLC,
in personam,

Defendants.

## EXHIBIT INDEX

*Reply to Response in Opposition (DE 98) -- Corrected Filing July 13, 2026*

| Exhibit | Document | Description | Bates / Source |
|---|---|---|---|
| A | Paul R. Anstey, Inc. Marine Appraisal, File No. 15256B, dated May 8, 2024 | Independent certified marine appraisal establishing $1,000,000.00 fair market value for M/V SLOW UR ROLL II | SYG-107206 |
| B | Revised Declaration of Charles Jacob Stratmann | Firsthand account of June 26, 2026 judicial sale; adds preserved video evidence, refutes Kups DE 99-1 paragraph 11, and certifies Exhibit R-1 transcript | New (July 13, 2026) |
| C | Exclusive Sales Agent Agreement, entered June 26, 2026 | Same-day agreement promising Wall Street Journal, Financial Times, VesselArrest.com, YachtAuctions.com, and international brokerage marketing | DE 86-1 |
| D | USM 285 Form / U.S. Marshal Return of Sale, dated June 26, 2026 | Official record of $160,000.00 sale to William Wilson / QF Products LLC, with $25,000.00 deposit | DE 87 |
| E | Substitute Custodian Order, entered February 25, 2026 | Court order appointing National Liquidators as substitute custodian | DE 23 |
| R-1 | Timestamped Transcript of Auction Video Critical Segments | Text-searchable transcript of auction video prepared by Declarant from his personal recording; filed as surrogate for Exhibit R video files | New (July 13, 2026) |
| R | Auction Video Files (3 MP4 files) | Original mobile-device recordings of June 26, 2026 judicial sale; available for Court inspection on USB or secure link upon request due to file size | New (July 13, 2026) |

Wilson Supplement: Claimant respectfully requests leave to file the signed declaration of Bob Wilson as a supplement to this Reply promptly upon execution.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE005I708
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and **STARBOARD YACHT
GROUP LLC**, a Florida limited liability company, *in
personam*,

Defendants.

_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

This matter came before the Court on the Motion for Appointment of Substitute Custodian

[DE 7]  filed by Plaintiff, SEACOAST NATIONAL BANK ("Seacoast" or "Plaintiff"), and

Plaintiff, having appeared by and through its counsel, and made the following recitals:

1.      On or about or about February 2, 2026, Plaintiff initiated the above-styled action

against Defendant M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No.

1220768, HIN: RJDE005I708  together with all masts, boilers, cables, engines, machinery, etc.

("Vessel") *in rem*.

2.      Plaintiff has also moved for an Order directing the Clerk of this Court to issue a

Warrant of Arrest *In Rem* requesting that the Court command the United States Marshal of this

District take custody of the Defendant Vessel, and to retain custody of the Vessel pending further

Order of this Court.

3.      Custody by the United States Marshal requires the services of one or more keepers

at a charge of at least $1,080.00 per day for the keepers alone and not including charges for services usually associated with safekeeping vessels similar to this Vessel.

4.      Frank Kups of G Robert Toney and Associates Inc. DBA National Liquidators ("Substitute Custodian"), by Declaration filed with Plaintiff's Motion for Appointment of Substitute Custodian, avers that G Robert Toney and Associates Inc. DBA National Liquidators has arranged for adequate facilities and supervision for the proper safekeeping of the Vessel, and that it possesses insurance with Matsui in the amount of $5,000,000.00 or assets adequate to respond in damages for loss or injury to the Vessel or for damage sustained by third parties due to any acts, faults, negligence by said custodian.  Further, in said Declaration, substitute custodian accepts, in accordance with the terms of this Order, possession of the Defendant Vessel.

5.      Frank Kups of G Robert Toney and Associates Inc. DBA National Liquidators, by declaration, further states that G Robert Toney and Associates Inc. DBA National Liquidators has arranged for adequate facilities and supervision for and can safely keep said vessel in place of the Marshal during the pendency of suit herein and until further order of the Court. The rates to be charged by the Substitute Custodian shall be in accordance with the amounts outlined in Frank Kups' Declaration.

6.      Plaintiff, in consideration of the U.S. Marshal's consent to the substitution of custody, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel and all other necessaries thereunto appertaining and belonging to said Vessel, over to said substitute custodian, and said Plaintiff further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

WHEREFORE, IT IS HEREBY ORDERED that the Motion [DE 7] is GRANTED, and the United States Marshal for the Southern District of Florida be and is hereby authorized and directed (upon his seizure of said Defendant Vessel, her engines, tackle, apparel, furniture, equipment, and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant of Arrest) to surrender the possession thereof to the Substitute Custodian named herein, and that upon such surrender the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of said Vessel and held harmless from any and all claims arising whatever out of said substitute possession and safekeeping.

IT IS FURTHER ORDERED that G Robert Toney and Associates Inc. DBA National Liquidators be and is hereby appointed the Substitute Custodian of said Vessel to retain the same in its custody for possession and safekeeping for the compensation as described until further Order of this Court.

IT IS FURTHER ORDERED that any appurtenances or parts of the Vessel which have been removed from the Vessel shall be taken into custody by the U.S. Marshal, and shall be turned over to the Substitute Custodian.

IT IS FURTHER ORDERED that G Robert Toney and Associates Inc. DBA National Liquidators may keep the Vessel at the location of 800 Old Griffin Rd, Dania Beach, FL 33004.

IT IS FURTHER ORDERED that all Marshal's costs be paid prior to release of said Vessel and all further constructive costs will be borne by Plaintiff, Centennial Bank.

IT IS FURTHER ORDERED that the Substitute Custodian must acknowledge receipt for the M/V SLOW UR ROLL II and the U.S. Marshal shall attest to the date and time of release on a certified copy thereof.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this 25th day of

February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
United States Marshal

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II (O.N. 1123585),
her engines, tackle, gear, and appurtenances,
in rem, and STARBOARD YACHT GROUP LLC,
in personam,

Defendants.

EXHIBIT R-1 -- TIMESTAMPED TRANSCRIPT OF AUCTION VIDEO
CRITICAL SEGMENTS
(In support of Defendant's Reply in Support of Motions
[DE 92, DE 96, DE 97] and Response to Kups Declaration [DE 99-1])

The following transcript was prepared by Charles Jacob Stratmann from his personal video recording of the June 26, 2026 judicial sale of M/V SLOW UR ROLL II conducted by the United States Marshals Service. Timestamps are approximate and reference the primary video exhibit (Exhibit R). The video itself is the evidence; this transcript is provided as a text-searchable aid. The video is available for the Court's inspection on physical media (USB) or secure link upon request.

## SEGMENT 1 -- PHONE BIDDER ACKNOWLEDGMENT AND RELAY CONFUSION
(approximately 176 seconds to 184 seconds)

```
+------------+-------------+-----------------------------------------+
| Timestamp  | Approx. Time | Transcribed Audio                      |
+------------+-------------+-----------------------------------------+
| 178.92s    | ~02:58.9    | "Hey, you're on the phone."             |
| 181.92s    | ~03:01.9    | "What the hell is that?"                |
+------------+-------------+-----------------------------------------+
```

Significance: Confirms an active phone bidder was present and acknowledged by the auction crew, and that a relay communication problem occurred at that moment. This directly

contradicts Seacoast's characterization of the phone-bidder evidence as "speculation and hearsay" (DE 101 at 4).

## SEGMENT 2 -- RUSHED CLOSE

(approximately 254 seconds to 259 seconds)

| Timestamp | Approx. Time | Transcribed Audio |
|-----------|--------------|-------------------|
| 255.92s | ~04:15.9 | "$160,000" |
| 257.92s | ~04:17.9 | "Going once and going twice, sold $160,000." |

Significance: The entire close sequence from announcement of the winning bid to "sold" occurred within approximately ten seconds. A phone bidder experiencing relay delay had no meaningful opportunity to communicate a competing bid within that window. Seacoast's claim that bidders had "multiple opportunities" (Kups Decl. DE 99-1 ¶ 8) is contradicted by the video record.

## SEGMENT 3 -- IMMEDIATE POST-SALE OBJECTION

(approximately 264 seconds to 266 seconds)

| Timestamp | Approx. Time | Transcribed Audio |
|-----------|--------------|-------------------|
| 265.92s | ~04:25.9 | "Mr. Wolf, no, no, no." |

Significance: An objection is clearly audible immediately after "sold." This directly contradicts paragraph 11 of the Kups Declaration (DE 99-1), in which Mr. Kups stated under oath that he was "unaware of anyone having objected to the U.S. Marshal's closure of the Vessel auction, or expression of an upset bid higher than the winning bidder."

## SEGMENT 4 -- POST-SALE PHONE BIDDER REACTION

(approximately 280 seconds to 290 seconds)

| Timestamp | Approx. Time | Transcribed Audio |
|-----------|--------------|-------------------|
| 284.92s | ~04:44.9 | [Indistinct -- relay end-call / reaction] |

+------------+--------------+-----------------------------------------+

Note: The phone bidder's post-sale reaction is audible but not fully intelligible. Defendant reserves the right to supplement this transcript after further audio enhancement or witness testimony.

## PREPARATION CERTIFICATION

This transcript was prepared by Charles Jacob Stratmann from his personal video recording of the June 26, 2026 judicial sale. The quoted language and timestamps reflect Declarant's best listening review of the recording. Declarant certifies the transcript is accurate to the best of his knowledge and reserves the right to correct or supplement.

*/s/ Charles Jacob Stratmann*

_____

Charles Jacob Stratmann Pro Se Defendant and Party-in-Interest 545 NE 17th Avenue Fort Lauderdale, Florida 33301

Dated: July 13, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**

**CASE NO. 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK,**

Plaintiff,

v.

M/V SLOW UR ROLL II, USCG Official No. 1220768,
her engines, tackle, apparel, furniture, and
appurtenances, in rem,

Defendant.

---

**PROPOSED ORDER**

**THIS CAUSE came before the Court upon Claimant Charles Jacob Stratmann's
Reply in Support of Objection to Confirmation of Judicial Sale (DE 92),
Protest of Judicial Sale (DE 97), and Motion for Disclosure of Bidder
Identities and Auction Records (DE 96), and in Opposition to Plaintiff
Seacoast National Bank's Response in Opposition (DE 98). The Court having
reviewed the Reply, the Response, the record, and being otherwise fully
advised in the premises, it is hereby ORDERED AND ADJUDGED:**

1. The June 26, 2026 judicial sale of M/V SLOW UR ROLL II is SET ASIDE as grossly inadequate and procedurally irregular.

2. In the alternative, if the Court does not set aside the sale, confirmation of the sale is DEFERRED pending:

(a) an evidentiary hearing on the bidding process, the marketing efforts, and the communication relay failure at the auction;

(b) full verification that the purchase price of $160,000.00 has been paid in full;

(c) disclosure by the United States Marshals Service, within seven (7) days of this Order, of all bidder registration records, auction logs, bid histories, audio/video recordings, and custodial records concerning the June 26, 2026 auction, including the identities and contact information of the telephone bidder and the relay individual;

1

(d) final adjudication of Claimant's pending Emergency Motion to Preserve Evidence and Hold Proceeds (DE 82); and

(e) final disposition of Claimant's appeal before the United States Court of Appeals for the Eleventh Circuit, Case No. 26-12270-G.

3. The United States Marshals Service is DIRECTED to preserve all records referenced in paragraph 2(c) in their original form pending final appellate disposition.

4. Any sale proceeds held by the United States Marshals Service or the substitute custodian shall be DEPOSITED into the Court's registry and held pending final disposition of DE 82 and the Eleventh Circuit appeal.

5. National Liquidators' request for an eight percent ($12,800.00) commission as an administrative expense is DENIED without prejudice pending further briefing and determination of whether the commission was earned under a fairly conducted sale.

6. The Clerk is DIRECTED to set this matter for an evidentiary hearing on the earliest available date.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___ day of July, 2026.

_____

**WILLIAM P. DIMITROULEAS**

United States District Judge Southern District of Florida

Copies furnished to: All counsel of record Charles Jacob Stratmann, Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**CASE NO. 0:26-cv-60289-WPD**

SEACOAST NATIONAL BANK, Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express,
Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines, machinery, etc., in rem,

and

STARBOARD YACHT GROUP LLC, a Florida limited liability company,
in personam,

Defendants.

---

NOTICE OF SERVICE ON THE UNITED STATES MARSHAL'S SERVICE

Charles Jacob Stratmann ("Claimant"), pro se party-in-interest, hereby certifies under penalty of perjury that on July 8, 2026, he caused true and correct copies of the following documents to be served on the United States Marshal's Service at the following address:

United States Marshal's Service

299 East Broward Boulevard, Room 101

Fort Lauderdale, Florida 33301

Documents served:

1. Objection to Confirmation of Judicial Sale and Request for Evidentiary Hearing (DE 92); 2. Claimant's Protest of Judicial Sale and Motion to Set Aside or Defer Confirmation of the June 26, 2026 Auction of M/V Slow UR Roll II (DE 97); 3. Motion for Disclosure of Bidder Identities and Auction Records (DE 96); 4. Notice of Errata Regarding Citations in Claimant's Objection to Confirmation of Judicial Sale (DE 92) and Protest of Judicial Sale (DE 97); and 5. Reply to Plaintiff's Response in Opposition (DE 98) to Objections to Confirmation of Judicial Sale, Protest of Judicial Sale, and Motion for Disclosure of Bidder Identities.

Service was effected by hand delivery and U.S. Mail, postage prepaid, on July 8, 2026.

1

Respectfully submitted,

*/s/ Charles Jacob Stratmann*

_____

Charles Jacob Stratmann

Pro Se Claimant and Party-in-Interest

545 NE 17th Avenue

Fort Lauderdale, Florida 33301

Telephone: (954) 873-8546

Email: jake@starboardyacht.com

Dated: July 8, 2026



# PAUL R. ANSTEY, INC.
## MARINE SURVEYOR, YACHT DESIGNER AND CONSULTANT
4959 Nw 6th. Street,
Coconut Creek, FL 33063
(954) 270 1949
ansteypaul@gmail.com





 

# CONDITION SURVEY AND REPORT
## "SLOW UR ROLL II"

"SLOW UR ROLL II"                    File no:15256B                                    Page 1

# Paul R. Anstey Inc.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

### 4959 NW 6th Street
### Coconut Creek, FL 33063
### (954) 270 1949

| | | | |
|---|---|---|---|
| **VESSELS NAME:** | SLOW UR ROLL II | **DATE:** | 5/8/2024 |
| **TYPE:** | Cuddy Cabin | **FILE NUMBER:** | 15256B |
| **MODEL:** | Everglades 350 LX | **ATTENDING SURVEYOR:** | Ben Dodarell |
| **SURVEY TYPE:** | Appriasal - Condition and Valuation | | |

**TO:**     Starboard Yacht Group LLC
850 NE 3rd Street, Suite 208
Dania Beach, FL

## GENERAL

| | | | |
|---|---|---|---|
| **REG. NO:** | 1220768 | **HULL NUMBER:** | RJDE00051708 |
| **HAIL PORT:** | Fort Lauderdale, FL | **REG.PORT:** | Fort Lauderdale, Fl |
| **OWNER:** | see above | | |
| | | **SURVEYED AT:** | Harbortown Marina, Dania Beach ,Fl |
| **L.O.A.:** | 35' 4"   **L.W.L.:** | **BEAM:** | 10' 8" |
| **GRS.TONS:** | 14   **NET TONS:**  14 | **BALLAST:** | none seen |
| **YEAR:** | 2008   **DRAFT:**   3' 5" | **BUILDER:** | Everglades Boats |
| **DESIGNER:** | Daughtry | **MKT VALUE:** | $1,000,000 |
| **NAV LIMITS:** | coastal and offshore islands | **REPL. VALUE:** | $1,350,000 |
| **USE:** | pleasure | **BERTH:** | Dania Beach, FL |
| **CAPTAIN:** | owner | **LICENSE:** | not reported |

## HULL

| | | | |
|---|---|---|---|
| **TOPSIDES** | fiberglass | **CONDITION:** | good |
| **BOTTOM:** | fiberglass | **CONDITION:** | not observed |
| **FRAMES:** | partitions and bulkheads | **CONDITION:** | good |
| **DECKS:** | fiberglass | **CONDITION:** | good |
| **FLOORS:** | fiberglass | **FASTS:** | fiberglass |
| **DECK BEAMS:** | fiberglass | **STEM:** | curved |
| **STERN:** | transom | **RUDDER:** | 3 x outboards |
| **KEEL:** | fiberglass | **CENTERBOARD:** | none |
| **WORM SHOE:** | not applicable | **SKEG:** | fiberglass |
| **INTERIOR:** | gelcoat finished liner, vinyl overhead, vinyl wall coverings, some hardwood trim synthetic floor coverings | | |
| **BULKHEADS:** | 2 watertight, 5 partial | **BILGE:** | good |
| **VENTILATION:** | good | **SUPERSTR.:** | fiberglass |

## SPARS AND RIGGING

| | | | |
|---|---|---|---|
| **MASTS:** | signal lights only | **CONDITION:** | good |
| **BOOMS:** | 2 x outriggers | **CONDITION:** | good |
| **AWNINGS:** | fiberglass on cockpit and tower | **CONDITION:** | good |
| **COVERS:** | misc. | **CONDITION:** | good |

"SLOW UR ROLL II"                    File no:15256B                         Page 2

## SMALL BOATS

| | | | |
|---|---|---|---|
| TYPE: | none | MATERIAL: | |
| CONDITION: | | MODEL: | |
| SERIAL: | | MOTOR: | |
| MODEL: | | SERIAL: | |

## FITTINGS AND EQUIPMENT

| | | | |
|---|---|---|---|
| STEERING: | wheel, hydraulic system | CONDITION: | good |
| EMERGENCY: | none | DECK FITS.: | s/s,chrome, aluminum |
| ANCHORS: | 1 x Spade shape approx 40# | | |
| TACKLE: | 3/8" chain, 3/4" rode | | |
| WINDLASS: | Lewmar DC electric | WINCHES: | none |
| RADIOS: | Raymarine VHF | | |
| E.P.I.R.B.: | none | LOG/SPEED: | GPS |
| AUTO PILOT: | Raymarine | COMPASS: | 2 x Ritchie |
| RADAR: | Raymarine integrated | | |
| G.P.S.: | 3 x Raymarine units | STABILIZERS: | Sea Keeper 5000 Gyro |
| DEPTH SOUNDER: | Raymarine integrated | | Humphree trim tabs |
| OTHER: | Flir, Gosh, outboard jack plates | STEREO: | Fusion |
| | | | |
| CLOCK: | GPS integrated | BAROMETER: | none |
| HORN: | electric and air | SCHLITE: | none |
| BELL: | none seen | LIFERING: | 1 x throw Cushion |
| LIFEJACKETS: | 9 x adult type III | T.V.: | 2 x LG |
| LIFE RAFT: | none seen | HEADS: | approved type |
| FLARES: | Orion good until 07/2026 | AIR COND.: | 2 x Webasto |

## GALLEY

| | | | |
|---|---|---|---|
| LOCATION: | starboard cabin | TYPE STOVE: | Kenyon electric BBQ |
| TANK LOCATION: | not applicable | NO. OF TANKS: | none |
| LINES: | plastic water lines only | SHUT OFF: | on bbq, on panel |
| MICROWAVE: | Toshiba | VENT: | good |
| REFRIG: | Isothern, Frigid Rigid cooler, cold plate | | |
| HOT WATER: | not visible | OTHER: | |

## MACHINERY

| | | | |
|---|---|---|---|
| | | HOURS: | 165 / 150 / 159 |
| ENG LOC: | transom mounted | NO. & TYPE: | 3 x gasoline outboards |
| MAKE: | Mercury Marine | MODEL: | 400L |
| SERIAL: | | | |
| NUMBER OF CYLS.: | V8    APROX SPD: | H.P.: | 400 x 3 |
| R.P.M.: | 5500 | RED.GEAR: | lower unit internal |
| YEAR: | approx 2020 | RECOND.: | not reported |
| CONDITION: | good | BLOWER: | |
| ENG BEDS: | fiberglass | VENT: | good |
| COOLING: | raw water | BILGE PAN: | bilge |
| FLAME ARR: | none | DRIP PAN: | not applicable |
| FUEL PUMP: | electric | FILTERS: | primary and secondary |
| BOWLS: | metal and plastic | SILENCER: | outboard internal |
| EX. LINE: | outboard internal | COOLED: | raw water |
| ENG.GENERATOR: | alternators | CONTROLS: | electronic |
| SHAFT LOG: | not applicable | STUFF BOX: | not applicable |
| PROPELLER: | 3 blade stainless steel | SPARE: | none |
| SHAFT: | outboard internal | STUB SHAFT: | none |
| STRUTS: | none | BEARINGS: | not applicable |
| PROP PROTECT: | outboard skegs only | AIR COMP: | none seen |

"SLOW UR ROLL II"                    File no:15256B                                    Page 3

| | | | |
|---|---|---|---|
| **BILGE PUMPS:** | 3 x DC - forward, mid and aft | **H20 MAKER:** | SK Blue Gold |

## ELECTRICAL SYSTEM

| | | | |
|---|---|---|---|
| | | **HOURS:** | not recorded |
| **AUX GEN:** | one | **MAKE:** | Fisher Panda |
| **LOCATION:** | aft bilge | **MODEL:** | Panda 8000i |
| **SERIAL NUMBER:** | CO2 075 019 | **VENT:** | good |
| **VOLTAGE:** | 120 | **NO.OF CYLS:** | 3 |
| **R.P.M.:** | 2800 | **K.W.:** | 6.5 |
| **ENG COOL:** | fresh water | **SOUND INS:** | sound box |
| **EXHAUST LINES:** | flex hose | **SILENCER:** | fiberglass |
| **FLAME ARRESTOR:** | not applicable | **FUEL PUMP:** | electric |
| **FILTERS:** | primary and secondary | **BOWLS:** | metal and plastic |
| **BATTERY CHARGER:** | Victron Skylla | **FUSES:** | individual |
| **SWITCH PANEL:** | aft cabin and helm | **NAV.LIGHTS:** | electric |
| **ANTENNAS:** | 3 | **GROUND:** | zincs on outboards |
| **BATTERIES:** | 4 x 12 volt | | |

**LOCATION:**        below console in trays with terminal covers

## FIRE FIGHTING EQUIPMENT

**PORTABLE EXITS:**   10 Dry Chemical in cab locker

                                                          **DATE:** in green range

| | | | |
|---|---|---|---|
| **BUILT IN SYSTEM:** | none | | |
| **LOCATION:** | | **DATE:** | none |

## TANKS

| | | | |
|---|---|---|---|
| **FUEL TYPE:** | gasoline and diesel | **TANKS:** | 2 |
| **CAPACITY:** | 328 gallons gasoline, 30 gallons diesel | **LOCATION:** | below cockpit sole, aft bilge |
| **SHAPE:** | rectangular and to hull | **MATERIAL:** | aluminum |
| **CONDITION:** | appears good | **SECURED:** | good |
| **BONDED:** | yes | **FILLS:** | flex and chrome |
| **VALVES:** | approved type | **LOCATION:** | by filters |
| **ACCESS:** | good | **LINES:** | flex and copper |
| **OVERFLOW RUNS:** | overboard | **VENTS:** | good |
| **OTHER INFLAMES.:** | none | | |
| **WATER TANKS #:** | one | **CAPACITY:** | 30 gallons |
| **LOCATION:** | 30 | **MATERIAL:** | aluminum |
| **SHAPE:** | rectangular and to hull | **CONDITION:** | good where visible |

## US GOVERNMENT REQUIREMENTS

**VESSEL COMPLIANCE:**              No

This is two part report and shall not be complete without remarks and recommendations.
The above vessel shall be deemed a good fire and marine risk when all paragraphs
marked with a bullet, in the remarks section of this report, have been completed.

"SLOW UR ROLL II"  file no.:15256B  page 4

# PAUL R. ANSTEY, INC.
## MARINE SURVEYOR
## YACHT DESIGNER AND CONSULTANT

4959 NW 6th Street
Coconut Creek, FL 33063
(954) 270 1949

## REPORT OF SURVEY
### Remarks and recommendations

### "SLOW UR ROLL II"

file no.:15256B  date. 5/8/2024

The survey report was conducted subject to the following conditions:   That it is agreed and understood that neither this corporation nor any of its directors or employees is to be held responsible in any circumstances whatsoever and in any way for any error in judgment, negligence, or default, nor for any omission, misrepresentation, misstatement or inaccuracy in the report.   The request for the survey shall be construed to be an acceptance of the above conditions.

This survey is conducted in all accessible areas, without making removals to expose parts concealed.   The surveyor uses standards laid down by the ABYC, US Coast Guard and NFPA to ascertain if the vessel was constructed and has been maintained to those specifications.

The "SLOW UR ROLL II" was surveyed afloat at Harbortown Marina, Dania Beach, FL on Wednesday, May 8th, 2024.

The vessel has recently received a major custom refit including new custom vinyl wrap, updated navigation electronics and custom Sea Keeper Gyro stabilization system.   All work appears to be of a good yacht quality finish.   The vessel appears very well maintained and updated an upgraded on a regular basis.

A trial run was neither requested nor conducted, therefore, no equipment was tested.   There was no indication that any equipment was in other than good working order.

"SLOW UR ROLL II" file no.:15256B page 5

## INTERIOR

Inspection of the vessel was made to all accessible areas. There are inaccessible areas behind ceilings, soles, linings, engines, tanks, batteries, etc.. All appeared to be in good condition with the following exceptions, findings and recommendations:
The fiberglass bonding of the bulkheads, partitions and engine beds was inspected, where accessible. All appeared to be in good condition with no signs of movement or delamination.

The electrical wiring system appeared to be in good condition and to be in accordance with marine specifications.

The batteries are properly secured in trays with terminal covers.

The seacocks appear to be in generally good condition. They should be cleaned and serviced. Seacocks and flex sections should be inspected at regular intervals.

The bilge pumps appeared to be in working order. They are adequate in number for a vessel of this size.

The fuel and water tanks were not full at the time of the survey; therefore, the surveyor was not able to prove them leak free.

The engines and generator were inspected, where accessible, externally. All was found to be in good condition with no obvious signs of fuel, oil, or water leaks.

- This vessel should be fitted with a Carbon Monoxide detector. Carbon monoxide is a deadly gas produced by gasoline internal combustion engines. The unit should be maintained in accordance with the manufacturer's recommendations.

- The fire extinguisher should be serviced and recertified. This should be repeated on an annual basis.

- The appropriate number of USCG approved fire extinguishers should be mounted and installed throughout the vessel according to ABYC recommendations. They should be serviced on an annual basis.

The steering gear was inspected. All appeared to be in good condition and to be in working order.

"SLOW UR ROLL II"                    file no.:15256B                              page 6

## DECKS AND SUPERSTRUCTURE

The decks and superstructure were inspected.   All appeared to be in good condition with the following exceptions, findings and recommendations.

The decks and superstructure were inspected visually.   No deterioration was discovered.

- A lifering should be carried, adjacent to the helmsman.

Before offshore sailing a light and retrieval line should be attached to the lifering.

An up to date set of flares was noted aboard.

The pulpit and liferails were inspected.   They all appeared to be in good condition and to be well secured to the deck.

The lifejackets were found to be in serviceable condition.   They are adequate in number for a vessel of this size.   One jacket, of the proper size, should always be carried for each person aboard.

The anchor was found to be in serviceable condition.   It is adequate in size for the vessel.

- An additional anchor and rode, of similar or large size, should be carried aboard.

## TOPSIDES AND BOTTOM

The topsides and bottom were inspected from the dock only.   All appeared to be in good condition with the following exceptions, findings and recommendations:

The topsides were inspected.   They appear to be in good condition.   No deterioration was observed.

"SLOW UR ROLL II"  file no.:15256B  page 7

This vessel was inspected afloat without making removals to expose parts concealed.   It is the opinion of the surveyor that the vessel is structurally sound and in satisfactory condition for intended service as a yacht.

This survey is based on the facts presented and discovered, based on opinion, with no warranty either specified or implied.

Signed without prejudice,

Attending surveyor: Ben Dodarell
NAMS: Surveyor Associate.

Signed without prejudice:

PAUL R. ANSTEY INC.:
For The Corporation

"SLOW UR ROLL II"                    file no.:15256B                              page 8





"SLOW UR ROLL II"                    file no.:15256B                              page 9





"SLOW UR ROLL II"          file no.:15256B                    page  10





"SLOW UR ROLL II"               file no.:15256B                    page 11





"SLOW UR ROLL II"                    file no.:15256B                              page 12





## NATIONAL LIQUIDATORS
• A DIVISION OF NATIONAL YACHT SALES •

### EXCLUSIVE SALES AGENT AGREEMENT - COURT-ORDERED SALE

This agreement is to engage National Liquidators (NL) to be the court ordered broker to promote the US Marshals Sale of the vessel:

**2008 Everglades 35**

**HIN: RJDE0005I708**

US Marshal Sales are traditionally advertised in legal publications which are not usually viewed by potential yacht buyers. The process tends to be confusing and intimidating to potential buyers. This sales plan will enhance promotion to our extensive database, and advertise your vessel in yachting publications, websites, and social media formats. We have experienced great success in the past in promoting US Marshals Sales, educating potential bidders, facilitating showings, and improving the overall likelihood of attracting more qualified buyers at the sale.

National Liquidators (NL) will be undertaking a significant effort in promoting this event. These efforts will include:

- Premier placement on VesselArrest.com/YachtAuctions.com and numerous related websites which allow posting of 'auctions', reaching vast international visitors each month. This includes all of the sites covered by Boats Group (Yacht World)
- Vessel-specific marketing pamphlet(s), in electronic and hard copy formats, for distribution to interested parties.  The pamphlets will be a compilation of the vessel's technical specifications, class certifications, recent marine survey, photographs, pertinent court order(s), and bid instructions.
- Making the vessel available through our licensed brokerage team – National's sales staff will market the vessel to its network of potential buyers (located in both the United States and abroad).
- Print and digital ads in some of the largest Media Formats ie. Wall Street Journal and Financial Times
- Extensive experience in US Marshal Sales, instructing potential buyers on terms and conditions of the courthouse sale and facilitating showing as the custodian.

NL will charge a reduced commission rate of 8 % of the gross sales price for this service. This agreement and approval for this commission will be filed with the court for approval as an administrative expense. The commission structure allows us to work with outside brokers in the event of a co-brokerage relationship occurs.

Case 0:26-cv-60289-WPD   Document 86-1   Entered on FLSD Docket 06/26/2026   Page 2 of 3



# NATIONAL LIQUIDATORS

◦ A DIVISION OF NATIONAL YACHT SALES ◦

It is understood that this 8 % commission will be paid only if there is a successful buyer at or before the US Marshal Sale to a third party, other than the plaintiff.    Should the plaintiff credit bid the yacht at the sale, no monies are owed.

The terms as outlined above are hereby agreed to and entered into:

*Frank Kups*
_____
**Frank Kups, National Liquidators**

6/26/26
_____
Date

_____   Trina Sessoms, VP Seacoast Bank

**Plaintiff**

06/26/2026
_____
Date

**Name / Title / Company**



# NATIONAL LIQUIDATORS

A DIVISION OF NATIONAL YACHT SALES

## International Associations & Affiliations

- Canadian Maritime Law Association
- The Institute of Chartered Shipbrokers
- International Bar Association
- Lloyds Maritime Academy
- Marine Industries Association
- Marine Money
- Maritime Law Association (USA)
- Maritime London
- National Marine Bankers Association
- National Marine Manufacturers Association
- New York Maritime Inc (NYMAR)
- Propeller Club
- Southeastern Admiralty Law Institute (SEALI)
- Lake Erie Marine Trades Association
- Port Everglades Association
- Fort Lauderdale Mariner's Club
- International Yacht Brokers Association

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seacoast National Bank | 26-cv-60289 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V Slow Ur Roll II, and Starboard Yacht Group | Notice & Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ft. Lauderdale Federal Courthouse MV SLOW Ur Roll II

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
299 E. Broward Blvd. Ft. Laud FL

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case: I |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Sale of MV Slow Ur Roll II. 06/26/2026 at 12:00pm in Ft. Lauderdale FL, Federal Courthouse

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | | 06/25/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 6.26.26 | 12:45 | ☐ am  ☑ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| | ＃3586 | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65. | 0.00 | / | 65 | | |

REMARKS

Vessel sold for $150,000.00 on behalf of William Wilson. Wilson provided a certified check for $25,000.00 to the USMS.