UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

      Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

      Defendants.

_____/

**<u>ORDER</u>**

This Cause is before the Court on the (I) Objection of Charles Jacob Stratmann's

("Stratmann") *Pro Se* Claimant and Party-in-Interest, to Confirmation of Judicial Sale and Request

for Evidentiary Hearing [DE 92], filed herein on June 30, 2026, (II) Claimant's Protest of Judicial

Sale and Motion to Set Aside or Defer Confirmation of the June 26, 2026 Auction of M/V Slow

Ur Roll II [DE 97], filed herein on July 6, 2026, and (III) Stratmann's Motion for Disclosure of

Bidder Identities and Auction Records, and for Order Preserving Such Records Pending Appellate

Review [DE 96], filed herein on July 6, 2026.

The Court has carefully reviewed the Objection [DE 92], the Motions [DEs 96, 97],

Plaintiff's Response [DE 98], Stratmann's Reply [DE 104] and supporting affidavits [DEs 103,

105], and the record as a whole, and is otherwise fully advised in the premises.

The Court agrees with Plaintiff that the objections and motions are procedurally improper and/or lacking in merit. Accordingly, for the reasons stated in Plaintiff's Response [DE 98], the Motions [DEs 96, 97] are **DENIED**; the Objection [DE 92] is **OVERRULED**. The request for an evidentiary hearing is **DENIED**.

To the extent Plaintiff seeks confirmation of the judicial sale, Plaintiff shall file a motion for confirmation of judicial sale in the record, along with a proposed order emailed to Chambers.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record

Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301