**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708
Together with all masts, boilers, cables, engines, machinery,
etc., *in rem*, and **STARBOARD YACHT GROUP LLC,** a
Florida limited liability company,  *in personam*,

      Defendants.

_____/

**MOTION FOR CONFIRMATION OF SALE**

Plaintiff, by and through its undersigned attorney certifies the following:

(1)    *Date of Sale*. In accordance with the Court's Default Final Judgment Against Defendants M/Y Slow Ur Roll II and Starboard Yacht Group LLC [DE 70], ordering the sale of the Defendant vessel, Plaintiff represents that the sale of M/Y Slow Ur Roll II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, together with all masts, boilers, cables, engines, machinery, etc., was conducted by the U.S. Marshal on June 26, 2026. William Wilson was the winning bidder for a bid of $160,000.00. [DE 87.]

(2)    *Last Day for Filing Objections*. Pursuant to Local Admiralty Rule E(17)(g)(i), the last day for filing objections to the sale was July 6, 2026.

(3)    *Survey of Court Records*. Plaintiff has surveyed the docket and records of this case, and has confirmed that as of July 14, 2026, there were no objections to the sale on

1

87611900;1

file with the Clerk of Court which have not already been overruled by the Court. [DE 107.]

THEREFORE, in light of the facts presented above and pursuant to Local Admiralty Rule E(17)(f), Plaintiff requests the Clerk of the Court to enter a Confirmation of Sale and to transmit the confirmation to the Marshal for processing.

Dated:  July 14, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail and email to those listed below.

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004

*/s/   Amanda Klopp*
Amanda Klopp, Esq.

2

87611900;1