**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.

**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708 Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC,** a Florida limited liability company, *in personam*,

      Defendants.

_____/

## CLERK'S CONFIRMATION OF SALE

The records in this action indicate that no objection has been filed to the sale of property conducted by the United States Marshal on June 26, 2026, other than the objection already overruled by the Court [DE 107].

THEREFORE, upon the request of Plaintiff's counsel and in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of the date of this filing.

DONE at Fort Lauderdale, Florida, this _____ day of _____, 2026.

CLERK

By: _____
      Deputy Clerk

cc:    United States Marshal
       Counsel of record

73450110;1