**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**
**CASE NO.: 0:26-cv-60289-WPD**

**SEACOAST NATIONAL BANK**,

      Plaintiff,

vs.


**M/Y SLOW UR ROLL II,** a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708
Together with all masts, boilers, cables, engines, machinery,
etc., *in rem*, and **STARBOARD YACHT GROUP LLC,** a
Florida limited liability company, *in personam*,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF SEACOAST NATIONAL BANK'S**
**<u>MOTION FOR CONFIRMATION OF SALE</u>**

THIS CAUSE is before the Court on Plaintiff Seacoast National Bank's Motion for
Confirmation of Sale, filed July 14, 2026. [DE 108.] The Court has carefully considered the Motion
[DE 108], notes the records in this action indicate that no objection has been filed to the sale of
property conducted by the United States Marshal on June 26, 2026, other than the objection already
overruled [DE 107], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion [DE 108] is **GRANTED**;

2.      The Court hereby **DIRECTS THE CLERK** to enter the Clerk's Confirmation of
Sale, *see* [DE 108-1] and to transmit the confirmation to the Marshal for processing.

3.      The Clerk shall **MAIL** a copy of this Order to Starboard Yacht Group LLC and
National Liquidators at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

_____, 2026.


_____
WILLIAM P. DIMITROULEAS
United States District Judge


Copies to:

Counsel of Record

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

National Liquidators
800 Old Griffin Rd
Dania Beach, FL 33004