**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

**CLERK'S CONFIRMATION OF SALE**

CASE NO.  **26-CIV-60289-WPD**

Seacoast National Bank

       Plaintiff(s),

v.

M/Y Slow UR Roll, II et al.

       Defendant(s).

_____/

The records in this action indicate that no objection has been filed to the sale of property conducted by the U.S. Marshal on _____**June 26, 2026**_____.

THEREFORE, in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of _____**June 26, 2026**_____.

DONE at ___West Palm Beach___, Florida, this the __**15th**__, day of _____**July**_____, 26.

ANGELA E. NOBLE
Clerk of Court

By: _**Lisa J. Streets**_____
         Deputy Clerk

cc:    U.S. Marshal (2 certified copies)
       Counsel of record

Print    Reset