**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

     Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

     Defendants.

_____/

## PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES AND COSTS

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff"), by and through undersigned counsel, hereby requests an extension of time to move for an award of attorneys' fees and non-taxable expenses and costs. In support thereof, Plaintiff states as follows:

1.     On May 21, 2026, this Court entered final judgment in favor of Plaintiff and against Defendants M/V SLOW UR ROLL II ("Vessel") and STARBOARD YACHT GROUP LLC ("Borrower") on the Complaint for *in rem* and *in personam* relief, respectively, and ordered the sale of the Vessel [DE 70] ("Judgment").

2.     In the Judgment, the Court ordered that Plaintiff be awarded costs, expenses and attorneys' fees, herein to be taxed. The Court reserved jurisdiction to determine the amount of attorneys' fees and costs due to Plaintiff.  *See* Judgment ¶ 7.

87656817;1

3.    The deadline to file a motion for an award of attorneys' fees and non-taxable expenses and costs arising from entry of a final judgment is sixty (60) days following entry of the final judgment pursuant to Rule 7.3(a) of the Local Rules for the Southern District of Florida, or by July 20, 2026.

4.    Plaintiff was previously granted an extension of time, through and including 14 days after confirmation of the sale of the Vessel, to request taxable costs and expenses. [DE 80.]

5.    As of the date of this Motion, the US Marshal has not yet provided a final accounting of all fees and commissions resulting from the sale of the Vessel, which are taxable costs.

6.    Therefore, Plaintiff seeks a corresponding extension of time to move for an award of attorneys' fees and non-taxable costs and expenses through and including fourteen (14) days after confirmation of the sale of the Vessel. Plaintiff believes that all final costs of sale will be accounted for by such date.  And, aligning the deadlines for submission of all taxable and non-taxable costs will permit Plaintiff to present all requested costs and expenses in a single, comprehensive filing.

7.    Good cause exists for the requested extension because a single post-sale confirmation motion encompassing all attorneys' fees, taxable costs, and non-taxable expenses incurred in this action will promote judicial economy and provide the Court with a complete record on the amounts to be awarded. Requiring Plaintiff to file separate motions would risk duplicative submissions and inefficient adjudication of overlapping issues.

8.    This extension is sought not for the purpose of delay.  Plaintiff does not believe any party will be prejudiced by the filing of this Motion.

87656817;1

**WHEREFORE**, Plaintiff, SEACOAST NATIONAL BANK respectfully requests that the Court extend the time for Plaintiff to seek an award of attorneys' fees and non-taxable expenses and costs through and including 14 days after the confirmation of the sale of the Vessel, and for all other relief that is just and proper.

### Local Rule 7.1(a)(3) Certification

Counsel for the movant has been unable to confer with parties who may be affected by the relief sought in the motion due to the Defendants' defaults.

Dated: July 20, 2026                                          Respectfully submitted,

/s/ Amanda Klopp
Amanda Klopp, Esq.
Florida Bar Number:  124156
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
amanda.klopp@akerman.com
jenna.yoss@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Phone:  (561) 653-5000
Fax:  (561) 659-6313
*Attorneys for Seacoast Bank*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served via U.S. mail on the below service list and by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ Amanda Klopp
Amanda Klopp, Esq.

3

87656817;1

## SERVICE LIST

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301
*Defendant*

87656817;1