**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

     Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES AND COSTS**

THIS CAUSE is before the Court on *Plaintiff's Motion to Extend Time to Move for an Award of Attorneys' Fees and Non-Taxable Expenses and Costs*, filed on July 17, 2026 (DE 114) (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE 114) is **GRANTED**.

2. The Court hereby extends the time for Plaintiff to seek an award of attorneys' fees and non-taxable expenses and costs through 14 days after the confirmation of the sale of the Defendant vessel.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this ___ day of _____, 2026.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record