UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

### ORDER DENYING CHARLES JACOB STRATMANN'S EMERGENCY MOTIONS

This cause is before the Court on Charles Jacob Stratmann's Emergency Motion to [DE 110], filed herein on July 16, 2026, and the Emergency Motion to Vacate Clerk's Confirmation of Sale [DE 111], filed herein on July 16, 2026, the Emergency Supplemental Motion to Vacate Clerk's Confirmation of Sale [DE 115], filed July 20, 2026, and the Emergency Motion for Temporary Restraining Order [DE 117], filed herein on July 21, 2026. The Court has reviewed the Emergency Motions and is otherwise fully advised in the premises.

In his Emergency Motions [DEs 110, 111, 115, 117], Stratmann once again seeks the cancellation of the judicial sale of the M/V Slow Ur Roll, II, which occurred on June 26, 2026. [DE 87] and was confirmed by the Clerk of Court on July 15, 2026 [DE 109]. Stratmann further seeks the stay of all proceedings related to the execution of the sale, the entry of a protective order prohibiting transfer of the vessel, the entry of a temporary restraining order, among other equitable relief.

The Court's July 14, 2026 Order already denied Stratmann's objections to the judicial sale for procedural reasons and/or on the merits. *See* [DE 107].  To the extent Stratmann now presents additional arguments, the Court likewise finds them lacking in merit.

Accordingly, it is **ORDERED AND ADJUDGED** that the Emergency Motions [DEs 110, 111, 115, 117] are **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301