UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

     Defendants.

_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

This Cause is before the Court on Plaintiff's Motion To Extend Time To Move For An Award Of Attorneys' Fees And Non-Taxable Expenses And Costs [DE 114] filed herein on July 20, 2026. Therein, Paintiff seeks an extension of time to move for an award of attorneys' fees and non-taxable costs and expenses through and including fourteen (14) days after confirmation of the sale of the Vessel. The Court has reviewed the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 114] is **GRANTED**. Plaintiff may seek an award of attorneys' fees and non-taxable expenses and costs through and including 14 days after the confirmation of the sale of the Vessel.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record