**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK**,

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.

_______________________________________/

# MEMORANDUM TO SUPPORT AWARD OF TAXABLE COSTS AND EXPENSES

Plaintiff, SEACOAST NATIONAL BANK ("Plaintiff') by and through its undersigned counsel hereby requests the Clerk enter the Bill of Costs in relation to the judgment entered on May 21, 2026 against Defendant STARBOARD YACHT GROUP LLC, and in support states as follows:

1. Fees of the Clerk are taxable costs. *See* 28 U.S.C. § 1920(1). A receipt for the filing fee of $405.00 is attached as **Exhibit A** hereto.

2. Fees of the U.S. Marshal are taxable costs. *See* 28 U.S.C. § 1920 (1). Plaintiff paid the U.S. Marshal deposits totaling $3,500, to pay the following fees, which are taxable:

| | |
|---|---|
| Mileage for Arrest of Vessel: | $8.70 |
| Service Fees for Arrest of Vessel: | $325.00 |
| Publication of Vessel Sale in Miami New Times | $138.60 |
| Fees for Bill of Sale of Vessel | $20.00 |
| Commission on Sale of Vessel under 28 U.S.C. § 1921(c)(1) | $2,415.00 |
| **TOTAL** (the "US Marshal Expenses") | $2,907.30 |

The invoice for the publication of the sale is attached as **Exhibit B** hereto. A copy of the USMS Civil Process Worksheet provided by the U.S. Marshal to reflect the anticipated refund of the remaining deposit is attached as **Exhibit C** hereto.

3. Plaintiff also incurred costs of $110.00 to serve process on Defendant Starboard Yacht Group, Inc., which are taxable.[1] A copy of the service of process invoices are attached as **Exhibit D** hereto.

4. Plaintiff also incurred *custodia legis* expenses which are due to be taxed under Local Admiralty Rule E(14) ("If costs are awarded to any party, then all reasonable expenses paid by the prevailing party incidental to, or arising from the arrest or attachment of any vessel, property and/or cargo shall be taxed as costs in the case.")

5. In addition to those awarded under the Default Judgment [DE 70], National Liquidators, the Substitute Custodian appointed by the Court [DE 23] incurred custodia legis expenses of $3,567.50, inclusive of: $3,027.50 in storage fees and $540.00 in insurance fees (collectively, "Custodia Legis Expenses".[2] *See* National Liquidators invoices attached as **Composite Exhibit E**. Expenses incurred in *custodia legis* are properly awarded in an arrest action, as they take priority over any other claims against the Vessel proceeds. *See The Poznan*,

[1] Two separate service of process fees were charged because Defendant's Registered agent was changed after the commencement of the case.

[2] Additional custodia legis expenses were included in the judgment.

274 U.S. 117, 121, 47 S. Ct. 482, 71 L. Ed. 955 (1927) ("expenses which have contributed either to the preservation or creation of the fund in its custody shall be paid before a general distribution among those entitled to receive it"); 1 Admiralty & Mar. Law § 9:6 (6th ed.). *See also Seacoast Nat'l Bank v. M/Y VIAGGIO*, 22-CV-62311, 2023 WL 6930685, at *7 (S.D. Fla. Oct. 2, 2023), *report and recommendation adopted,* 22-CV-62311-RAR, 2023 WL 6908985 (S.D. Fla. Oct. 19, 2023); *M&M Private Lending Group, LLC v. M/Y Ciao Bella,* 19-CV-62350, 2020 WL 5499102, at *2 (S.D. Fla. Sept. 3, 2020), *report and recommendation adopted,* 19-62350-CIV, 2020 WL 5500734 (S.D. Fla. Sept. 11, 2020).

6. Therefore, the Plaintiff requests that the Clerk enter the Bill of Costs taxing the $405.00 filing fee of the Clerk, $2,907.30 of U.S. Marshal Expenses, $110.00 in process server fees, and $3,567.50 of Custodia Legis Expenses.

**WHEREFORE**, Plaintiff respectfully requests the Clerk to enter the Bill of Costs awarding taxable costs reflected therein against Defendant STARBOARD YACHT GROUP LLC, and for such other relief as is just and proper.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

/s/ *Amanda Klopp*
Amanda Klopp, Esq.

---

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, February 2, 2026 1:38 PM
**To:** Klopp, Amanda (Ptnr-WPB)
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

[External to Akerman]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6216812
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AFLSDC-19177243
Approval Code: 029523
Card Number: ************1404
Date/Time: 02/02/2026 01:37:42 ET

NOTE: This is an automated message. Please do not reply

EXHIBIT
A

Client:

U.S. Marshals Service - Miami

| | | | |
|---|---|---|---|
| Account # | 161167 | Ad # | 1271628 |
| Phone: | (786) 988-6503 | | |
| Fax: | | | |
| Address: | 400 North Miami Avenue 6 F | | |
| | Miami, FL 33128 | | |

Sales Rep.:

MRF7 Joel Valez-Stokes

| | | | |
|---|---|---|---|
| Phone: | (954) 342-7681 | | |
| Fax: | (954) 233-1521 | | |
| Email: | Joel.Valez-Stokes@BrowardPalmBeach.com | | |
| Entry date: | 05/27/2026 | 02:54 PM | |
| Class.: | 0527 Legal Notices | | |

Requested By:

| | |
|---|---|
| Start Date: | 06/04/2026 |
| End Date: | 06/11/2026 |
| Nb. of Inserts: | 2 |
| Dimensions: | 1 col. x 99.00 Measured Line |
| Publications: | Miami New Times |
| Total Price: | $138.60 |
| Paid Amount: | $0.00 |
| Balance: | $138.60 |

Page 1 of 1

**NOTICE OF UNITED STATES MARSHAL'S SALE**

United States Department of Justice
United States Marshals Service
Southern District of Florida
Case No. 0:26-cv-60289-WPD
Seacoast National Bank v. M/V SLOW UR ROLL II, et al.

By virtue of a Default Judgment Against M/V Slow Ur Roll II and Starboard Yacht Group LLC ("Judgment") dated May 21, 2026 (ECF 70) issued by the United States District Court for the Southern District of Florida, directing the US Marshal to sell the vessel M/V SLOW UR ROLL II and allow Plaintiff to credit bid its judgment, notice is hereby given that I will sell by public auction to the highest bidder on June 26, 2026 at 12:00 p.m., at the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, outside of the main lobby on the first floor on the U.S. Courthouse steps, the following property:

**M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, along with her all masts, boilers, cables, engines, machinery, etc.**

The successful bidder shall be required to pay a deposit of 10% of the bid at the time and place of the sale and shall pay the remaining 90% within seven (7) days thereafter. All payments shall be in the form of cash, certified check or cashier's check. Failure to pay the balance in accordance with the terms of sale will result in the forfeiture of the monies deposited and the property will be re-offered for sale. The vessel shall be sold AS IS, WHERE IS, free and clear of all liens and encumbrances, and pre-existing claims on the property, whether recorded or otherwise. The sale and post-sale process shall comply with all laws of the U.S., including the citizenship requirements of Section 2 of the Shipping Act of 1916 as amended, and Local Admiralty Rule E(17). The sale is subject to confirmation by the Court.

Plaintiff SEACOAST NATIONAL BANK is entitled to credit bid using its judgment or any part thereof in lieu of any payment, and shall not be required to tender a certified check or other payment, either as a deposit at the time of the sale or as a balance of the purchase price.

Judgment amount: $168,773.21, plus post judgment interest at the statutory rate (exclusive of costs and attorneys' fees).
Interested individuals may contact the Court appointed substitute custodian to obtain more information about the vessel and arrange for a vessel inspection prior to the sale. The substitute custodian's contact information is: National Liquidators, (954) 990-1078

Prepared by Amanda Klopp, Esq.

Anthony Rivera, Supervisor
United States Marshal
Southern District of Florida

**EXHIBIT**

**B**

US MARSHALS MIAM

STATE OF FLORIDA
COUNTY OF MIAMI-DADE
COUNTY OF BROWARD
COUNTY OF PALM BEACH

Before the undersigned authority personally appeared Moses Betancourt who on oath says that he is Credit Manager at Miami New Times published in Miami-Dade, Broward and Palm Beach Counties, Florida; that the attached copy of the advertisements being a Notice of United States Marshal's Sale United States Marshals Service Southern District of Florida Case No. 0:26-cv-60289-WPD was published in said newspaper on the issue(s) of June 4th and 11th , 2026.

(See Attatched tearsheets)

Affiant further says that Miami New Times and New Times Broward are newspapers in South Florida in Miami-Dade, Palm Beach and Broward counties, Florida and that both newspapers have heretofore been continuously published in Miami-Dade and Broward Counties, Florida,each week and have been entered as second class mail matter at the post office in Miami and Fort Lauderdale in Miami-Dade and Broward, Florida, for a period of one year next preceding the first publication of the attached copy of the advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for the publication in the said newspaper. Affiant further says that the website or newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes.

Moses Betancourt

Sworn to and subscribed before me this 28th day of July, 2026.

Notary Public

(Seal)

NOTARY PUBLIC STATE OF FLORIDA
JEFFREY STEWART
Commission # HH 290295
Expires September 1, 2026

**NOTICE OF UNITED STATES MARSHAL'S SALE**

United States Department of Justice
United States Marshals Service
Southern District of Florida
Case No. 0:26-cv-60289-WPD
Seacoast National Bank v. M/V SLOW UR ROLL II, et al.

By virtue of a Default Judgment Against M/V Slow Ur Roll II and Starboard Yacht Group LLC ("Judgment") dated May 21, 2026 (ECF 70) issued by the United States District Court for the Southern District of Florida, directing the US Marshal to sell the vessel M/V SLOW UR ROLL II and allow Plaintiff to credit bid its judgment, notice is hereby given that I will sell by public auction to the highest bidder on June 26, 2026 at 12:00 p.m., at the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale. Florida, 33301, outside of the main lobby on the first floor on the U.S. Courthouse steps, the following property:

**M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, along with her all masts, boilers, cables, engines, machinery, etc.**

The successful bidder shall be required to pay a deposit of 10% of the bid at the time and place of the sale and shall pay the remaining 90% within seven (7) days thereafter. All payments shall be in the form of cash, certified check or cashier's check. Failure to pay the balance in accordance with the terms of sale will result in the forfeiture of the monies deposited and the property will be re-offered for sale. The vessel shall be sold AS IS, WHERE IS, free and clear of all liens and encumbrances, and pre-existing claims on the property, whether recorded or otherwise. The sale and post-sale process shall comply with all laws of the U.S., including the citizenship requirements of Section 2 of the Shipping Act of 1916 as amended, and Local Admiralty Rule E(17). The sale is subject to confirmation by the Court.

Plaintiff SEACOAST NATIONAL BANK is entitled to credit bid using its judgment or any part thereof in lieu of any payment, and shall not be required to tender a certified check or other payment, either as a deposit at the time of the sale or as a balance of the purchase price.

Judgment amount: $168,773.21, plus post judgment interest at the statutory rate (exclusive of costs and attorneys' fees).
Interested individuals may contact the Court appointed substitute custodian to obtain more information about the vessel and arrange for a vessel inspection prior to the sale. The substitute custodian's contact information is: National Liquidators, (954) 990-1078

Prepared by Amanda Klopp, Esq.

Anthony Rivera, Supervisor
United States Marshal
Southern District of Florida

# Process Service Worksheet

**Date:** **July 1, 2026**

**Plantiff:** **Seacoast National Bank**

**vs**

**Defendant:** **M/Y SLOW UR ROLL II**

**Case#** **26-CV-60289**

***WARRANT***

*The Attorney General has establisehd regulations at 28 C.F.R. ss0.114 setting forth the applicable U.S. marshals fees. These fees are as follows:*

| | |
|---|---|
| Original deposit: | $3,500.00 |
| Additional deposits (+): | $160,000.00 |
| Willis Ins: | |
| Mileage: | 8.70 |
| Service Fees: | 325.00 |
| Miami New Times | 138.60 |
| Bill of Sale: | 20.00 |
| Commision: | 2,415.00 |
| **TOTAL BALANCE:** | **$160,592.70** |

*****Please refund in the amount of:*** **$160,592.70**

Thank you,

Mariela Florez
U.S. Marshals Service
Southern District of Florida
(786) 988-6496

**EXHIBIT C**

Gleason Investigations
250 Palm Coast Parkway NE
Suite #607-194
Palm Coast, FL 32137
Phone: (386) 387-0595

# INVOICE

Invoice #GIA-2026001696
3/24/2026

Akerman LLP
401 East Jackson Street
Suite 1700
Tampa, FL 33602

**Case Number: CIVIL ACTION NO. 0:26-CV-60289-WPD**

Plaintiff:
**SEACOAST NATIONAL BANK**

Defendant:
**M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines,machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,**

Received: 2/13/2026 Served: 3/4/2026 4:23 pm LIMITED LIABILITY COMPANY
To be served on: STARBOARD YACHT GROUP LLC C/O REGISTERED AGENT MATTHEW J. VALCOURT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |

**BALANCE DUE:** **$55.00**

**EXHIBIT D**

Please enclose a copy of this invoice with your payment.
Invoices are payable upon receipt.
THANK YOU FOR YOUR BUSINESS!

***Now Accepting Online Payments***
https://gleasoninvestigations.com/pay-an-invoice

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Gleason Investigations
250 Palm Coast Parkway NE
Suite #607-194
Palm Coast, FL 32137
Phone: (386) 387-0595

# INVOICE

Invoice #GIA-2026002721
3/24/2026

Akerman LLP
401 East Jackson Street
Suite 1700
Tampa, FL 33602

**Case Number: CIVIL ACTION NO. 0:26-CV-60289-WPD**

Plaintiff:
**SEACOAST NATIONAL BANK**

Defendant:
**M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE005I708 together with all masts, boilers, cables, engines,machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,**

Received: 3/12/2026 Served: 3/17/2026 11:30 am LIMITED LIABILITY COMPANY
To be served on: STARBOARD YACHT GROUP LLC C/O REGISTERED AGENT CHARLES JACOB STRATMANN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| **BALANCE DUE:** | | | **$55.00** |

Please enclose a copy of this invoice with your payment.
Invoices are payable upon receipt.
THANK YOU FOR YOUR BUSINESS!

***Now Accepting Online Payments***
https://gleasoninvestigations.com/pay-an-invoice

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

5401 N Marginal Rd
Cleveland, OH 44114-3925 US
(216) 391-1900
accounting@natliq.com

NATIONAL LIQUIDATORS
A DIVISION OF NATIONAL YACHT SALES

# INVOICE

| BILL TO | | INVOICE | 2105097217 |
|---|---|---|---|
| Seacoast National Bank | | DATE | 07/01/2026 |
| 50 SE Kindred St., Suite 203 | | TERMS | Due on receipt |
| Stuart, FL 34994 | | | |

| HIN # | DEBTOR | STOCK # / VESSEL DESCRIPTION |
|---|---|---|
| RJDE0005I708 | Starboard Yacht Group LLC | 41475 / 2008 Everglades 35 |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Storage - FL | Daily Storage 35' (1.25 ft/day) | 10 | 43.25 | 432.50 |
| | Insurance | Monthly Insurance (value 120000 x .0015) | 1 | 180.00 | 180.00 |

Contact G Robert Toney and Associates Inc. DBA National Liquidators to pay.

BALANCE DUE **$612.50**

**EXHIBIT E**

5401 N Marginal Rd
Cleveland, OH 44114-3925 US
(216) 391-1900
accounting@natliq.com

NATIONAL LIQUIDATORS
A DIVISION OF NATIONAL YACHT SALES

# INVOICE

BILL TO
Seacoast National Bank
50 SE Kindred St., Suite 203
Stuart, FL 34994

INVOICE 2105097097
DATE 06/01/2026
TERMS Due on receipt

HIN # RJDE0005I708

DEBTOR Starboard Yacht Group LLC

STOCK # / VESSEL DESCRIPTION 41475 / 2008 Everglades 35

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Storage - FL | Daily Storage 35' (1.25 ft/day) | 30 | 43.25 | 1,297.50 |
| | Insurance | Monthly Insurance (value 120000 x .0015) | 1 | 180.00 | 180.00 |

Contact G Robert Toney and Associates Inc. DBA National Liquidators to pay.

BALANCE DUE **$1,477.50**

5401 N Marginal Rd
Cleveland, OH 44114-3925 US
(216) 391-1900
accounting@natliq.com

NATIONAL LIQUIDATORS
A DIVISION OF NATIONAL YACHT SALES

# INVOICE

BILL TO
Seacoast National Bank
50 SE Kindred St., Suite 203
Stuart, FL 34994

| | |
|---|---|
| INVOICE | 2105096976 |
| DATE | 05/01/2026 |
| TERMS | Due on receipt |

| HIN # | DEBTOR | STOCK # / VESSEL DESCRIPTION |
|---|---|---|
| RJDE0005I708 | Starboard Yacht Group LLC | 41475 / 2008 Everglades 35 |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Storage - FL | Daily Storage 35' (1.25 ft/day) | 30 | 43.25 | 1,297.50 |
| | Insurance | Monthly Insurance (value 120000 x .0015) | 1 | 180.00 | 180.00 |

Contact G Robert Toney and Associates Inc. DBA National Liquidators to pay.

BALANCE DUE **$1,477.50**