UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

Plaintiff,

v.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and
STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,

Defendants.

**ORDER REFERRING MOTION**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's Application for Bill of Costs [DE 120] is hereby **REFERRED** to United States Magistrate Judge Hunt for appropriate disposition *or* report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt