# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

      Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, *in personam*,

      Defendants.

_____/

## DECLARATION OF D. BRETT MARKS, AS TO ATTORNEYS' FEES AND NON-TAXABLE COSTS

BEFORE ME, the undersigned authority, personally appeared D. Brett Marks, Esq., and being duly sworn, deposes and says on oath:

1.     I am an attorney with the law firm of Akerman LLP, counsel for Plaintiff Seacoast National Bank in this action, and I make this affidavit on the basis of my personal knowledge to support an award of attorneys' fees.

2.     I have personal knowledge of the facts contained herein and am competent to testify in this matter and am *sui juris*.

3.     I make this Affidavit in support of Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs ("Motion") in the above-styled action.

4.     The records of this Firm show that from December 15, 2025, through June 30, 2026, attorneys at this Firm have spent 136 hours, and paralegals have spent 5.9 hours, for a total attorneys'

87788414;1

fees sum of $63,457.50 in connection with the collection of indebtedness under the subject loan documents.[1]

5.    Akerman LLP performed the various services as outlined in the attached Firm's detailed time records and summaries attached hereto as **Exhibit 1.**

6.    In addition, the following additional costs have been expended by Akerman LLP on behalf of Plaintiff, as detailed in the disbursement records attached hereto as **Exhibit 2:**

| | |
|---|---|
| Publication fees | $ 236.81 |
| Recording fees | $ 120.50 |
| Abstract fees | $  75.00 |
| PACER fees | $ 103.40 |
| Westlaw fees | $  522.50 |
| **SUBTOTAL:** | **$1,058.21** |

**Pursuant to 28 U.S.C. § 1746 and under penalties of perjury, I declare that I have read the foregoing *DECLARATION OF D. BRETT MARKS, AS TO ATTORNEYS' FEES AND NON-TAXABLE COSTS* and that the facts stated in it are true.**

**Signature:** _____
**Print Name:  D. BRETT MARKS, ESQ.**

**Dated this 29th day of July _____, 2026.**

---

[1] Totals provided herein include a chargeback of $72.50 for a billing error, and adjustments of paralegals' rates to $150/hour. The total amount of attorneys' fees stated herein reflects these adjustments.

87788414;1

# Exhibit 1

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | | |
|---|---|---|
| Invoice Date: | January 21, 2026 |
| Invoice Number: | 10140236 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 15-Dec-25 | DBM | Review of client's records; memo to ████████ ████████ | 0.80 | 440.00 |
| 16-Dec-25 | A K | Conference with J. Taylor re ████████ | 0.10 | 50.00 |
| 16-Dec-25 | A K | Review loan documents and payoff | 0.30 | 150.00 |
| 17-Dec-25 | A K | Review and revise demand letter | 0.60 | 300.00 |
| 17-Dec-25 | A K | Review loan history | 0.20 | 100.00 |
| 17-Dec-25 | JMY | Analyze ████████████████ | 0.80 | 340.00 |
| 17-Dec-25 | JMY | Draft demand and acceleration letter. | 0.90 | 382.50 |
| 30-Dec-25 | JMY | Draft complaint in admiralty ████████████ ████████ | 1.30 | 552.50 |
| 30-Dec-25 | JMY | Prepare exhibits to complaint in admiralty. | 0.20 | 85.00 |
| 30-Dec-25 | A K | Email J. Taylor re ████████████████ | 0.10 | 50.00 |

**Total Services**.......................................................................................................................**$2,450.00**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | January 21, 2026 |
| Invoice Number: | 10140236 |
| Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 1.30 | 650.00 |
| DBM | D. B. Marks | 0.80 | 440.00 |
| JMY | Jenna Yoss | 3.20 | 1,360.00 |
| **Total** | | **5.30** | **$2,450.00** |

| | |
|---|---|
| Akerman LLP | |
| Client: Seacoast National Bank | |
| Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann | |

| | |
|---|---|
| Invoice Date: | February 17, 2026 |
| Invoice Number: | 10148016 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 2-Jan-26 | A K | Review correspondence from bank (.1); review and revise draft complaint (.9) | 1.00 | 500.00 |
| 5-Jan-26 | A K | Review correspondence from client and correspondence from borrower to bank; review loan history. | 0.40 | 200.00 |
| 5-Jan-26 | JMY | Work on complaint in admiralty. | 0.30 | 127.50 |
| 5-Jan-26 | JMY | Draft motion for warrant for arrest in rem. | 0.20 | 85.00 |
| 5-Jan-26 | JMY | Draft motion for appointment of substitute custodian. | 0.20 | 85.00 |
| 5-Jan-26 | JMY | Draft affidavit in support of motion to appoint substitute custodian. | 0.10 | 42.50 |
| 5-Jan-26 | JMY | Draft indemnification agreement in support of motion to appoint substitute custodian. | 0.10 | 42.50 |
| 5-Jan-26 | JMY | Draft summonses to borrower ▮▮▮▮▮ | 0.20 | 85.00 |
| 5-Jan-26 | JMY | Draft civil cover sheet. | 0.30 | 127.50 |
| 7-Jan-26 | A K | Correspondence with client re ▮▮▮▮▮▮▮▮ | 0.10 | 50.00 |
| 8-Jan-26 | JMY | Analyze ▮▮▮▮▮▮▮▮▮▮. | 0.50 | 212.50 |
| 8-Jan-26 | A K | Correspondence to F. Kups re abstract | 0.10 | 50.00 |
| 8-Jan-26 | A K | Review analysis re ▮▮▮▮▮▮ | 0.20 | 100.00 |
| 8-Jan-26 | A K | Review correspondence from borrower (.1); Revise reaffirming demand letter to document additional defaults and correspondence to client re ▮▮ (.3) | 0.40 | 200.00 |
| 9-Jan-26 | JMY | Analyze ▮▮▮▮▮▮▮. | 0.80 | 340.00 |
| 9-Jan-26 | JMY | Revise reaffirming demand letter. | 0.20 | 85.00 |
| 9-Jan-26 | JMY | Prepare loan documents to be sent to guarantor upon request. | 0.10 | 42.50 |
| 9-Jan-26 | JMY | Analyze ▮▮▮▮▮▮▮. | 0.30 | 127.50 |
| 9-Jan-26 | A K | Correspondence re payment application | 0.10 | 50.00 |
| 9-Jan-26 | A K | Review filed UCC-1s against Starboard | 0.20 | 100.00 |
| 9-Jan-26 | A K | Correspondence with client re ▮▮▮▮ | 0.10 | 50.00 |
| 9-Jan-26 | A K | Email correspondence to J. Stratmann and Starboard re: provision of loan documents, payment application, and payoff requested. | 0.20 | 100.00 |
| 9-Jan-26 | A K | Transmit demand letter to J. Stratmann/Starboard | 0.10 | 50.00 |
| 11-Jan-26 | JMY | Draft response to debt verification request from borrower. | 0.30 | 127.50 |
| 13-Jan-26 | A K | Review vessel abstratct (.1); correspondence to client re ▮▮▮▮▮▮ (.1) | 0.20 | 100.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | February 17, 2026 |
| Invoice Number: | 10148016 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 14-Jan-26 | JMY | Revise complaint to include updated amounts owed and default. | 0.30 | 127.50 |
| 14-Jan-26 | JMY | Revise civil cover sheet. | 0.10 | 42.50 |
| 14-Jan-26 | JMY | Prepare revised exhibits to complaint. | 0.10 | 42.50 |
| 14-Jan-26 | JMY | Check military status of guarantor. | 0.10 | 42.50 |
| ███████ | ███ | ████████████████████████████████████████ | | |
| 20-Jan-26 | A K | Review letters from Starboard and Stratman; prepare draft letter responding to Stratmann and Starboard correspondence; revise complaint; review litigation pending in state and federal court against Starboard including foreclosure of junior mortgage by Locality Bank | 1.90 | 950.00 |
| 21-Jan-26 | A K | Revise complaint re ███████████████; research ███████████████████; conference with client; research ██████████████████; research █████████ | 1.70 | 850.00 |
| 21-Jan-26 | JMY | Revise complaint ████████████████████████. | 0.20 | 85.00 |
| 21-Jan-26 | JMY | Prepare revised exhibits to complaint ███████████████████████. | 0.20 | 85.00 |
| 21-Jan-26 | JMY | Research ████████████████████████████████████████████████. | 0.80 | 340.00 |
| 22-Jan-26 | A K | Review ████████████████████. | 0.70 | 350.00 |
| 23-Jan-26 | A K | Review revised complaint against borrower and vessel, correspondence with client re ████; revise response to Starboard's letters, | 1.30 | 650.00 |
| 23-Jan-26 | JMY | Continue analysis of issue regarding ████████████████████████████████████████████. | 1.30 | 552.50 |
| 26-Jan-26 | A K | Correspondence with J. Taylor re ████████████████████. | 0.20 | 100.00 |

**Total Services**.................................................................................................**$7,340.00**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | | |
|---|---|---|
| Invoice Date: | February 17, 2026 |
| Invoice Number: | 10148016 |
| Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 8.90 | 4,450.00 |
| JMY | Jenna Yoss | 6.80 | 2,890.00 |
| **Total** | | **15.70** | **$7,340.00** |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | | |
|---|---|---|
| Invoice Date: | March 09, 2026 |
| Invoice Number: | 10152437 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 2-Feb-26 | JMY | Review complaint prior to filing. | 0.10 | 42.50 |
| 2-Feb-26 | JMY | Check bankruptcy status of borrower prior to filing complaint. | 0.10 | 42.50 |
| 2-Feb-26 | JMY | Draft ex parte motion to conduct discovery prior to pretrial conference. | 0.20 | 85.00 |
| 2-Feb-26 | JMY | Draft proposed order granting ex parte motion to permit discovery. | 0.10 | 42.50 |
| 4-Feb-26 | JMY | Review order requiring joint scheduling report. | 0.10 | 42.50 |
| 4-Feb-26 | JMY | Revise notice of appearance as co-counsel. | 0.10 | 42.50 |
| 5-Feb-26 | JMY | Check status of arrest of vessel in other pending creditor case. | 0.20 | 85.00 |
| 5-Feb-26 | A K | Review status of arrest of vessel by Locality Bank | 0.10 | 50.00 |
| 9-Feb-26 | A K | Conference ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 100.00 |
| 11-Feb-26 | JMY | Work on motion for issuance of warrant in rem. | 0.20 | 85.00 |
| 11-Feb-26 | JMY | Draft order directing issuance of warrant of arrest in rem. | 0.10 | 42.50 |
| 11-Feb-26 | JMY | Work on motion for appointment of substitute custodian. | 0.20 | 85.00 |
| 11-Feb-26 | JMY | Work on declaration of substitute custodian. | 0.10 | 42.50 |
| 11-Feb-26 | JMY | Draft proposed order appointing substitute custodian. | 0.20 | 85.00 |
| 11-Feb-26 | A K | Conference with client re ▮▮▮▮▮▮▮▮ | 0.20 | 100.00 |
| 11-Feb-26 | A K | Conference with client re ▮▮▮▮▮ | 0.20 | 100.00 |
| 11-Feb-26 | A K | Conference with National Liquidators re arrest of vessel | 0.10 | 50.00 |
| 11-Feb-26 | A K | Finalize motion for appointment of substitute custodian | 0.20 | 100.00 |
| 11-Feb-26 | A K | Conferences with F. Kups and A. Zuniga re vessel ; correspondence with J. Yoss | 1.00 | 500.00 |
| 12-Feb-26 | DBM | Review of Federal Court filings; review and respond to multiple e-mails re: ▮▮▮▮▮▮ meeting with A. Klopp ▮▮▮▮▮▮ | 0.70 | 385.00 |
| 12-Feb-26 | JMY | Prepare for service on borrower. | 0.20 | 85.00 |
| 12-Feb-26 | NJG | Prepare summons and verified complaint package for transmittal to process server. | 0.10 | 45.50 |
| 12-Feb-26 | NJG | Communications with process server to transmit summons and verified complaint for service with instruction. | 0.10 | 45.50 |
| 12-Feb-26 | A K | Conferences with Jonathan Taylor and F. Kups re ▮▮▮▮▮ | 0.20 | 100.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | March 09, 2026 |
| Invoice Number: | 10152437 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 12-Feb-26 | A K | Conference with F. Kups regarding vessel status; revise motion to appoint substitute custodian and declaration in support of same; review status of other litigation pending against Starboard and vessel | 0.50 | 250.00 |
| 12-Feb-26 | A K | Review attachments from Starboard Yacht manager, Stratmann | 0.50 | 250.00 |
| 13-Feb-26 | JMY | Review communications to National Liquidators and client from principal of borrower. | 0.30 | 127.50 |
| 13-Feb-26 | JMY | Draft certificate of interested persons and corporate disclosure statement. | 0.50 | 212.50 |
| 13-Feb-26 | JMY | Draft warrant for arrest in rem. | 0.20 | 85.00 |
| 13-Feb-26 | JMY | Finalize motion for warrant of arrest in rem and proposed order. | 0.20 | 85.00 |
| 13-Feb-26 | JMY | Finalize motion for appointment of substitute custodian and proposed order. | 0.30 | 127.50 |
| 13-Feb-26 | A K | Reviwe documents to be filed | 0.30 | 150.00 |
| 16-Feb-26 | A K | Review correspondence from J. Stratmann | 0.20 | 100.00 |
| 17-Feb-26 | JMY | Draft notice of action in rem and arrest of vessel. | 0.30 | 127.50 |
| 17-Feb-26 | JMY | Review order conditioning entry of warrant of arrest on bond. | 0.10 | 42.50 |
| 17-Feb-26 | A K | Review order on motion for warrant of arrest (.1); correspondence with client re ███████ (.1); review client correspondence re: ███████ (.1) | 0.30 | 150.00 |
| 18-Feb-26 | JMY | Review multiple filings by Stratmann and cases cited therein in order to prepare motion to strike. | 0.60 | 255.00 |
| 18-Feb-26 | JMY | Review order striking Stratmann filings entered by court sua sponte. | 0.10 | 42.50 |
| 19-Feb-26 | JMY | Review email from Stratmann re conferral on motion to intervene. | 0.10 | 42.50 |
| 19-Feb-26 | JMY | Research caselaw re ███████ l. | 2.10 | 892.50 |
| 20-Feb-26 | JMY | Review motion to intervene with proposed answer and counterclaim filed by Stratmann. | 0.30 | 127.50 |
| 20-Feb-26 | JMY | Review memorandum of law filed by Stratmann in support of motion to intervene. | 0.20 | 85.00 |
| 20-Feb-26 | JMY | Review declaration filed by Stratmann in support of motion to intervene. | 0.20 | 85.00 |
| 20-Feb-26 | JMY | Review order requiring response to motion to intervene | 0.10 | 42.50 |
| 20-Feb-26 | A K | Review correspondence from bank re ███████ | 0.40 | 200.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | | | | |
|---|---|---|---|---|
| Invoice Date: | March 09, 2026 | | | |
| Invoice Number: | 10152437 | | | |
| Matter Number: | 047373.00466436 | | | |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 23-Feb-26 | JMY | Draft response in opposition to Stratmann motion to intervene. | 4.50 | 1,912.50 |
| 23-Feb-26 | JMY | Conduct research in preparation for response in opposition to motion to intervene. | 2.60 | 1,105.00 |
| 23-Feb-26 | A K | Review original bond (.1); draft correspondence to clerk and notice of filing (.2) | 0.30 | 150.00 |
| 24-Feb-26 | JMY | Review status update from process server re attempt to serve borrower at registered agent address. | 0.10 | 42.50 |
| 24-Feb-26 | JMY | Draft email to client re ███████████████. | 0.10 | 42.50 |
| 24-Feb-26 | JMY | Analyze █████████████████████████████. | 0.20 | 85.00 |
| 24-Feb-26 | JMY | Continue drafting response in opposition to motion to intervene. | 3.60 | 1,530.00 |
| 24-Feb-26 | A K | Review payoff (.1); correspondence with client re ████████████████████ (.1); revise response to motion to disqualify (.3) | 0.50 | 250.00 |
| 25-Feb-26 | DBM | Review of file; meeting with A. Klopp re: ████████ ████████████████. | 0.50 | 275.00 |
| 25-Feb-26 | JMY | Revise response in opposition to motion to intervene. | 1.60 | 680.00 |
| 25-Feb-26 | JMY | Review order issuing warrant of arrest, order appointing substitute custodian. | 0.10 | 42.50 |
| 25-Feb-26 | JMY | Email process server re next address to attempt service upon borrower registered agent. | 0.10 | 42.50 |
| 25-Feb-26 | JMY | Draft notice of correction to civil cover sheet. | 0.20 | 85.00 |
| 25-Feb-26 | A K | Review response to intervention | 0.50 | 250.00 |
| 25-Feb-26 | A K | Revise brief opposing motion for intervention | 2.90 | 1,450.00 |
| 26-Feb-26 | JMY | Finalize response in opposition to motion to intervene and exhibits thereto. | 1.40 | 595.00 |
| 26-Feb-26 | A K | Correspondence to client re ███████████████ ████████████████ (.1); draft letter to US Marshal re arrest (.1); correspondence and conference with F. Kups re warrant of arrest (.2); prepare package to US Marshal (.2); draft form for arrest (.2); review and finalize response opposing motion to intervene (.3) | 1.10 | 550.00 |
| 27-Feb-26 | A K | Review correspondence from Stratmann with three pleadings attached. | 0.20 | 100.00 |

**Total Services**...................................................................................................................**$15,051.00**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| Invoice Date: | March 09, 2026 |
|---|---|
| Invoice Number: | 10152437 |
| Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 9.90 | 4,950.00 |
| DBM | D. B. Marks | 1.20 | 660.00 |
| JMY | Jenna Yoss | 22.00 | 9,350.00 |
| NJG | N. J. Graziano | 0.20 | 91.00 |
| **Total** | | **33.30** | **$15,051.00** |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | April 22, 2026 |
| Invoice Number: | 10164088 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 2-Mar-26 | JMY | Compare Stratmann documents sent via email to those recently filed with court. | 0.30 | 127.50 |
| 2-Mar-26 | JMY | Analyze ███████████████████████ ██████████████████████. | 0.10 | 42.50 |
| 2-Mar-26 | JMY | Review order denying motion to intervene entered by court. | 0.10 | 42.50 |
| 2-Mar-26 | JMY | Email process server re status of service. | 0.10 | 42.50 |
| 2-Mar-26 | A K | Correspondence with client re ██████████ ████████████████████ | 0.10 | 50.00 |
| 2-Mar-26 | A K | Review order denying intervention, disqualification | 0.10 | 50.00 |
| 5-Mar-26 | JMY | Draft alias summons given change in registered agent for borrower. | 0.20 | 85.00 |
| 5-Mar-26 | JMY | Communications With process server re change in registered agent. | 0.20 | 85.00 |
| 5-Mar-26 | JMY | Revise notice of arrest. | 0.20 | 85.00 |
| 5-Mar-26 | A K | Review executed return by US Marshal of service of arrest warrant on defendant vessel | 0.10 | 50.00 |
| 9-Mar-26 | A K | Review notice of arrest in rem; conference with N. Perez; review local rules concerning publication of notice for any changes | 0.90 | 450.00 |
| 9-Mar-26 | JMY | Draft notice of filing alias summons. | 0.20 | 85.00 |
| 9-Mar-26 | JMY | Draft notice of non-service. | 0.20 | 85.00 |
| 9-Mar-26 | N P | Conferred with attorney to ████████████ ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████ | 0.40 | 206.00 |
| 10-Mar-26 | A K | Review deadlines for publication, information on approved publications and timing | 0.10 | 50.00 |
| 10-Mar-26 | JMY | Finalize alias summons and notices for filing. | 0.20 | 85.00 |
| 10-Mar-26 | N P | Engaged in multiple telephone conferences with the Clerk of Court to analyze and ensure compliance with court-approved newspaper publication requirements for vessel arrest proceedings pursuant to Rule, including confirmation of acceptable publication outlets and procedural conformity. | 1.20 | 618.00 |
| 11-Mar-26 | A K | Review and revise notice for publication. | 0.20 | 100.00 |
| 11-Mar-26 | A K | Review payoff | 0.30 | 150.00 |
| 11-Mar-26 | JMY | Review emails from court re alias summonses to be resubmitted. | 0.10 | 42.50 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | April 22, 2026 |
| Invoice Number: | 10164088 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 11-Mar-26 | JMY | Prepare revised summons. | 0.10 | 42.50 |
| 11-Mar-26 | JMY | Email process server with new summons for service. | 0.10 | 42.50 |
| 11-Mar-26 | JMY | Review verified claim of interest sent by Stratmann via email. | 0.20 | 85.00 |
| 11-Mar-26 | N P | Conferences with PubSwift and begin process for quote and publishing of Notice of Action in Rem and Arrest of Vessel. | 0.80 | 412.00 |
| 12-Mar-26 | JMY | Review citations within Stratmann verified interest claim. | 0.20 | 85.00 |
| 12-Mar-26 | JMY | Research motions to strike verified claims of interest under supplemental rule c(6). | 1.20 | 510.00 |
| 12-Mar-26 | JMY | Research ███████████████████ ████████████████████████ | 0.60 | 255.00 |
| 12-Mar-26 | JMY | Draft motion for amendment by interlineation with proposed amendment attached. | 0.50 | 212.50 |
| 12-Mar-26 | N P | Conferences with PubSwift and begin process for corrections to publication of vessel arrest. | 0.60 | 309.00 |
| 12-Mar-26 | A K | Review proof for publication of Notice of Action in Rem | 0.20 | 100.00 |
| 12-Mar-26 | A K | Review verified statement of claim and analysis re ████████ | 0.30 | 150.00 |
| 12-Mar-26 | A K | Call with J. Taylor re ████████████████ ████████ | 0.30 | 150.00 |
| 13-Mar-26 | N P | Conference with Pub Swift regarding confirmation of payment to ensure meeting deadline for publication of vessel arrest notice; review email confirmation from Pub Swift of publication date. | 0.30 | 154.50 |
| 17-Mar-26 | JMY | Review and respond to status update from process server. | 0.10 | 42.50 |
| 17-Mar-26 | JMY | Further research re ███████████████ | 1.00 | 425.00 |
| 18-Mar-26 | N P | Confirm Sentinel publication is in accordance with Notice of Action in Rem and Arrest of Vessel. | 0.20 | 103.00 |
| 18-Mar-26 | JMY | Draft notice of filing proof of publication of notice of action in rem. | 0.20 | 85.00 |
| 24-Mar-26 | NJG | Analyze ████████████████████ ████████████████████. | 0.30 | 136.50 |
| 24-Mar-26 | JMY | Review return of service on co-resident, revisions needed prior to filing given typo in address. | 0.20 | 85.00 |
| 25-Mar-26 | JMY | Finalize service of proof of publication for filing. | 0.20 | 85.00 |
| 25-Mar-26 | A K | Review notice of publication | 0.10 | 50.00 |
| 25-Mar-26 | A K | Review service of Notice of Action in Rem | 0.20 | 100.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | | |
|---|---|---|
| Invoice Date: | April 22, 2026 |
| Invoice Number: | 10164088 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 27-Mar-26 | JMY | Research and strategy re ███████████ ████████████ | 1.40 | 595.00 |
| 27-Mar-26 | JMY | Check status of return of service, revisions requested from server. | 0.10 | 42.50 |
| 30-Mar-26 | NJG | Analyze ████████████████████. | 0.10 | 45.50 |
| 31-Mar-26 | JMY | Review return of service on borrower for accuracy prior to filing. | 0.10 | 42.50 |
| 31-Mar-26 | JMY | Draft motion for summary judgment against vessel. | 1.60 | 680.00 |
| **Total Services**..................................................................................................................**$7,557.00** | | | | |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | April 22, 2026 |
| Invoice Number: | 10164088 |
| Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 2.90 | 1,450.00 |
| JMY | Jenna Yoss | 9.70 | 4,122.50 |
| N P | N. Perez | 3.50 | 1,802.50 |
| NJG | N. J. Graziano | 0.40 | 182.00 |
| **Total** | | **16.50** | **$7,557.00** |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

Invoice Date:       May 14, 2026

Invoice Number:     10169328

Matter Number:      047373.00466436

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 1-Apr-26 | JMY | Work on motion for final judgment against Vessel. | 1.20 | 510.00 |
| 1-Apr-26 | A K | Review return of service on Starboard and correspondence with J. Yoss re filing same. | 0.10 | 50.00 |
| 2-Apr-26 | A K | Review answer, affirmative defenses, and counterclaim filed by Stratmann (.5); correspondence to client re ▮▮▮▮ (.1); review ▮▮▮▮ authority (.3); fact investigation ▮▮▮▮ ▮▮▮▮ (.7); review ▮▮▮▮ (.3) | 1.90 | 950.00 |
| 2-Apr-26 | JMY | Review answer and affirmative defenses, counterclaim, and exhibits provided and/or filed by Stratmann. | 0.30 | 127.50 |
| 2-Apr-26 | JMY | Draft motion to strike Stratmann Answer, Affirmative Defenses, Counterclaim. | 2.80 | 1,190.00 |
| 3-Apr-26 | JMY | Continued work on motion to strike answer, affirmative defenses, and counterclaims filed by Stratmann. | 1.00 | 425.00 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 7-Apr-26 | A K | Review and revise motion to strike Stratmann's answer and verified statement of claim | 0.40 | 200.00 |
| 8-Apr-26 | JMY | Work on motion to dismiss Stratmann's claim or, in the alternative, to strike the answer, and to deem Stratmann vexatious litigant. | 3.70 | 1,572.50 |
| 8-Apr-26 | A K | Review case authorities concerning motion to dismiss and strike Stratmann's claim (.9); conferences with J. Yoss re ▮▮▮▮ (.5); draft motion for clerk's default against vessel and research ▮▮▮▮ (.4) | 1.80 | 900.00 |
| 9-Apr-26 | JMY | Further work on motion to dismiss/to strike to address counterclaims specifically. | 2.70 | 1,147.50 |
| 13-Apr-26 | A K | Review and revise draft motion to strike Stratmann's answer and statement of claim | 4.30 | 2,150.00 |
| 14-Apr-26 | A K | Finalize motion to dismiss, strike, and enter default. | 0.60 | 300.00 |
| 15-Apr-26 | JMY | Order updated abstract of title from vessel documentation center. | 0.20 | 85.00 |
| 15-Apr-26 | A K | Correspondence with R. McIntosh (.1); revise certificate of service (.1); draft motion for clerk's default against starboard (.1); finalize the motion to dismiss, strike, and for default agianst the vessel (.1); correspondence with J. Martinez-Goldberg regarding filings (.1). | 0.50 | 250.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | May 14, 2026 |
| Invoice Number: | 10169328 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 16-Apr-26 | DBM | Review of new orders entered by the court; communications with client and A. Klopp ██████ ███████ | 0.50 | 275.00 |
| 17-Apr-26 | A K | Correspondence to client re ████████████ ███████████████████████████ | 0.20 | 100.00 |
| 17-Apr-26 | A K | Review orders entered by court and clerk on Stratmann claims and default | 0.20 | 100.00 |
| 20-Apr-26 | JMY | Draft motion for final default judgment against Borrower and Vessel. | 1.80 | 765.00 |
| 20-Apr-26 | JMY | Draft client affidavit in support of default judgment motion. | 0.60 | 255.00 |
| 22-Apr-26 | JMY | Review Stratmann's motion to vacate default on part of the Vessel. | 0.20 | 85.00 |
| 27-Apr-26 | A K | Revise motion for final default judgment and affidavit of Kevin Picart in support thereof (.8); review abstract (.1); correspondence with Jonathan Taylor re ████ additional filings from Stratmann (.1); review invoices from National Liquidators (.1) | 1.10 | 550.00 |
| 27-Apr-26 | A K | Review demand letter and confer with B. Marks re same | 0.60 | 300.00 |
| 27-Apr-26 | DBM | Review of new court filings; conduct due diligence on several lawsuits involving Starboard; meeting with A. Klopp ████████████ | 1.00 | 550.00 |
| 28-Apr-26 | JMY | Analyze ████████████████████ ███████████████ (0.4), work on motion for final judgment and client affidavit (1.0). | 1.10 | 467.50 |
| 28-Apr-26 | DBM | Multiple communications with client re: ███████ ███████████████ | 0.60 | 330.00 |
| 29-Apr-26 | A K | Review payoff from J. Taylor (.1); conference with J. Taylor re ██████████████████ (.2) | 0.30 | 150.00 |
| 29-Apr-26 | JMY | Analyze ████████ client (.2), revise motion for final judgment and client affidavit to reflect updated amounts owed (.3), prepare exhibits to client affidavit (.3), draft attorneys' fee affidavit (.3), draft proposed order granting motion for final judgment (1.3). | 2.40 | 1,020.00 |
| 30-Apr-26 | JMY | Update attorneys' fee affidavit to include additional fees incurred. | 0.20 | 85.00 |
| 30-Apr-26 | A K | Review motion for final default judgment and complaint | 0.90 | 450.00 |

**Total Services**................................................................................................**$15,431.00**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | May 14, 2026 |
| Invoice Number: | 10169328 |
| Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 12.90 | 6,450.00 |
| DBM | D. B. Marks | 2.10 | 1,155.00 |
| JMY | Jenna Yoss | 18.20 | 7,735.00 |
| NJG | N. J. Graziano | 0.20 | 91.00 |
| **Total** | | **33.40** | **$15,431.00** |

| | | |
|---|---|---|
| Akerman LLP | Invoice Date: | June 16, 2026 |
| Client: Seacoast National Bank | Invoice Number: | 10177860 |
| Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann | Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 1-May-26 | A K | Review final amended complaint (.3); review and revise motion for final default judgment and affidavit in support thereof (1.5) | 1.80 | 900.00 |
| 4-May-26 | A K | Review order striking filings; correspondence with client re ███████████████; review order directing plaintiff to serve motion for final default judgment | 0.20 | 100.00 |
| 4-May-26 | A K | Draft order granting motion for final default judgment; draft proposed default judgment; review and revise motion for final default judgment; revise certificate of compliance | 1.30 | 650.00 |
| 4-May-26 | A K | Review docketed filings and correspondence to judge with proposed orders per local rules. | 0.20 | 100.00 |
| 5-May-26 | A K | Review order to show cause issued to defendant and prepare notice of compliance re service of same. | 0.10 | 50.00 |
| 19-May-26 | JMY | Review Stratmann response to order to show cause and opposition to motion for final default judgment. | 0.30 | 127.50 |
| 19-May-26 | A K | Review Stratmann's response to order to show cause and opposition to motion for default judgment. | 0.20 | 100.00 |
| 21-May-26 | JMY | Review signed order granting motion for final default judgment and final default judgment entered by court. | 0.20 | 85.00 |
| 23-May-26 | A K | Review sale notice issues | 0.20 | 100.00 |
| 27-May-26 | JMY | Draft notice of sale of vessel by US Marshall. | 0.30 | 127.50 |
| 27-May-26 | JMY | Draft affidavit to be filed along with judgment lien. | 0.30 | 127.50 |
| 27-May-26 | A K | Review sale notice and correspondence with US Marshal's office re same (.2); review and respond to correspondence regarding involuntary (.4); Conference with client J. Taylor re ████████ ████████████████ (.2) | 0.80 | 400.00 |
| 28-May-26 | A K | Correspondence with F. Kups re sale notices; sale date. | 0.10 | 50.00 |
| 29-May-26 | NJG | Record final judgment and affidavit in Broward County. | 0.20 | 91.00 |
| 29-May-26 | NJG | Analyze ████████████████████████. | 0.10 | 45.50 |
| 29-May-26 | NJG | Communications with Broward County regarding rejected recording package. | 0.10 | 45.50 |

**Total Services**..................................................................................................**$3,099.50**

| Akerman LLP | | | |
|---|---|---|---|
| Client: Seacoast National Bank | | Invoice Date: | June 16, 2026 |
| | | Invoice Number: | 10177860 |
| Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann | | Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| **Initials** | **Name** | **Hours** | **Amount** |
|---|---|---|---|
| A K | A. Klopp | 4.90 | 2,450.00 |
| JMY | Jenna Yoss | 1.10 | 467.50 |
| NJG | N. J. Graziano | 0.40 | 182.00 |
| **Total** | | **6.40** | **$3,099.50** |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC &
Charles J. Stratmann

Invoice Date:          July 15, 2026

Invoice Number:      10184490

Matter Number:       047373.00466436

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 1-Jun-26 | NJG | Communications with Broward County recorders office regarding rejected recording package. | 0.20 | 91.00 |
| 1-Jun-26 | NJG | Re-record affidavit and judgment. | 0.20 | 91.00 |
| 2-Jun-26 | DBM | Review ███████████████████████████ ██████████; meeting with A. Klopp re: ████████████ | 0.70 | 385.00 |
| 8-Jun-26 | JMY | Review verified claim for seaman's wages and motion to vacate final judgment. | 0.20 | 85.00 |
| 8-Jun-26 | JMY | Research re ████████████████████ ████████████████████. | 0.90 | 382.50 |
| 11-Jun-26 | JMY | Research re p██████████████████ ████████████████████████ (1.6), ████ (0.8). | 2.40 | 1,020.00 |
| 11-Jun-26 | JMY | Draft motion to strike verified claim for seaman's wages and motion to vacate final default judgment. | 2.80 | 1,190.00 |
| 17-Jun-26 | DBM | Review of ████████████████████; meeting with A. Klopp to discuss ████████████████ | 0.50 | 275.00 |
| 19-Jun-26 | A K | Review status of sale; notice by US Marshal (.3); review draft of response in opposition and motion to strike Stratmann's claim and motion to vacate (.6) | 0.60 | 300.00 |
| 20-Jun-26 | JMY | Work on revisions to motion to strike claim and opposition to motion to vacate final judgment. | 2.00 | 850.00 |
| 22-Jun-26 | JMY | Begin drafting memorandum to support award of taxable costs, determine additional information needed in support thereof. | 0.70 | 297.50 |
| 22-Jun-26 | JMY | Analyze ██████████████████████. | 0.20 | 85.00 |
| 22-Jun-26 | JMY | Draft motion for extension of time to request taxable costs, proposed order granting same. | 0.50 | 212.50 |
| 22-Jun-26 | A K | Review and further revise opposition to Stratmann's verified claim (3.0); further research concerning ████████████████████ (2.0); review and revise motion for extension of time to file costs and proposed order on same(.6) | 5.60 | 2,800.00 |
| 23-Jun-26 | JMY | Review orders striking claim for wages and denying motion to vacate and granting extension to seek taxable costs. | 0.10 | 42.50 |
| 23-Jun-26 | JMY | Review emergency motion to stay sale and reserve proceeds, analyze ████████████████████. | 0.50 | 212.50 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | July 15, 2026 |
| Invoice Number: | 10184490 |
| Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 23-Jun-26 | JMY | Draft response in opposition to emergency motion to stay sale of vessel. | 2.30 | 977.50 |
| 23-Jun-26 | JMY | Research ████████████████████████████. | 0.30 | 127.50 |
| 23-Jun-26 | A K | Review emergency motion to stay sale and orders setting expedited briefing schedule; confer with J. Yoss re ████. | 0.20 | 100.00 |
| 24-Jun-26 | A K | Review and revise response to Stratmann's emergency motion to cancel sale; correspondence with J. Taylor re ████; Conference with J. Taylor re ███████████████████████████; Review and revise US Marshal's proclamation of sale | 1.70 | 850.00 |
| 24-Jun-26 | JMY | Revise draft response to emergency motion to stay based on court ruling on wage claim. | 0.60 | 255.00 |
| 25-Jun-26 | JMY | Analyze ██████████████████████████████. | 0.40 | 170.00 |
| 25-Jun-26 | A K | Review Stratmann's Emergency Motion to Preserve Physical and Electronic Evidence, Hold Sale Proceeds in Court Registry, and for Reconsideration of DE 79; Stratmann's affidavit in support of same; court order denying prior motion; conference with F. Kups re sale; correspondence with client re filings. | 0.80 | 400.00 |
| 25-Jun-26 | A K | Prepare for auction of vessel | 0.10 | 50.00 |
| 26-Jun-26 | JMY | Review new emergency motion re stay pending appeal filed by Stratmann. | 0.20 | 85.00 |
| 26-Jun-26 | A K | Review Stratmann's Emergency Motion for Stay of Judicial Sale Pending Appeal; begin preparing response in opposition; correspondence with client re ████. | 2.40 | 1,200.00 |
| 26-Jun-26 | A K | Attend judicial sale of vessel (half of time at sale charged due to attendance at sale for a second vessel) | 0.70 | 350.00 |
| 26-Jun-26 | DBM | Meeting with A. Klopp to discuss ████████████████████████. | 0.30 | 165.00 |
| 29-Jun-26 | JMY | Review new Stratmann filings re appeal and IFP application, court order denying motions. | 0.50 | 212.50 |
| 29-Jun-26 | A K | Conference with F. Kups re sale; appeal of Stratmann; review Stratmann's appeal and request to proceed in forma pauperis; correspondence to J. Taylor re ████. | 0.70 | 350.00 |
| 29-Jun-26 | NJG | Analyze ██████████████████████████████. | 0.40 | 182.00 |
| 29-Jun-26 | NJG | Record judgment lien certificate against both defendants with Secretary of State. | 0.40 | 182.00 |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | Invoice Date: | July 15, 2026 |
|---|---|---|
| | Invoice Number: | 10184490 |
| | Matter Number: | 047373.00466436 |

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 30-Jun-26 | JMY | Review Stratmann's objection to sale and its attachments (.2), check citations within objection for accuracy (.5). | 0.60 | 255.00 |
| 30-Jun-26 | A K | Review objection to sale filed by Stratmann and prepare response in opposition | 0.70 | 350.00 |
| 30-Jun-26 | NJG | Analyze ███████████████████ ████████████ | 0.20 | 91.00 |

**Total Services**..................................................................................................................**$14,672.00**

| Akerman LLP | | Invoice Date: | July 15, 2026 |
| Client: Seacoast National Bank | | Invoice Number: | 10184490 |
| Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann | | Matter Number: | 047373.00466436 |

**Timekeeper Summary**

| Initials | Name | Hours | Amount |
|---|---|---|---|
| A K | A. Klopp | 13.50 | 6,750.00 |
| DBM | D. B. Marks | 1.50 | 825.00 |
| JMY | Jenna Yoss | 15.20 | 6,460.00 |
| NJG | N. J. Graziano | 1.40 | 637.00 |
| **Total** | | **31.60** | **$14,672.00** |

# Exhibit 2

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | March 09, 2026 |
| Invoice Number: | 10152437 |
| Matter Number: | 047373.00466436 |

| Date | Disbursements | Value |
|---|---|---|
| 26-Feb-26 | Other Miscellaneous Charges  - Us Marshals Office: Other Charges - deposit for an arrest fee, daily insurance fee, and any advertisement/sale in connection with the arrest and sale of the vessel in the attached arrest warrant in the case Case No. 0:36-cv-60289-XXXX. AK/005469 | 3,500.00 |
| **Total for Other Miscellaneous Charges** | | **3,500.00** |
| | | |
| 31-Jan-26 | Pacer Public Records System | 19.50 |
| **Total for Pacer Public Records System** | | **19.50** |

**Total Disbursements**............................................................................................................**$3,519.50**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| Invoice Date: | April 22, 2026 |
|---|---|
| Invoice Number: | 10164088 |
| Matter Number: | 047373.00466436 |

| Date | Disbursements | Value |
|---|---|---|
| 23-Feb-26 | Airbill: 399000640622 per 005469 Invoice No: 919475326 Ship Dt: 02/23/26 | 17.06 |
| **Total for Federal Express** | | **17.06** |
| | | |
| 28-Feb-26 | Filing Fees  - Truist Bank - Visa: Filing Fee - 02/03 - E-portal filing in Florida Southern District Court; Tracking ID: AFLSDC-19177243; Jeannette Martinez Goldberg. BD/005417 | 405.00 |
| **Total for Filing Fees** | | **405.00** |
| | | |
| 31-Mar-26 | Other Miscellaneous Charges  - Truist Bank - Visa: Other Charges - 3/13/26- PubSwift Notice of Action - Admiralty/Arrest of Vessel Miami office charges from 03/01/26 - 03/31/26. AV/005763 | 236.81 |
| **Total for Other Miscellaneous Charges** | | **236.81** |
| | | |
| 28-Feb-26 | Pacer Public Records System | 38.20 |
| 28-Feb-26 | Pacer Public Records System | 38.20 |
| **Total for Pacer Public Records System** | | **76.40** |

**Total Disbursements**...................................................................................................**$735.27**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | May 14, 2026 |
| Invoice Number: | 10169328 |
| Matter Number: | 047373.00466436 |

| Date | Disbursements | Value |
|---|---|---|
| 24-Mar-26 | - Gleason Investigations LLC: Service of Process - Service of summons and complaint on Charles Stratmann as Registered Agent. LC/004646 | 55.00 |
| 24-Mar-26 | - Gleason Investigations LLC: Service of Process - Service of summons and complaint on Matthew Valcourt as Registered Agent. LC/004646 | 55.00 |
| **Total for Service of Process** | | **110.00** |
| | | |
| 8-Apr-26 | Westlaw Research "KLOPP,AMANDA" | 5.00 |
| 13-Apr-26 | Westlaw Research "KLOPP,AMANDA" | 325.00 |
| **Total for Westlaw Research** | | **330.00** |

**Total Disbursements.................................................................................................$440.00**

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

| | |
|---|---|
| Invoice Date: | June 16, 2026 |
| Invoice Number: | 10177860 |
| Matter Number: | 047373.00466436 |

| Date | Disbursements | Value |
|---|---|---|
| 30-Apr-26 | Pacer Public Records System | 0.90 |
| 30-Apr-26 | Pacer Public Records System | 0.90 |
| **Total for Pacer Public Records System** | | **1.80** |
| 31-May-26 | - Simplifile: Recording Fees - Recording and Submission Fees - Executed J.Yoss Affidavit of Address (for judgment lien) - Starboard (AFFIDAVIT). NG/001581 | 23.25 |
| 31-May-26 | - Simplifile: Recording Fees - Recording and Submission Fees - 'Certified Copy' of Doc 70 Default Judgment (CERTIFIED FINAL JUDGMENT). NG/001581 | 40.25 |
| **Total for Recording Fees** | | **63.50** |
| 30-Apr-26 | Title Searches  - Truist Bank - Visa: Title Search - 04/17 - Purchase of title document from U.S. Coast Guard Vessel Documentation Management System; Vessel Official #1220768; Hull Identification #RJDE00051708; Jenna Yoss. BD/005417 | 75.00 |
| **Total for Title Searches** | | **75.00** |
| **Total Disbursements**................................................................................................. | | **$140.30** |

Akerman LLP

Client: Seacoast National Bank

Matter: Vessel Arrest Starboard Yacht Group LLC & Charles J. Stratmann

Invoice Date:      July 15, 2026

Invoice Number:    10184490

Matter Number:     047373.00466436

| Date | Disbursements | Value |
|---|---|---|
| 27-May-26 | - I Need It Now Inc: Court Services - Certified Copy of Default Judgment Doc 70. AK/005469 | 57.00 |
| **Total for Court Services** | | **57.00** |
| 31-May-26 | Pacer Public Records System | 5.70 |
| **Total for Pacer Public Records System** | | **5.70** |
| 22-Jun-26 | Westlaw Research "KLOPP,AMANDA" | 192.50 |
| **Total for Westlaw Research** | | **192.50** |

**Total Disbursements..................................................................................................$255.20**