# Exhibit B

5401 N Marginal Rd
Cleveland, OH  44114-3925 US
(216) 391-1900
accounting@natliq.com



**NATIONAL LIQUIDATORS**
• A DIVISION OF NATIONAL YACHT SALES •

## INVOICE

| BILL TO | | INVOICE | 2105097201 |
|---|---|---|---|
| Seacoast National Bank | | DATE | 06/26/2026 |
| 50 SE Kindred St., Suite 203 | | TERMS | Due on receipt |
| Stuart, FL 34994 | | | |

| HIN # | DEBTOR | STOCK # / VESSEL DESCRIPTION |
|---|---|---|
| RJDE0005I708 | Starboard Yacht Group  LLC | 41475 / 2008 Everglades 35 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/26/2026 | Sales Commission | US Marshall Promotion Fees 8% Discounted Rate sold at $160,000.00 | 1 | 12,800.00 | 12,800.00 |

Contact G Robert Toney and Associates Inc. DBA National Liquidators to pay.

**BALANCE DUE** **$12,800.00**