# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and
**STARBOARD YACHT GROUP LLC**, a Florida limited
liability company, *in personam*,

      Defendants.

_____/

**ORDER AWARDING ATTORNEYS' FEES AND**
**NON-TAXABLE COSTS**

THIS CAUSE came before the Court on Plaintiff Seacoast National Bank's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE ___]. The Court, having reviewed the Motion, the supporting declaration and exhibits, the record in this case, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1.    Plaintiff Seacoast National Bank is awarded reasonable attorneys' fees in the amount of $63,457.50 and non-taxable costs and expenses in the amount of $13,858.21 against Starboard Yacht Group LLC, *in personam*.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2026.

_____
**WILLIAM P. DIMITROULEAS**
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record