UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

     Plaintiff,

v.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., in rem, and
STARBOARD YACHT GROUP LLC,
a Florida limited liability company, in personam,

     Defendants.

## ORDER REFERRING MOTION

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, Plaintiff Seacoast National Bank's Motion for Award of Attorneys'

Fees and Non-Taxable Costs [DE 122] is hereby **REFERRED** to United States Magistrate Judge

Hunt for appropriate disposition *or* report and recommendation.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

30th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt