**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

      Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and **STARBOARD YACHT
GROUP LLC**, a Florida limited
liability company, *in personam*,

      Defendants.

_____/

### PLAINTIFF SEACOAST NATIONAL BANK'S MOTION FOR DISBURSEMENT OF SALE PROCEEDS

Plaintiff Seacoast National Bank ("Seacoast" or "Plaintiff"), by and through undersigned counsel, respectfully moves this Court for entry of an order directing the U.S. Marshal and/or Clerk of Court[1] to disburse all sale proceeds currently held from the judicial sale of the M/V SLOW UR ROLL II ("Vessel") to: (1) Plaintiff for reimbursement of the amounts paid to the U.S. Marshal, (2) the court-appointed Substitute Custodian, National Liquidators, for custodia legis fees, and (3) to Plaintiff for all other amounts awarded under the Default Judgment entered on May 21, 2026 [DE 70] plus accrued post-judgment interest.  In support thereof, Plaintiff states as follows:

---

[1] Plaintiff is pending confirmation from the U.S. Marshal that the proceeds have been forwarded to the Clerk of Court.

## BACKGROUND

On February 2, 2026, Seacoast filed its Verified Complaint against the Vessel, *in rem*, and Starboard Yacht Group LLC ("Borrower"), *in personam*. [DE 1.] On February 25, 2026, the Court issued a Warrant for Arrest of the Vessel. [DE 24.]  The U.S. Marshal arrested the Vessel on March 4, 2026. [DE 33.] National Liquidators, Inc. was appointed as Substitute Custodian. [DE 23.]

On May 21, 2026, the Court entered Default Judgment, foreclosing the Mortgage and awarding Seacoast a total Judgment Amount of $168,773.21, consisting of $143,054.75 in principal, $9,118.21 in accrued and unpaid interest through April 29, 2026 (with a per diem thereafter of approximately $70.5475), plus repossession fees ($695.00), transportation fees ($5,600.00), recovery fees ($850.00), storage fees ($3,330.25), insurance fees ($540.00), service and repair fees ($5,535.00), and abstract fees ($50.00). [DE 70 ¶ 6.]

The Court ordered the Vessel sold by the U.S. Marshal and authorized Plaintiff to credit bid all or part of its Judgment Amount of $168,773.21 at the sale. [DE 70 ¶¶ 8–11.] The U.S. Marshal conducted the public sale of the Vessel on June 26, 2026. [DE 87.] The winning bidder, William Wilson, purchased the Vessel for $160,000.00, and the sale proceeds were deposited with the U.S. Marshal. [DE 87.] On July 14, 2026, Plaintiff filed its Motion for Confirmation of Sale [DE 108], and, on July 15, 2026, the Clerk entered Confirmation of Sale [DE 109].

On July 28, 2026, Plaintiff filed its Bill of Costs and Memorandum to Support Award of Taxable Costs and Expenses[2], evidencing the following costs which take priority over other claims against the Vessel proceeds:[3]  **(1)**  $2,907.30 to the U.S. Marshal, inclusive of mileage for arrest

---

[2] The Court has referred same to Magistrate Judge Patrick M. Hunt. [DE 121.]

[3] *See The Poznan*, 274 U.S. 117, 121, 47 S. Ct. 482, 71 L. Ed. 955 (1927) ("expenses which have contributed either to the preservation or creation of the fund in its custody shall be paid before a general distribution among those entitled to receive it"); 1 Admiralty & Mar. Law § 9:6 (6th ed.). *See also Seacoast Nat'l Bank v. M/Y VIAGGIO*, 22-CV-62311, 2023 WL 6930685, at *7 (S.D. Fla. Oct. 2, 2023), *report and recommendation adopted*, 22-CV-62311-RAR, 2023 WL 6908985 (S.D. Fla. Oct. 19, 2023); *M&M Private Lending Group, LLC v. M/Y Ciao Bella*, 19-CV-62350, 2020 WL

of the Vessel ($8.70), service fees for arrest of the Vessel ($325.00), publication of Vessel sale in the Miami New Times ($138.60), fees for the Bill of Sale of the Vessel ($20.00), and commission on the sale of the Vessel under 28 U.S.C. § 1921(c)(1) ($2,415.00) (collectively, the "U.S. Marshal fees") [DE 120 at 1, 2 ¶ 2, Exs. B, C]; and **(2)** $3,567.50 in custodia legis fees, inclusive of: $3,027.50 in storage fees for May 2026 through July 2026, and $540.00 in insurance fees to the Substitute Custodian. [DE 120 at 1, 2 ¶¶ 4-5, Ex. E]. Additional custodia legis expenses were awarded under the Default Judgment of $4,168.50[4] [DE 64, 70] (collectively with the custodia legis fees in the Bill of Costs, referred to as the "Custodia Legis Expenses").  Plaintiff has already paid the U.S. Marshal fees directly to the U.S. Marshal and thus seeks reimbursement of these amounts from the sale proceeds.

**ARGUMENT AND INCORPORATED MEMORANDUM OF LAW**

The Default Judgment provides that, absent the filing of other claims prior to the sale, "the Clerk of this Court shall pay to the Plaintiff, or its attorney, out of the proceeds of the sale of the Vessel," all sums adjudged due, including fees and costs awarded. [DE 70 ¶ 14.] The only two claims that were filed prior to the sale, both by Charles Stratmann, were disposed of and denied by the Court. [DE 41, 53, 72, 79.] No other claims have been timely filed or served consistent with Local Admiralty Rule E(18).

The sale has been confirmed by the Clerk [DE 109] and the sale proceeds are currently held by the U.S. Marshal or the Clerk of Court.[5]  There is no stay in this action, and Stratmann's requests for a stay have been previously denied. [DE 82, 85, 91.]  As this Court stated, "[w]ith

---

5499102, at *2 (S.D. Fla. Sept. 3, 2020), *report and recommendation adopted*, 19-62350-CIV, 2020 WL 5500734 (S.D. Fla. Sept. 11, 2020).

[4] The *custodia legis* fees in the Default Judgment included daily storage at $43.25/day and $180/month of insurance from March 4, 2026 (the date of the arrest) to April 30, 2026, plus service fees of $1,300. *See* Ex. F to Ex. 1 to Plaintiff's Motion for Default Judgment Against M/V Slow Ur Roll II and Starboard Yacht Group LLC (DE 64).

[5] *See supra* note 1.

3

respect to [Stratmann's] request that all sale proceeds be deposited into the Court's registry and held pending resolution of the appeal, that request is likewise denied." [DE 91.]

Pursuant to 46 U.S.C. § 31326, expenses and fees allowed by the court, and costs imposed by the court, have priority over the preferred mortgage lien of Seacoast. *See also supra* note 3. Therefore, the Court should direct the U.S. Marshal and/or Clerk of Court to disburse all sale proceeds currently held from the sale of the Vessel as follows:

(a) first, payment of the U.S. Marshal fees to Plaintiff Seacoast National Bank of $2,907.30 as reimbursement for same [DE 120],

(b) second, payment of Custodia Legis Expenses to National Liquidators, in the total amount of $7,736.00, [DE 64, 70, 120], and

(c) third, payment to Plaintiff Seacoast National Bank of the remaining sales proceeds of $149,356.70 in partial satisfaction of the total Judgment Amount.

As the sale proceeds are insufficient to satisfy the full amount owed to Plaintiff, Plaintiff reserves the right to seek a deficiency judgment against Starboard Yacht Group LLC, *in personam*, consistent with the Default Judgment. [DE 70.]

## CONCLUSION

**WHEREFORE**, Plaintiff Seacoast National Bank respectfully requests that this Court enter an Order directing the U.S. Marshal and/or Clerk of Court to disburse all sale proceeds currently held from the sale of the Vessel to National Liquidators and Plaintiff in the amounts as set forth herein; and granting such other and further relief as the Court deems just and proper.

<u>**Local Rule 7.1(a)(3) Certificate**</u>

I was unable to confer with Defendant Starboard Yacht Group, Inc., pursuant to Local Rule 7.1(a)(3), due to the default of the party in the case and absence of representation by counsel.

Dated:  August 11, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

*/s/   Amanda Klopp*
Amanda Klopp, Esq.

5