**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**PLAINTIFF SEACOAST NATIONAL BANK'S**
**MOTION TO DIRECT CLERK TO RELEASE BOND**

Plaintiff, Seacoast National Bank ("Plaintiff") by and through its undersigned counsel hereby moves this Court for an Order directing the Clerk to release the bond:

1. Plaintiff commenced this action in admiralty for the foreclosure of a ship mortgage and breach of promissory note on February 2, 2026. [DE 1.]

2. On February 17, 2026, the Court directed that a bond of $10,000 be posted by Plaintiff as security for costs and expenses, in that seizure of the vessel was vacated. [DE 9.]

3. Plaintiff posted an original security bond of $10,000 on February 24, 2026. [DE 21.]

4. The Court has entered judgment in favor of Plaintiff on both counts of the Complaint [DE 70], and the Defendant vessel has been sold. [DE 87, 109.]

5. The Plaintiff requests that the Court direct the Clerk of Court to release the original bond [DE 21] to Plaintiff.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter an Order in the form attached, directing the Clerk of Court to release the bond on file [DE 21] and for all other relief that is just and proper.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

National Liquidators
2945 West State Rd 84
Fort Lauderdale, FL 33312

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

/s/ *Amanda Klopp*
Amanda Klopp, Esq.