**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
______________________________________/

**PLAINTIFF SEACOAST NATIONAL BANK'S MOTION TO STRIKE CHARLES JACOB STRATMANN'S OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS**

Plaintiff Seacoast National Bank ("Seacoast"), by and through undersigned counsel, respectfully moves to strike non-party Charles Jacob Stratmann's ("Stratmann") Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 125] (the "Opposition") because Stratmann lacks standing to oppose a fee-and-cost award sought against Defendant Starboard Yacht Group LLC ("SYG"). In support, Seacoast states as follows:

**INTRODUCTION**

Stratmann's latest filing is another procedurally improper attempt to inject himself into this litigation after this Court has repeatedly held that he lacks standing to do so. [DE 15, 30, 53, 57, 61, 79, 84]. Although Stratmann alleges he is "appearing individually and not as counsel for [SYG]," Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs (the "Motion")

only seeks an award against SYG. [DE 125, 122.] Stratmann cannot oppose relief sought only against SYG, nor may he use Plaintiff's Motion as another opportunity to reassert arguments this Court has already rejected. The opposition must be stricken.

**BACKGROUND**

1. On July 29, 2026, Seacoast moved for an award of attorneys' fees and non-taxable costs. The Motion requests $63,457.50 in attorneys' fees and $13,858.21 in non-taxable costs, and the proposed order awards those sums against SYG, *in personam*. [DE 122.].

2. On August 12, 2026, Stratmann filed his Opposition, challenging the amount of the requested award. [DE 125.]

3. Prior to filing his Opposition, Stratmann has been repeatedly admonished by this Court that he cannot appear to represent SYG's interests, including orders striking his filings as improperly filed by a non-attorney purporting to act for SYG, denying intervention because SYG's inability to defend itself is a "natural consequence of Stratmann's failure to obtain counsel," and striking his verified claim and answer since "Stratmann, as a member of [SYG], may not assert counterclaims on behalf of the entity without counsel." [DE 15 at 2-3; DE 30 at 3; DE 53 at 2.]

4. Nevertheless, Stratmann continued to file motions "ostensibly in his personal capacity and on behalf of [SYG]." [DE 61.] The Court struck those filings, explaining "[a]s this Court has repeatedly admonished, it is well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel," and holding that "[a]ny future filings on behalf of Defendant(s) must be filed by counsel or will otherwise be automatically stricken." *Id*.

5. In another case concurrently proceeding in this District, Judge Singhal found Stratmann had "repeatedly been told that he may not file pro se on behalf of [SYG]" yet filed another pro se motion only five days after he was advised in open court that such filings were

improper. *See Starboard Yacht Group LLC v. Contessa Marine Research LLC*, No. 0:23-cv-61696-CIV-Singhal, ECF 299 at n.1 (S.D. Fla. February 20, 2026).

**ARGUMENT**

Plaintiff's Motion seeks relief against SYG, *in personam*. [DE 122.] Because Stratmann is not the party against whom the requested fee-and-cost award is sought, and because he cannot represent SYG, the Court should strike his Opposition for lack of standing.

Stratmann's Opposition seeks to reduce or defeat an award of attorneys' fees and costs against SYG.[1] That is precisely the procedural maneuver this Court has already rejected. Stratmann cannot avoid this Court's orders by adding the phrase "individually and not as counsel for [SYG]" to the first page of a filing whose only practical purpose is to prevent as award against SYG. [DE 125.] Plaintiff's Motion presents a narrow post-judgment issue: the amount of Seacoast's recoverable attorneys' fees and non-taxable expenses under the Default Judgment. [DE 122.] The Court therefore should strike the Opposition or, at minimum, disregard it and adjudicate Plaintiff's Motion without giving effect to an unauthorized filing by a nonparty.

**CONCLUSION**

For the foregoing reasons, Seacoast respectfully requests that the Court enter an order striking Charles Jacob Stratmann's Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 125] for lack of standing; (2) granting Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 122]; and (3) granting such other and further relief as the Court deems just and proper.

[1] As explained in the Motion, Plaintiff's attorneys' fees were substantially increased as a result of Stratmann's actions.

**Local Rule 7.1(a)(3) Certificate**

I was unable to confer with non-party Charles Jacob Stratmann pursuant to Local Rule 7.1(a)(3) due to the absence of representation by counsel.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Amanda Klopp*

Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

Charles Jacob Stratmann
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

/s/ *Amanda Klopp*
Amanda Klopp, Esq.