**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF SEACOAST NATIONAL BANK'S**
**MOTION TO DIRECT CLERK TO RELEASE BOND**

This matter having come before the Court on the Plaintiff Seacoast National Bank's Motion to Direct Clerk to Release Bond [DE 126] (the "Motion"), and the Court, having reviewed the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED**:

1. The Motion [DE 126] is **GRANTED**.

2. The Clerk of Court shall release the original bond [DE 21] to the Plaintiff, Seacoast National Bank, c/o Akerman LLP, Attn: Amanda Klopp, 777 S. Flagler Dr., Suite 1100, West Palm Beach, FL 33458.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge