**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**PLAINTIFF SEACOAST NATIONAL BANK'S MOTION FOR ORDER DIRECTING CLERK OF COURT TO ACCEPT SALE PROCEEDS FROM THE U.S. MARSHAL**

Plaintiff Seacoast National Bank ("Seacoast"), by and through undersigned counsel, respectfully moves this Court for entry of an order directing the Clerk of Court to accept the sale proceeds from the judicial sale of the M/V SLOW UR ROLL II ("Vessel"), and in support thereof states as follows:

1. On August 19, 2026, the U.S. Marshal contacted Plaintiff's counsel and advised that, when the U.S. Marshal attempted to tender the sale proceeds check to the Clerk of Court for deposit into the Court's registry, as required by the Default Judgment (DE 70)[1], the Clerk declined to accept the check on the basis that there was no court order on the docket expressly directing the Clerk to accept the funds—notwithstanding the Default Judgment.

[1] The Default Judgment states "***the Clerk of this Court*** shall pay to the Plaintiff, or its attorney, out of the proceeds of the sale of the Vessel, ***when paid into the registry of this Court***, the amounts due Plaintiff herein and taxed costs and expenses of this action." [DE 70 ¶ 14.]

2. At the Clerk's suggestion, Plaintiff now seeks to obtain an order from the Court specifically authorizing the Clerk to accept the check from the U.S. Marshal.

3. Good cause exists because a Court Order will facilitate the orderly deposit of proceeds consistent with this Court's prior Judgment.

**WHEREFORE**, Plaintiff Seacoast National Bank respectfully requests that this Court enter an Order directing the Clerk of Court to accept the sale proceeds from the U.S. Marshal, and for such other and further relief as deemed just and proper.

**Local Rule 7.1(a)(3) Certificate**

I was unable to confer with Defendant Starboard Yacht Group LLC pursuant to Local Rule 7.1(a)(3) due to its default and the absence of representation by counsel.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Amanda Klopp*

Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000 /Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

*/s/ Amanda Klopp*
Amanda Klopp, Esq.