**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER DIRECTING CLERK OF COURT TO ACCEPT SALE PROCEEDS FROM THE U.S. MARSHAL**

This matter having come before the Court on the Plaintiff Seacoast National Bank's Motion for Order Directing Clerk of Court to Accept Sale Proceeds From the U.S. Marshal [DE 130] (the "Motion"), and the Court, having reviewed the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED**:

1. The Motion [DE 130] is **GRANTED**.

2. The Clerk of Court shall accept the sale proceeds from the U.S. Marshal and deposit such proceeds into the Court's registry pending disbursement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge