# EXHIBIT A

Particularized Objections to Time Entries - DE 122-1
Case No. 0:26-cv-60289-WPD

Charles Jacob Stratmann submits these particularized objections under S.D. Fla. Local Rule 7.3(a) to the time entries supporting Plaintiff's Motion for Attorneys' Fees [DE 122]. Proposed rates: Marks/Klopp $450; Yoss $365; support $125-$150. Full line-level worksheet is filed as Exhibit A-1 (CSV).

## I. SUMMARY

OCR-parsed worksheet lines: 219
Claimed on worksheet lines: $59,578.50
Proposed allow after rate caps and cuts: $41,888.50
Proposed cut: $17,690.00
Motion seeks $63,457.50 / 141.9 hours (136 attorney + 5.9 paralegal).
Worksheet OCR is incomplete relative to the motion total; the Court should require a clean native invoice export and recompute the lodestar at capped rates after excluding the categories below.

## II. CATEGORIES WARRANTING ZERO OR SUBSTANTIAL REDUCTION

### A. Appellate / stay-pending-appeal / IFP-labeled time (ZERO).

Representative ZERO lines: 8 (see Exhibit A-1 filter cut_action=ZERO).

### B. Redundant Stratmann-response staffing (CUT_40PCT at capped rates).

Lines: 40.

### C. All remaining lines: RATE_CAP_ONLY (maritime comps).

## III. AUTHORITY

Hensley v. Eckerhart, 461 U.S. 424, 433-34 (1983);
Norman v. Housing Auth. of Montgomery, 836 F.2d 1292, 1299-1303 (11th Cir. 1988);
ACLU of Ga. v. Barnes, 168 F.3d 423, 427-28 (11th Cir. 1999);
Caplan v. All Am. Auto Collision, Inc., 36 F.4th 1083, 1090-91 (11th Cir. 2022);
Seacoast Nat'l Bank v. M/Y Viaggio, 2023 WL 6930685 (S.D. Fla. Oct. 2, 2023), R&R adopted, 2023 WL 6908985 (S.D. Fla. Oct. 19, 2023);
Centennial Bank v. M/V Why Not, 2024 WL 3072041 (S.D. Fla. Mar. 6, 2024), R&R adopted, 2024 WL 3070755 (S.D. Fla. June 20, 2024).

## IV. RELIEF AS TO EXHIBIT A

Exclude ZERO categories; apply rate caps and percentage cuts as stated; award fees not to exceed $45,000.00 consistent with the Opposition.

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann, individually
545 NE 17th Avenue, Fort Lauderdale, FL 33301

Email: jake@starboardyacht.com
Telephone: (954) 873-8546

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**IN ADMIRALTY**

**SEACOAST NATIONAL BANK,**

Plaintiff,

v.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,

Defendants.

---

Case No. 0:26-cv-60289-WPD

**EXHIBIT B**

**EVIDENCE PRESENTED VS. PRIOR RULING CITED - RESPONSE-COVERAGE MATRIX**

Charles Jacob Stratmann, individually, Pro Se | Magistrate Judge Hunt (DE 122 referral)

Charles Jacob Stratmann submits this Exhibit to show, in one place, which docketed exhibits relevant to the fee motion and related record treatment were presented in prior filings, which opposing filing or order Appellee cites instead, and whether Appellee's cited filing directly addresses the exhibit on the merits.

Language lock: "not directly addressed" means the cited filing does not quote, distinguish, or engage the exhibit. It does not mean the exhibit is conceded, undisputed, or adjudicated.

## I. RECURRING PATTERN (FOR THE COURT'S REVIEW)

When new docketed evidence is presented, Appellee's responses often:

**1. do not quote or engage the new exhibit on the merits; and**

**2. direct the Court to a prior filing or order that addressed different evidence,** a different theory, or a different procedural vehicle.

The Court can then treat the prior ruling as dispositive without examining the new exhibit. This matrix identifies that gap record-by-record.

## II. MATRIX - FEE / COUNSEL-ROLE / CONFIRMATION CONTEXT

Evidence presented | Where on docket | Material point (one line) | Appellee cites instead | Did

that cited filing directly address this exhibit?
DE 115-1 Exh J (BK ECF 57 - Klopp/Akerman DIP employment, eff. 6/17/2024) | DE 115-1 | Personal DIP employment / counsel-role evidence | DE 122 (no); CA11 Doc. 22 → Doc. 14 "conflict" briefing | No - Doc. 14 addressed a different conflict theory; DE 122 does not address Exh J while using Ivankovich rate comps
DE 86 / 86-1 (NL 8% exclusive sales agreement) | DE 86 / 86-1 | Commission structure for $12,800 nontaxable ask | DE 122 (to claim amount only) | Partially - amount claimed; agreement timing / same-day sale not reconciled
DE 122-2 (NL Invoice 2105097201; ECF = 2 pages; bare commission line) | DE 122-2 | Invoice sufficiency under L.R. 7.3(a)(6) | Attached in DE 122 | No - no engagement letter / rate-authorization backup; no repair-line cross-walk; stacks vs DE 120 Marshal commission
DE 120 / 120-1 (Marshal commission / custodia) | DE 120 / 120-1 | Stacked sale-commission risk | Not reconciled in DE 122 | No - no DE 120 cross-walk in DE 122
DE 92 body (16% sale vs. $1,000,000 Anstey narrative; File No. 152568) | DE 92 | Hensley results-obtained factor | Not in DE 122 | No - not directly addressed in fee motion
DE 108 ¶3 ("already overruled" qualifier) vs DE 109 form ("no objection has been filed") | DE 108 / DE 109 | Different confirmation-pathway language | CA11 Doc. 22 (addresses DE 108 characterization) | Partially - Doc. 22 engages DE 108; does not compare DE 109's different language
DE 108-2 (unsigned proposed judicial order) | DE 108-2 | Whether judicial review occurred on signed order | CA11 Doc. 22 → DE 118 | No - DE 118 is a two-sentence emergency denial; does not discuss DE 108-2 signature status
DE 107 (Chambers email of proposed order) | DE 107 | Whether Chambers review preceded DE 109 | Doc. 22 (claims compliance) | No - compliance asserted; whether review occurred before Clerk action not addressed
Differential counsel: CMR matter (Fowler White) vs this action (Akerman) | 1:25-cv-25958-DPG DE 1, 06, 14, 15, 16; 0:26-cv-60289 | Fowler White letterhead in 13 CMR entries; zero Akerman in CMR extracts | Not in Doc. 22 or DE 122 | No - Klopp did not file CMR; cooperative scheduling + March 8, 2027 trial vs five-month sale here
Dead-channel mailbox: lang.ryder@ still CC'd Dec. 9, 2025 | Email exhibit (statement request) | Seacoast left deceased RM address live; no bounce/redirect | Not in DE 122 or Doc. 22 | No - not a claim that death was confirmed by bank reply; documents routing failure only
CA11 Doc. 22 silence on ECF 57 / Exhibit J after 17-day availability | CA11 Doc. 16-2 (on CA11 docket 07/17/2026); dist. ct. DE 115-1 | Klopp individually named as DIP counsel; financial-motive theory (DIP fees from Ivankovich-controlled assets); Ivankovich-estate rate history used as comparator in DE 122 | CA11 Doc. 14 → "completely unrelated bankruptcy case" (3 sentences) | No - Doc. 14 (contemporaneous filing, timing artifact) addressed parallel-plaintiff theory only; Doc. 22 (17 days later) engaged DE 108 but stayed silent on Exhibit J and rate-comparator point

## III. SELECTIVE ENFORCEMENT - SIDE-BY-SIDE (SOURCED FROM PUBLIC DOCKET)

| | **SCB v. Stratmann (60289)** | **SCB v. Contessa / Anthony IVANOVICH [sic] (25958)** |
|---|---|---|
| Complaint | Feb. 2, 2026 | Dec. 17, 2025 |

| | | |
|---|---|---|
| Seacoast counsel | Akerman (Klopp) | Fowler White (Adam B. Cooke) |
| Default | Default judgment; sale | DE 09 vacated unopposed |
| Scheduling | None | DE 15 Joint Report; DE 16 trial March 8, 2027 |
| Outcome pace | ~5 months to confirmed sale | ~14.7 months to trial, pending |

## IV. WHAT STRATMANN ASKS (MAG HUNT SCOPE ONLY)

**1. Treat the matrix as a record-treatment aid, not a sanctions motion.**

**2. Require Plaintiff, before any full fee award, to file a short supplemental** statement that directly addresses DE 115-1 Exhibit J and DE 122-2 completeness.

**3. Reduce or deny fees on lodestar, documentation, and Hensley grounds in the** Opposition and Exhibit A regardless of this matrix.

## IV. HOLDS (DO NOT EXPAND IN THIS EXHIBIT)

No allegation of completed nondisclosure, fraud on the court, or full fee forfeiture on this exhibit alone. No claim that Klopp filed Seacoast v. Contessa / CMR (Fowler White appears on that track).

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann, individually, Pro Se
545 NE 17th Avenue, Fort Lauderdale, FL 33301
Email: jake@starboardyacht.com
Telephone: (954) 873-8546