**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**IN ADMIRALTY**

**SEACOAST NATIONAL BANK,**

Plaintiff,

v.

M/V SLOW UR ROLL II, et al.,

Defendants.

---

Case No. 0:26-cv-60289-WPD

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS [DE 122]**

THIS MATTER is before the Court on Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 122], referred to the undersigned [DE 123]. Having considered the Motion, supporting materials, and the Opposition of Charles Jacob Stratmann, it is ORDERED AND ADJUDGED as follows:

**1. DE 122 is GRANTED IN PART and DENIED IN PART.**

**2. Plaintiff is awarded attorneys' fees in the amount of $45,000.00.**

**3. Plaintiff is awarded nontaxable expenses in the amount of $432.31.** Westlaw and PACER expenses are disallowed as overhead. The National Liquidators sales commission of $12,800.00 is disallowed because (i) it is omitted from the sworn Marks Declaration paragraph 6 cost table; (ii) the invoice lacks rate-authorization backup and an itemized description of services, and does not satisfy Local Rule 7.3(a)(6) documentation requirements; (iii) the Exclusive Sales Agent Agreement [DE 86-1] is same-day as the sale (no documented marketing window); and (iv) a separate $2,415 Marshal sale commission is already sought in DE 120 on the same $160,000 sale, and stacked sale-commission recovery is not permitted without a documentation cross-walk.

**4. No double recovery of any cost also awarded or sought under DE 120** is permitted.

**5. DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this** ______ day of ____________, 2026.

______________________________________________

**UNITED STATES MAGISTRATE JUDGE**