**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**IN ADMIRALTY**

SEACOAST NATIONAL BANK,
Plaintiff,
v.
M/V SLOW UR ROLL II, et al.,
Defendants.

---

Case No. 0:26-cv-60289-WPD

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR DISBURSEMENT OF SALE PROCEEDS [DE 124]**

THIS MATTER is before the Court on Plaintiff Seacoast National Bank's Motion for Disbursement of Sale Proceeds [DE 124], and the Opposition of Charles Jacob Stratmann. Having considered the Motion, the Opposition, and the record, it is ORDERED AND ADJUDGED as follows:

1. DE 124 is DENIED without prejudice, or, in the alternative, HELD IN ABEYANCE.

2. The U.S. Marshal and Clerk of Court shall not disburse, distribute, pay over, or otherwise release the $160,000.00 in sale proceeds deposited in connection with the judicial sale of the Vessel [DE 87] until further order of this Court following: (a) a ruling by the United States Court of Appeals for the Eleventh Circuit on the pending jurisdictional question in Case No. 26-12270-G; and (b) resolution or report and recommendation on the Bill of Costs [DE 120] and the Motion for Attorneys' Fees and Non-Taxable Costs [DE 122], unless the Court expressly authorizes a narrower interim payment by separate order.

3. Alternatively, if the Court concludes that a pending appeal limits its authority to grant the relief in paragraphs 1-2, the Court states under Fed. R. Civ. P. 62.1(a) that it would deny DE 124 or hold disbursement in abeyance if the Court of Appeals remands for that purpose, or that DE 124 raises a substantial issue, and Stratmann may notify the Court of Appeals under Fed. R. App. P. 12.1(a).

4. Nothing in this Order sets aside the confirmation of sale [DE 109], stays all proceedings in this action, or adjudicates entitlement to any particular cost, fee, or deficiency amount.

5. DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ______ day of ____________, 2026.

**UNITED STATES DISTRICT JUDGE**