**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**IN ADMIRALTY**

SEACOAST NATIONAL BANK,
Plaintiff,
v.
M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam,
Defendants.

FILED BY ____ D.C.
AUG 21 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

---

Case No. 0:26-cv-60289-WPD

## NOTICE OF ERRATA AND FILING OF CORRECTED EXHIBIT B TO CHARLES JACOB STRATMANN'S OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS [DE 122]

Charles Jacob Stratmann, appearing individually and not as counsel for Starboard Yacht Group LLC, respectfully files this Notice to correct three formatting artifacts in Exhibit B and the Proposed Order as filed at DE 125. This Notice does not withdraw, amend, or reopen any substantive argument made in the Opposition [DE 125] and does not seek any additional relief beyond the corrections identified below.

1. Exhibit B running header. Pages 13-16 of DE 125 display the running header "Case 0:26-cv-60289-WPD (D. Md.)" and the footer designation "Filed by Charles Jacob Stratmann, Proposed Intervenor." Both are template-carryover artifacts. This action is pending in the Southern District of Florida, not the District of Maryland, and Stratmann appears individually pursuant to his Notice of Individual Appearance [DE 116], not as a proposed intervenor. The corrected Exhibit B attached as Exhibit 1 to this Notice reflects the correct caption and the correct capacity designation on every page.

2. Exhibit B date reference. The version of Exhibit B filed at DE 125 contains a typographical date error in Section III's side-by-side table. The corrected Exhibit B attached as Exhibit 1 states the correct complaint-filing date consistent with the body of the Opposition [DE 125 at 1] and the public docket [DE 1].

3. Proposed Order date line. The Proposed Order filed at DE 125 (page 17) contains a pre-filled calendar date on the signature line reserved for the Court. That date line should be blank for the Court to complete. No corrected Proposed Order is refiled with this Notice; Stratmann respectfully requests that the Court disregard the pre-filled date and complete the signature block as the Court deems appropriate if the Proposed Order is adopted in whole or in part.

None of the three corrections in this Notice affects the substance of the Opposition [DE 125],

the particularized objections in Exhibit A, or the relief requested. Stratmann files this Notice promptly upon discovering the defects to avoid any suggestion that the errors were substantive or were left uncorrected.

**WHEREFORE, Charles Jacob Stratmann respectfully requests that the Court**

accept the corrected Exhibit B attached as Exhibit 1 to this Notice in place of the version filed at DE 125, and that the Court disregard the pre-filled date on the Proposed Order's signature line.

Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3), the undersigned attempted to confer with counsel for Plaintiff via email on August 10, 2026, regarding matters related to this filing. No response was received as of the date of this Notice. Because this Notice corrects only formatting artifacts and seeks no substantive relief, it is filed without further conferral delay.

Respectfully submitted,

**/s/ Charles Jacob Stratmann**

Charles Jacob Stratmann, individually, Pro Se 545 NE 17th Avenue Fort Lauderdale, FL 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to counsel of record for Plaintiff:

Amanda Leigh Klopp, Esq. (LEAD) Jenna Morgan Yoss, Esq. (LEAD) Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: amanda.klopp@akerman.com Email: jenna.yoss@akerman.com

Kristen M. Fiore, Esq. Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: kristen.fiore@akerman.com

I further certify that a copy was served via U.S. Mail on Defendant Starboard Yacht Group LLC at 545 NE 17th Ave., Ft. Lauderdale, FL 33301.

**/s/ Charles Jacob Stratmann**

Charles Jacob Stratmann