**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**

FILED BY EB D.C.
AUG 21 2026

**SEACOAST NATIONAL BANK,**

Plaintiff, v. M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam, Defendants. Case No. 0:26-cv-60289-WPD

# CHARLES JACOB STRATMANN'S MOTION FOR INDICATIVE RULING UNDER

# FED. R. CIV. P. 62.1 CONCERNING PLAINTIFF'S MOTION FOR DISBURSEMENT

# OF SALE PROCEEDS [DE 124]

Charles Jacob Stratmann, appearing individually and not as counsel for Starboard Yacht Group LLC, pursuant to his Notice of Individual Appearance [DE 116], respectfully moves under Fed. R. Civ. P. 62.1 for an indicative ruling on Plaintiff's Motion for Disbursement of Sale Proceeds [DE 124], and states as follows.

## I. RELIEF REQUESTED

**1. Stratmann asks this Court to state that it would DENY DE 124 without prejudice, HOLD**

disbursement of the $160,000.00 sale proceeds in abeyance pending the Eleventh Circuit's resolution of the jurisdictional question in Case No. 26-12270-G, or that DE 124 "raises a substantial issue," so that Stratmann may promptly notify the Court of Appeals under Fed. R. App. P. 12.1(a).

## II. GROUNDS

**2. Stratmann's appeal is pending as Case No. 26-12270-G. The Court of Appeals issued a**

jurisdictional inquiry (Doc. 21). Stratmann's Response and related filings explain that the Page 1 of 3

undisbursed $160,000.00 sale proceeds [DE 87; DE 98 at 10] supply a live substitute res under Point Landing, Inc. v. Alabama Dry Dock & Shipbuilding Co., 261 F.2d 861, 864 (5th Cir. 1958), and Taylor v. Tracor Marine, Inc., 683 F.2d 1361, 1362 (11th Cir. 1982).

**3. On August 11, 2026, Seacoast moved to disburse the entire fund. [DE 124.] If granted before**

the Court of Appeals rules, disbursement threatens to extinguish the substitute res that supplies the live controversy.

**4. Taylor is distinguishable while the proceeds remain undisbursed. Taylor itself cites Point**

Landing for the proceeds-as-substitute-res principle. Republic Nat'l Bank of Miami v. United States, 506 U.S. 80, 84, 88-89 (1992), and World Wide Supply OU v. Quail Cruises Ship Mgmt., 802 F.3d 1255, 1260-61 (11th Cir. 2015), confirm that departure of a res does not automatically destroy appellate jurisdiction. The Rio Grande exception, acknowledged in Taylor, 683 F.2d at 1362, further cautions against strategic extinguishment of the res during active appellate proceedings.

**5. Rule 62.1 permits this Court, if it lacks authority to grant relief because of a pending appeal,**

to defer, deny, or state that it would grant the motion if the court of appeals remands, or that the motion raises a substantial issue. Fed. R. Civ. P. 62.1(a). Stratmann's concurrently filed Opposition to DE 124 requests denial or abeyance on the merits; this Motion preserves the FRAP 12.1 pathway if the Court concludes appellate divestiture limits its ability to grant that relief.

**6. This Motion does not seek to unwind the confirmed sale [DE 109], restore possession of the**

Vessel, or appear for Starboard Yacht Group LLC.

## III. LOCAL RULE 7.1 CONFERRAL

**7. Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he attempted to confer with**

counsel for Plaintiff by email regarding this Motion. As of filing, no agreement has been reached. Stratmann seeks the relief stated herein. Respectfully submitted,

Page 2 of 3

/s/ Charles Jacob Stratmann Charles Jacob Stratmann, individually, Pro Se 545 NE 17th Avenue Fort Lauderdale, FL 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I served the foregoing.

I hereby certify that on August 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to counsel of record for Plaintiff: Amanda Leigh Klopp, Esq. (LEAD) Jenna Morgan Yoss, Esq. (LEAD) Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: amanda.klopp@akerman.com Email: jenna.yoss@akerman.com Kristen M. Fiore, Esq. Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: kristen.fiore@akerman.com I further certify that a copy was served via U.S. Mail on Defendant Starboard Yacht Group LLC at 545 NE 17th Ave., Ft. Lauderdale, FL 33301. /s/ Charles Jacob Stratmann Charles Jacob Stratmann Page 3 of 3