**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**

FILED BY ____ D.C.

AUG 21 2026

**SEACOAST NATIONAL BANK,**

Plaintiff, v. M/V SLOW UR ROLL II, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., in rem, and STARBOARD YACHT GROUP LLC, a Florida limited liability company, in personam, Defendants. Case No. 0:26-cv-60289-WPD

## NOTICE OF FILING EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION FOR

## DISBURSEMENT [DE 124] (ACCOUNTING / RECONCILIATION RECORD)

Charles Jacob Stratmann, appearing individually pursuant to his Notice of Individual Appearance [DE 116], hereby files the following exhibits in support of his Opposition to Plaintiff's Motion for Disbursement of Sale Proceeds [DE 124] and the Undisputed / Unresponded Facts Index attached as Exhibit A: Exhibit A -- Undisputed / Unresponded Facts Index (Accounting & Servicing) Exhibit B -- Loan History Starboard Yacht Group (FIS Global ledger produced by Amanda Klopp, Esq.; BATES DOCKET-SCB-000031) Exhibit C -- December 18, 2025 Akerman / Seacoast Acceleration Notice Exhibit D -- January 7-9, 2026 Klopp / Stratmann Document Request thread (.msg native) Exhibit E -- December 9, 2025 Request for Current Statement and AutoPay Update (CC Lang Ryder) (.msg native) Exhibit F -- January 4, 2026 Statement Follow-up identifying Dec. 18 acceleration and documenting BoA Bill Pay deliveries (.msg) Exhibit G -- Supplemental Declaration of Charles Jacob Stratmann Regarding Lang B. Ryder and Seacoast Communication Failure Exhibit H -- Lang Ryder Obituary These exhibits are offered to show: (1) active reconciliation requests; (2) counsel

redirection; (3) Seacoast's own payment-application statements; (4) Seacoast's own loan history; and (5) Page 1 of 2

servicing-continuity facts. They are not offered in this Notice as a request to vacate DE 70 on the merits. Respectfully submitted, /s/ Charles Jacob Stratmann Charles Jacob Stratmann, individually, Pro Se 545 NE 17th Avenue Fort Lauderdale, FL 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to counsel of record for Plaintiff: Amanda Leigh Klopp, Esq. (LEAD) Jenna Morgan Yoss, Esq. (LEAD) Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: amanda.klopp@akerman.com Email: jenna.yoss@akerman.com Kristen M. Fiore, Esq. Akerman LLP 777 S. Flagler Dr., Ste 1100 - West Tower West Palm Beach, FL 33401 Email: kristen.fiore@akerman.com I further certify that a copy was served via U.S. Mail on Defendant Starboard Yacht Group LLC at 545 NE 17th Ave., Ft. Lauderdale, FL 33301. /s/ Charles Jacob Stratmann Charles Jacob Stratmann Page 2 of 2