# U.S. District Court

## Florida Southern - Miami

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 24, 2026 9:55AM

UNITED STATES TREASURY
US MARSHALS SERVICE
400 NORTH MIAMI AVE
6TH FLOOR
MIAMI, FL 33128-7715

Rcpt. No: 321705 Trans. Date: Aug 24, 2026 9:55AM Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS026CV060289 /001<br>SEACOAST NATIONAL BANK<br>**FBO**: Seacoast National Bank | 1 | 160000.00 | 160000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #4039 74762533 | 08/11/2026 | $160,000.00 |
| | | | Total Due Prior to Payment: | $160,000.00 |
| | | | Total Tendered: | $160,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 0:26-cv-60289-WPD/Seacoast National Bank PER ORDER OF THE COURT (DE#132) REMITTER: UNITED STATES TREASURY US MARSHALL SERVICE 400 NORTH MIAMI AVENUE, 6TH FLOOR MIAMI, FL 33128-7715

**RECEIPT AMENDED** by staff #1899 8/24/2026 3:16 PM
**AMENDMENT VERIFIED** by staff #1905 8/24/2026 3:29 PM
**Correction Reason:** 99) Other manually entered case number

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.