UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_________________________________________/

**ORDER REFERRING MOTIONS**

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida the following motions are **REFERRED** to United States Magistrate Judge Hunt for appropriate disposition *or* report and recommendation, as related to motions already referred ([DEs 122, 124]):

1. Plaintiff Seacoast National Bank's Motion To Strike Charles Jacob Stratmann's Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 127],
2. Charles Jacob Stratmann's Opposition to Plaintiff's Motion for Disbursement of Sale Proceeds and Alternative Request to Hold Disbursement in Abeyance Pending Eleventh Circuit Jurisdictional Ruling [DE 135],
3. Charles Jacob Stratmann's Motion For Indicative Ruling Under Fed. R. Civ. P. 62.1 Concerning Plaintiff's Motion for Disbursement of Sale Proceeds [138].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301
PRO SE