**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN ADMIRALTY
CASE NO.: 0:26-cv-60289-WPD

**SEACOAST NATIONAL BANK,**

Plaintiff,

vs.

**M/V SLOW UR ROLL II**, a 2008 Everglades 350LX Express, Official No. 1220768, HIN: RJDE0005I708, Together with all masts, boilers, cables, engines, machinery, etc., *in rem*, and **STARBOARD YACHT GROUP LLC**, a Florida limited liability company, *in personam*,

Defendants.
_____________________________________/

**PLAINTIFF'S RENEWED MOTION TO STRIKE STRATMANN'S OPPOSITION TO ATTORNEYS' FEES AND OBJECTION TO BILL OF COSTS**

Plaintiff Seacoast National Bank ("Seacoast" or "Plaintiff"), by and through undersigned counsel, respectfully renews its Motion to Strike [DE 127] and requests the Court to strike Charles Jacob Stratmann's ("Stratmann") Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 133] and Objection to Plaintiff's Bill of Costs [DE 136].

1. On July 29, 2026, Plaintiff filed its Motion for Attorneys' Fees and Non-Taxable Costs [DE 122], Bill of Costs, and Memorandum to Support Award of Taxable Costs and Expenses [DE 120], seeking an award of fees and costs against Defendant Starboard Yacht Group LLC ("SYG").

2. On August 11, 2026, Stratmann filed his Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs "individually and not as counsel for Starboard Yacht Group LLC." [DE 125.]

3. On August 17, 2026, Seacoast moved to strike Stratmann's Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 125] on the ground that Stratmann lacks standing to oppose a fee-and-cost award sought solely against SYG. [DE 127.]

4. On August 24, 2026, Stratmann filed another Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Taxable Costs, which is substantively identical to the earlier-filed Opposition and advances the same arguments. [DE 133.]

5. On the same date, Stratmann also filed an Objection to Plaintiff's Bill of Costs, challenging the taxable costs sought by Plaintiff against SYG only. [DE 136.]

6. Stratmann's Opposition to Plaintiff's Attorneys' Fees and Non-Taxable Costs [DE 133] and Objection to Plaintiff's Bill of Costs [DE 136] should be stricken for the same reasons set forth in Plaintiff's prior Motion to Strike, which Seacoast incorporates by reference herein. [DE 127.] Stratmann has no standing to object to costs taxed against SYG for the same reasons this Court has articulated throughout this litigation: he is not a party, he cannot represent SYG, and his individual claims have been dismissed or stricken. [DE 15, 30, 53, 79.]

**WHEREFORE**, Seacoast respectfully requests that the Court: (1) grant the relief requested in Plaintiff's Motion to Strike Stratmann's Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 127]; (2) strike Stratmann's later-filed Opposition to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs [DE 133] and Objection to Plaintiff's Bill of Costs [DE 136] for the same reasons; and (3) grant such other and further relief as deemed just and proper.

**Local Rule 7.1(a)(3) Certificate**

Pursuant to Local Rule 7.1(a)(3), I attempted to confer with non-party, Charles Jacob Stratmann, via email on August 27, 2026. The non-party did not respond as of the instant filing.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
Jenna M. Yoss, Esq.
Florida Bar Number: 1049858
jenna.yoss@akerman.com
**AKERMAN LLP**
777 S. Flagler Dr., Ste 1100 - West Tower
West Palm Beach, FL 33401
Tel: (561) 653-5000
Fax: (561) 659-6313
*Attorneys for Seacoast National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served the same day via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via US Mail to those listed below.

Charles Jacob Stratmann
Starboard Yacht Group LLC
545 NE 17th Ave.
Ft. Lauderdale, FL 33301

/s/ *Amanda Klopp*
Amanda Klopp, Esq.